| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DIPASQUALE, WEBSTER,<br>DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Ave., Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Sam Della Fera, Jr. (SD 4840)<br>Shoshana Schiff (SS 9639)<br>*Proposed Counsel for Debtors and<br>Debtors-in-Possession* | FILED<br>JAMES J. WALDRON, CLERK<br>JUN 24 2010<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In re:<br><br>WRS HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-28457 (DHS)<br>(Jointly Administered)<br><br>Honorable Donald H. Steckroth |

**ORDER GRANTING DEBTORS AN EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENTS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

6/24/10

(Page 2)
Debtor:             WRS Holdings, LLC, et al.
Case No.:           10-28457 (DHS)
Caption of Order:   Order Granting Debtors an Extension of Time to File Schedules and Statements

---

This matter having come before this Court on the Debtors' application (the "Application") for entry of an order pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, extending the Debtors' time to file their Schedules and Statements (as defined in the Application), and the Court finding that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is in the best interests of the Debtors, their estates, and their creditors; and (iv) good and sufficient cause exists for the granting of the relief set forth herein, it is hereby

**ORDERED** that the Debtors are hereby granted an extension of time, through and including July 14, 2010, to file their Schedules and Statements.

F:\WPDOCS\N-Z\Woods Restoration Holdings\SCHEDULES EXTEND TIME – order.doc