| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**TRENK, DiPASQUALE, WEBSTER,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Sam Della Fera, Jr. (SD4840)<br>Shoshana Schiff (SS9639)<br>*Counsel to Chapter 11 Debtors*<br>*and Debtors-in-Possession* |

FILED
JAMES J. WALDRON, CLERK
OCT 06 2010
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In re:

WRS HOLDINGS, LLC, et al.,

            Debtors.

Case No. 10-28457 (DHS)
Jointly Administered

Chapter 11

Honorable Donald H. Steckroth

**ORDER GRANTING FIRST AND FINAL ALLOWANCES TO TRENK, DiPASQUALE,**
**WEBSTER, DELLA FERA & SODONO, P.C., COUNSEL TO DEBTORS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

10/6/10

(Page 2)

| | |
|---|---|
| Debtors: | WRS Holdings, LLC, et al. |
| Case No.: | 10-28457 (DHS) Jointly Administered |
| Caption of Order: | Order Granting First and Final Allowances to Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., Counsel to Debtors |

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. *Counsel to Chapter 11 Debtors* | $90,165.50 | $14,313.35 |

F:\WPDOCS\N-Z\Woods Restoration Holdings, LLC\Fee App\TD Fee Order -Final.doc