| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**MORRIS S. BAUER, ESQ.**<br>**NORRIS, McLAUGHLIN & MARCUS, PA**<br>Counsel for the Official Committee of Unsecured Creditors<br>721 Route 202-206<br>P.O. Box 5933<br>Bridgewater, New Jersey 08807-5933<br>(908) 722-0700 | **FILED**<br>JAMES J. WALDRON, CLERK<br>OCT 06 2010<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>WRS HOLDINGS, LLC, et al,<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 10-28457 (DHS)<br>(Jointly Administered)<br><br>Judge: Hon. Donald H. Steckroth |

## ORDER GRANTING FINAL ALLOWANCES
## PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE
## RE: NORRIS McLAUGHLIN & MARCUS, PA

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

10/6/10

(Page 2)
Debtor:              WRS Holdings, LLC et al
Case No.             10-28457 (DHS) (Jointly Administered)
Caption of Order::   Order Granting Final Allowances Pursuant to Section 330 of the
                     Bankruptcy Code Re: Norris McLaughlin & Marcus, PA

---

AND NOW, the Court finds that the person named below filed an Application for Allowances (the "Application"), adequate notice and opportunity for hearing was given to creditors and other parties in interest as required;

IT IS ORDERED, that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Norris McLaughlin & Marcus, PA<br>Counsel to the Official Committee of<br>Unsecured Creditors | 24,586.00 | 605.79 |