| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J.LBR 9004-2(c) |
| **A. ATKINS APPRAISAL CORPORATION**<br>122 Clinton Road,<br>Fairfield, New Jersey 07004<br>(973) 227-1900 |

FILED
JAMES J. WALDRON, CLERK
JAN 1 9 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| In Re:<br><br>WRS HOLDINGS, LLC, et al.<br><br><br><br>Debtor. | Case No.: 10-28457<br><br>Judge: DHS<br><br>Chapter: 7 |
|---|---|

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) through (  ) is hereby **ORDERED**.

1/19/11                                                    [signature]

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J.LBR 9004-2(c) |
| **A. ATKINS APPRAISAL CORPORATION** |
| 122 Clinton Road, |
| Fairfield, New Jersey 07004 |
| (973) 227-1900 |

| In Re: | Case No.: 10-28457 |
| --- | --- |
| WRS HOLDINGS, LLC, et al. | Judge: DHS |
|  | Chapter: 7 |
| Debtor. | |

## ORDER TO PAY APPRAISER

Upon reading and filing the duly verified petition of A. ATKINS APPRAISAL CORPORATION, the appraiser herein, and good cause appearing therefore,

**IT IS** on this _____ day of _____, 2010;

**ORDERED**, that A. ATKINS APPRAISAL CORPORATION, the appraiser employed herein under Court Order, be and is hereby allowed;

the sum of $   10,150.00   as compensation for fees and
the sum of $        29.25   for expenses in this matter.