| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| AMPER, POLITZINER & MATTIA, LLP<br>2015 Lincoln Highway<br>Edison, New Jersey 08818<br>(732) 287-1000<br>Accountants to the Official Committee of<br>Unsecured Creditors |

| | |
|---|---|
| In re:<br><br>WRS HOLDINGS, LLC, et al<br><br>                              Debtor. | Chapter 7<br><br>Case No.  10-28457(DHS)<br><br>Hearing Date:  August 3, 2011<br>Hearing Time:  10:00 a.m. |

FILED
JAMES J. WALDRON, CLERK
AUG 8 - 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO AMPER, POLITZINER & MATTIA, LLP AS ACCOUNTANTS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The relief set forth on the following page is hereby **ORDERED**.

8/8/11

**(Page 2)**

Debtor: WRS Holdings, LLC, et al
Case No: 10-28457(DHS)
Caption of Order: Order Granting Final Compensation and Reimbursement of Expenses to Amper, Politziner & Mattia, LLP, as Accountants to the Official Committee of Unsecured Creditors

**UPON CONSIDERATION** of the application of Amper, Politziner & Mattia, LLP, as Accountants to the Official Committee of Unsecured Creditors, for entry of an order awarding final compensation and reimbursement of expenses pursuant to 11 U.S.C. §330(a); and due notice having been given; and for good cause having been shown; it is

**ORDERED** that Amper, Politziner & Mattia, LLP be and hereby is awarded final compensation in the amount of $ 20,927.50 and it is further

**ORDERED** that Amper, Politziner & Mattia be and hereby is awarded reimbursement of expenses in the amount of $ 301.00.

m:\cmf\wrs holdings\fee app\amper\ord.final.doc