| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| FORMAN HOLT ELIADES & YOUNGMAN LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866) | |
| In re:<br><br>WRS HOLDINGS, LLC; et al.¹,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 10-28457 (DHS)<br><br>Hearing Date: February 5, 2014<br>Hearing Time: 10:00 a.m. |

**ORDER GRANTING SECOND INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN LLC,
ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

---

1  The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

**(Page 2)**
Debtor: WRS HOLDINGS, LLC; et al.
Case No: 10-28457 (DHS)
Caption of Order: Order Granting Second Interim Compensation and Reimbursement of Expenses to Forman Holt Eliades & Youngman LLC, Attorneys for Charles M. Forman, Chapter 7 Trustee

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED as follows:

1. Forman Holt Eliades & Youngman LLC be and hereby is awarded fees in the amount of $285,770.00 and reimbursement of expenses in the amount of $6,629.41.

2. The Trustee be and hereby is authorized to pay the aforementioned amounts upon entry of this Order.