| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| FORMAN HOLT ELIADES & YOUNGMAN LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866) | |
| In re:<br><br>WRS HOLDINGS, LLC; et al.[1],<br><br>                                  Debtor. | Chapter 7<br><br>Case No. 10-28457 (DHS)<br><br>Hearing Date: November 5, 2014<br>Hearing Time: 10:00 a.m. |

FILED
JAMES J. WALDRON, CLERK
NOV 5 2014
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER GRANTING FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO EISNER AMPER LLP AS ACCOUNTANTS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

11/5/14

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

00396343 - 1

(Page 2)
Debtor: WRS HOLDINGS, LLC; et al.
Case No: 10-28457 (DHS)
Caption of Order: Order Granting First Interim Compensation and Reimbursement of Expenses to EisnerAmper LLP as Accountants for Charles M. Forman, Chapter 7 Trustee

**UPON CONSIDERATION** of the application of EisnerAmper LLP, accountants to Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, et al for entry of an order awarding first interim compensation and reimbursement of expenses pursuant to 11 U.S.C. §330(a); and due notice having been given; and for good cause having been shown; it is

**ORDERED** that EisnerAmper LLP be and hereby is awarded first interim compensation in the amount of $ _150,790.50_ and it is further

**ORDERED** that EsinerAmper LLP be and hereby is awarded reimbursement of expenses in the amount of $ _390.72_ .