| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **LeClairRyan, A Professional Corporation**<br>1037 Raymond Boulevard<br>Sixteenth Floor<br>Newark, NJ 07102<br>Telephone (973) 491-3600<br>Facsimile (973) 491-3526<br>Kim R. Lynch, Esq. (KL-5866)<br>kim.lynch@leclairryan.com<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee |

Order Filed on September 19, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | |
|---|---|
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>                    Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered |

| Recommended Local Form:     Followed     ☒Modified |
|---|

**ORDER AUTHORIZING RETENTION OF LeCLAIRRYAN, A PROFESSIONAL CORPORATION, AS SUBSTITUTE COUNSEL TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: September 19, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

18786991_1

**APPLICANT:**    **CHARLES M. FORMAN**

☒ Trustee:

☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

**PROFESSIONAL:** **LeClairRyan, a Professional Corporation**

☒ Attorney for:

☒ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The Applicant, Charles M. Forman, Chapter 7 Trustee, be and hereby is authorized to retain the professional, LeClairRyan, a Professional Corporation, as his counsel in this matter. The professional's address is 1037 Raymond Boulevard, Sixteenth Floor, Newark, New Jersey 07102.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is May 2, 2016.