UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LeClairRyan, A Professional Corporation**
1037 Raymond Boulevard
Sixteenth Floor
Newark, NJ 07102
Telephone (973) 491-3600
Facsimile (973) 491-3526
Kim R. Lynch, Esq. (KL-5866)
kim.lynch@leclairryan.com
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee

**Order Filed on September 19,
2016 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

WRS HOLDINGS, LLC; et al[1],

                    Debtors.

Chapter 7

Case No. 10-28457 (SLM)
Jointly Administered

| Recommended Local Form: | Followed | ☒Modified |
| --- | --- | --- |

### ORDER AUTHORIZING RETENTION OF LeCLAIRRYAN, A PROFESSIONAL CORPORATION, AS SUBSTITUTE COUNSEL TO THE TRUSTEE

        The relief set forth on the following pages, numbered two (2) and two (2) is hereby

**ORDERED**.

**DATED: September 19, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

1  The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

18786991_1

**APPLICANT:**        **CHARLES M. FORMAN**

       ☒Trustee:

       ☒Chap. 7        ☐Chap. 11            ☐Chap. 13.

       ☐Debtor:        ☐Chap. 11            ☐Chap. 13

       ☐Official Committee of _____

**PROFESSIONAL:   LeClairRyan, a Professional Corporation**

       ☒Attorney for:

           ☒Trustee                ☐Debtor-in-Possession

           ☐Official Committee of _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The Applicant, Charles M. Forman, Chapter 7 Trustee, be and hereby is authorized to retain the professional, LeClairRyan, a Professional Corporation, as his counsel in this matter.   The professional's address is 1037 Raymond Boulevard, Sixteenth Floor, Newark, New Jersey 07102.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of the retention is May 2, 2016.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-28457-SLM
WRS Holdings, LLC                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: Sep 20, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db            +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
          Adam D. Greenberg   on behalf of Creditor  Raynor Electric, Inc. agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alexander G. Benisatto   on behalf of Creditor   MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Alexander G. Benisatto   on behalf of Plaintiff   MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Ari J. Schwartz   on behalf of Creditor   JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
          Brian E Caine   on behalf of Creditor   Sunrise Lakes bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Charles  Forman   on behalf of Interested Party  A. Atkins Appraisal Company
           cforman@formanlaw.com
          Charles M. Forman   on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
           lori.capasso@leclairryan.com
          Charles M. Forman   charles.forman@leclairryan.com,  lori.capasso@leclairryan.com
          Dale E. Barney   on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant   Valor Management Corp. dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant   Valor Equity Partners dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant   VWR Holdings, LLC dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
          Daniel J Yablonsky   on behalf of Creditor   Automatic Suppression & Alarm Systems, Inc.
           ecfmail@yablaw.com
          David R Lyons   on behalf of Creditor   Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
          Gregory W. Hauswirth   on behalf of Defendant   Contract Hardware & Supply Inc.
           ghauswirth@leechtishman.com,
           pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
          Heather Lynn Anderson   on behalf of Defendant   State of New Jersey
           heather.anderson@law.dol.lps.state.nj.us
          Jaimie A. Slosberg   on behalf of Defendant   Morris Holdings, LLC jslosberg@ravingreenberg.com
          Jaimie A. Slosberg   on behalf of Defendant   Hicks Capital Management, LLC
           jslosberg@ravingreenberg.com
          James  Valvano, II   on behalf of Defendant Timothy  Woods jvalvano@gordonrees.com
          James  Valvano, II   on behalf of Defendant Philip  Woods jvalvano@gordonrees.com
          James  Valvano, II   on behalf of Creditor Timothy  Woods jvalvano@gordonrees.com
          James  Valvano, II   on behalf of Creditor Philip  Woods jvalvano@gordonrees.com
          James  Valvano, II   on behalf of Creditor Martin  Woods jvalvano@gordonrees.com
          James  Valvano, II   on behalf of Defendant Martin  Woods jvalvano@gordonrees.com

District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Sep 20, 2016
                              Form ID: pdf903          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
           jfiorella@archerlaw.com
          Joseph Michael Cerra    on behalf of Trustee Charles M. Forman jcerra@formanlaw.com
          Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit
           jgreenblatt@greenblattlesser.com
          Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless
           kbuck@mccarter.com
          Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,
           kathryn.anema@leclairryan.com
          Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com,
           kathryn.anema@leclairryan.com
          Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
           kathryn.anema@leclairryan.com
          Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc.
           lwalczyk@wjslaw.com,   lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
          Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee
           martha.hildebrandt@usdoj.gov
          Matteo  Percontino    on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com,
           mmarks@nmmlaw.com
          Matteo  Percontino    on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com,
           mmarks@nmmlaw.com
          Matteo  Percontino    on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com,
           mmarks@nmmlaw.com
          Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC
           michael.holt@leclairryan.com
          Michael E. Holt    on behalf of Trustee Charles M. Forman michael.holt@leclairryan.com
          Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti
           mgreenberg@mgreenberglaw.com
          Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
          Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com,
           mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com,
           mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP
           msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor
           msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com,
           mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
           msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com,
           mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
          Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc.
           rreich@simonattorneys.com,   ronreichesq@gmail.com
          Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC
           sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC
           sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
           sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
          Scott B. Tenenbaum    on behalf of Defendant Chester R Dunican tenenbaum.s@wssllp.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com,
           cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
           sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com,
           cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC
           sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC
           sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com,
           cdeangelis@trenklawfirm.com

District/off: 0312-2             User: admin              Page 3 of 3              Date Rcvd: Sep 20, 2016
                                Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Shoshana  Schiff    on behalf of Debtor   WRS, Inc sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                        TOTAL: 78