IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| *WRS Holdings, LLC*, | : Case No: 10-28457 (DHS) |
| | : |
| Debtor. | : |
| | : |
| | : |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name and Address of Transferor: |
|---|---|
| Ambrose Pine, Inc.<br>c/o Joseph P. Gaffigan, President<br>15W248 62nd Street<br>Burr Ridge, IL 60527<br>Email: joegaffigan@gmail.com<br><br>Name and address where transferee payments should be sent (if different than above):<br><br>[Same as above] | UMB Financial Corporation, as successor in interest to MFC Capital Funding, Inc.<br>c/o UMB Bank<br>33 South Sixth Street, Suite 4540<br>Minneapolis, MN 55402<br>Attention: Lee Anderson, Senior Vice President<br>Email: lee.anderson@umb.com |

<u>Court Claim No</u>.    174-1
<u>Amount of Claim</u>:    $5,870,130.04
    (superpriority under 11 U.S.C. §
    507(b) as to $452,959.86)
<u>Claim Allowed by Order Entered</u>
December 14, 2010 as Docket No. 174, among others, in *In re WRS Holdings, LLC, et al.*, Case No. 10-28457 (DHS)(Jointly Administered)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Ambrose Pine, Inc.

By: _____    Date: March 14, 2017
Joseph P. Gaffigan, President
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

As set forth in the attached evidence of transfer of claim (Proof of Claim # 174-1), Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Fed. R. Bankr. P. 3001(e).

### DEADLINE TO OBJECT TO TRANSFER

The alleged Transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the claimant without further order of the court.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE TRUSTEE, THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, UMB Financial Corporation, as successor in interest to MFC Capital Funding, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Ambrose Pine, Inc. ("Buyer") an undivided interest, in and to all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the proof of claim number set forth below (the "Claim"). Such proof of claim was filed against WRS Holdings, LLC whose case is currently pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") as Case No: 10-28457 (DHS) in *In Re: WRS Holdings, LLC*.

| Proof of Claim Number | Amount of Claim Transferred |
|---|---|
| 174-1 | $5,870,130.04 (superpriority under 11 U.S.C. § 507(b) as to $452,959.86 thereof) |

Seller hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim. Seller further directs the Trustee, the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 14, 2017.

Seller:  UMB FINANCIAL CORPORATION, as successor in interest to MFC Capital Funding, Inc.

By: *[signature]*
Name: Michael D. Hagedorn
Title: Vice Chairman and Executive Officer

Buyer:  AMBROSE PINE, INC.

By: _____
Name: Joseph P. Gaffigan
Title: President

EVIDENCE OF TRANSFER OF CLAIM

TO: THE TRUSTEE, THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, UMB Financial Corporation, as successor in interest to MFC Capital Funding, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Ambrose Pine, Inc. ("Buyer") an undivided interest, in and to all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the proof of claim number set forth below (the "Claim"). Such proof of claim was filed against WRS Holdings, LLC whose case is currently pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") as Case No: 10-28457 (DHS) in *In Re: WRS Holdings, LLC*.

| Proof of Claim Number | Amount of Claim Transferred |
|---|---|
| 174-1 | $5,870,130.04 (superpriority under 11 U.S.C. § 507(b) as to $452,959.86 thereof) |

Seller hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim. Seller further directs the Trustee, the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 14, 2017.

Seller:  UMB FINANCIAL CORPORATION, as successor in interest to MFC Capital Funding, Inc.

By:_____
Name: Michael D. Hagedorn
Title: Vice Chairman and Executive Officer

Buyer:  AMBROSE PINE, INC.

By:_____
Name: Joseph P. Gaffigan
Title: President