# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
(201) 845-1000
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Michael E. Holt (MEH-8735)

In re:

WRS HOLDINGS, LLC, et al.,

Debtors.

Case No.: 10-28457 (DHS)

Jointly Administered

Judge: Hon. Donald H. Steckroth

Chapter: 7

| Recommended Local Form: | ☐ Followed | ☒ Modified |

## ORDER AUTHORIZING RETENTION OF FORMAN HOLT ELIADES & RAVIN LLC AS ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE

The relief set forth on the following page, numbered three (3), is hereby **ORDERED**.

DATED: 08/23/2010

Honorable Donald H. Steckroth
United States Bankruptcy Judge

In re:     WRS HOLDINGS, LLC; ET AL.
Case No.:  10-28457 (RG)
           Jointly Administered

APPLICANT:   CHARLES M. FORMAN

☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13

PROFESSIONAL:   FORMAN HOLT ELIADES & RAVIN LLC

☒ Attorney for:   ☒ Trustee

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The Applicant, Charles M. Forman, Chapter 7 Trustee for the following jointly administered chapter 7 cases:

    (A)  WRS Holdings, LLC, Case No. 10-28457 (DHS);

    (B)  WRS, LLC, Case No. 10-28461 (DHS);

    (C)  Woods Restoration Services, LLC, Case No. 10-28465 (DHS);

    (D)  Woods Restoration Services of S.C., LLC, Case No. 10-28471 (DHS);

    (E)  Woods Restoration Services of Montclair, NJ, LLC, Case No. 10-28474 (DHS);

    (F)  Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and

    (G)  WRS, Inc., Case No. 10-28478 (DHS).

    be and hereby is authorized to retain the professional, Forman Holt Eliades & Ravin LLC, to act as his attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

*Approved by Judge Donald H. Steckroth August 23, 2010*

In re:     WRS HOLDINGS, LLC; ET AL.

Case No.:  10-28457 (RG)

Jointly Administered

3. The effective date of the retention is the date upon which the professional first provided services to the Trustee.

m:\cm\wrs holdings\retention\sher\sher-ord.doc

3

*Approved by Judge Donald H. Steckroth August 23, 2010*

# EXHIBIT B

# FORMAN HOLT ELIADES & YOUNGMAN LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
(201) 845-1000

CHARLES M. FORMAN, TRUSTEE

Statement No.: 69580
May 3, 2017
File # 3-01484

**File Name: WRS HOLDINGS CO., et al.**

## Legal Services

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/26/13 | KRL | Conference with Matt Percontino re: status of preference litigation | 0.10 |
| 05/14/13 | KRL | Conference with Marianne Taylor re: preference chart | 0.20 |
| 06/19/13 | KRL | Review tax notices | 0.10 |
| 06/19/13 | KRL | Conference with Matt Percontino re: conference call re: Ricciardi suit | 0.10 |
| 06/19/13 | KRL | Review DOL letter | 0.20 |
| 12/02/13 | KRL | Communication with L. DeLuca re: settlement, final revisions and forward to DeLuca | 0.30 |
| 12/03/13 | KRL | Revise and revise rollover agreements | 0.50 |
| 12/03/13 | KRL | Review correspondence re: settlement and dismissal, execute and return | 0.30 |
| 12/05/13 | KA | Correspondence to CAI re: termination forms and Pen Check agreement | 0.10 |
| 12/05/13 | MP | Preparation of motion to strike answer re: Forman v. Hicks Capital Management et al. | 1.20 |
| 12/05/13 | MP | Review file re: Forman v. Hicks Capital Management LLC, et al. | 0.50 |
| 12/05/13 | KRL | 401k - Conference with Trustee re: documents to sign | 0.10 |
| 12/06/13 | MP | Telephone conference with Emily Saienni re: late settlement payment in Forman v. Saienni. | 0.10 |
| 12/06/13 | KRL | Review file re: payments to professionals | 0.20 |
| 12/09/13 | MP | Conference with Kim Lynch re: Forman v. Hicks Capital Management LLC. | 0.10 |
| 12/09/13 | MP | Preparation of motion to strike answer re: Forman v. Hicks Capital Management LLC. | 0.20 |
| 12/09/13 | KRL | Conference with Matt Percontino re: Forman v. Hicks Capital Management LLC. | 0.10 |
| 12/11/13 | MP | Review file re: Forman v. Woods Bros. | 0.20 |
| 12/11/13 | MP | Review open cases and update statuses re: accounts receivables and avoidance actions. | 0.70 |
| 12/11/13 | MP | Preparation of correspondence to David Hendler, Esq. re: Forman v. Saienni. | 0.20 |
| 12/11/13 | KRL | Communication with Matteo Percontino re: Woods Brothers Settlement | 0.20 |
| 12/17/13 | KRL | Review file re; closure of action v. insiders | 0.20 |
| 12/17/13 | KRL | Communication with L. DeLucia and Marianne C. Taylor re; execution of agreement and turnover funds | 0.20 |
| 12/27/13 | KRL | Review forwarded mail | 0.10 |
| 12/27/13 | KRL | Correspondence to Marc Berman and review letter from Mass Mutual | 0.20 |
| 12/27/13 | KRL | Preparation of fee application | 1.20 |
| 12/30/13 | KRL | Review storage invoice. | 0.10 |

1

Statement No.   :
May 3, 2017
**Forman Holt Eliades & Youngman LLC**                                    File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/02/14 | KRL | Prepare true-up | 0.90 |
| 01/02/14 | KRL | Analyze available funds for distribution | 0.80 |
| 01/02/14 | KRL | Preparation of fee application | 2.50 |
| 01/03/14 | KRL | Continue drafting fee application | 2.50 |
| 01/07/14 | MP | Review of file re: Forman v. Saienni. | 0.20 |
| 01/07/14 | MP | Preparation of Warrant to Satisfy Judgment re: Forman v. Saienni. | 0.20 |
| 01/08/14 | KRL | Conference with Jill Malawer re: invoice | 0.10 |
| 01/09/14 | KRL | Review communication regarding payment. | 0.10 |
| 01/09/14 | MPM | Review of correspondence from Kim Lynch regarding default judgments. Preparation of charts regarding state court and preference action defaults. | 0.30 |
| 01/09/14 | KRL | Communication with Matt Percontino re: default judgments | 0.20 |
| 01/10/14 | MP | Preparation of default judgment pleadings re: Forman v. Hicks Capital. | 0.30 |
| 01/10/14 | KRL | Finalize fee application | 1.20 |
| 01/10/14 | KRL | Review accountant fees | 0.40 |
| 01/13/14 | MP | Review file re: request for payment from Rutgers Casualty Insurance. | 0.40 |
| 01/13/14 | MP | Preparation of request for entry of default and application for default judgment re: Forman v. Hicks Capital Management, LLC. | 1.80 |
| 01/13/14 | KA | Telephone conference with court re: noticing for fee application | 0.10 |
| 01/13/14 | KA | E-file FHEY second interim fee application | 0.10 |
| 01/13/14 | KA | Preparation of cover sheet and notice for FHEY second interim fee application | 0.40 |
| 01/13/14 | KRL | Finalize fee application | 0.50 |
| 01/13/14 | KRL | Communication with L. DeLucia re: settlement funds | 0.20 |
| 01/14/14 | KRL | Review memo from M. Percontino re possible receivable. | 0.10 |
| 01/14/14 | MP | Preparation of application for entry of default and default judgment re: Forman v. Morris Holdings, LLC. | 1.30 |
| 01/15/14 | MP | Preparation of default pleadings re: Forman v. Hicks Capital Management, LLC. | 0.50 |
| 01/15/14 | MP | Preparation of default pleadings re: Forman v. Morris Holdings, LLC. | 0.50 |
| 01/15/14 | KRL | Correspondence with accountant re: taxes | 0.10 |
| 01/15/14 | KRL | Communication with L. DeLucia re: settlement and review file | 0.20 |
| 01/16/14 | MP | File review to determine settlement balance owed re: Forman v. Racciatti. | 0.20 |
| 01/16/14 | KRL | Communication with Lou DeLucia resettlement, review file re same. | 0.20 |
| 01/17/14 | KA | Preparation of certification of service re: FHEY second interim fee application; e-file same | 0.30 |
| 01/17/14 | KA | E-mail to L. DeLucia, Esq. re: MFC Capital Settlement Agreement | 0.10 |
| 01/20/14 | KRL | Review application for compensation filed by accountants. | 0.80 |
| 01/20/14 | KRL | Correspondence to Charles M. Forman and related conference regarding accountant fee application. | 0.20 |
| 01/20/14 | KRL | Review file regarding default pleadings and actions to collect on same, related memo M. Percontino. | 0.50 |
| 01/23/14 | MP | Telephone conference with Majestic Lending re: Forman v. Saienni. | 0.20 |

Statement No. :
May 3, 2017
**Forman Holt Eliades & Youngman LLC**                                        File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/30/14 | KRL | Review tax notice and forward to accountants | 0.20 |
| 02/03/14 | KA | Correspondence to Eisner Amper re: certified mail receipts for tax returns | 0.10 |
| 02/03/14 | KRL | Review communication from counsel to creditor regarding distribution, respond to same. | 0.20 |
| 02/10/14 | KRL | Telephone conference with T. Hilbuth re: claim and related review and response to e-mail follow up | 0.30 |
| 02/13/14 | KRL | Draft claims motions | 2.30 |
| 02/19/14 | MEH | Review of correspondence from former judgment debtor regarding satisfaction of judgment and request for lien release | 0.30 |
| 02/21/14 | KRL | Exchange emails with J. Malawar re fee order. | 0.10 |
| 02/25/14 | MP | Review voicemail from Dirck Noel re: judgment in favor of WRS, LLC against Mr. Noel. | 0.10 |
| 02/25/14 | MP | Telephone conference with law office of Charles O'Connell, Esq. re: judgment against Dirck Noel. | 0.20 |
| 02/25/14 | MP | Preparation of Warrant to Satisfy Judgment re: judgment against Dirck Noel. | 0.20 |
| 02/28/14 | KRL | Communication regarding tax returns. | 0.10 |
| 02/28/14 | KA | Draft correspondence to IRS re: 1096 tax return | 0.10 |
| 03/02/14 | KRL | Review forwarded mail. | 0.10 |
| 03/03/14 | KRL | Review 1099 | 0.10 |
| 03/04/14 | KRL | Review invoice for storage of records. | 0.10 |
| 03/07/14 | KRL | Correspondence to Einser Amper re: 1099 | 0.10 |
| 03/14/14 | MP | Review file re: remaining litigation or collection claims. | 0.20 |
| 03/14/14 | KRL | Review communication from L. Aron re: IRS notice | 0.10 |
| 03/18/14 | KRL | Telephone conference with D. Ringer re: tax notice | 0.10 |
| 03/19/14 | KRL | Review forwarded mail. | 0.10 |
| 03/30/14 | KRL | Review affiliated files re update to trustee. | 0.10 |
| 04/01/14 | KRL | Review forwarded mail | 0.10 |
| 04/03/14 | KRL | Telephone conference with A. fielder re: true-up | 0.10 |
| 04/04/14 | MP | Review files and updates accounts receivable claims for update to secured lender. | 4.50 |
| 04/04/14 | KRL | Review notice from court re insider litigation, related review of file and conference M. Percontino. | 0.40 |
| 04/04/14 | KRL | Communication with L. DeLucia regarding true up and related conference M. Percontino. | 0.20 |
| 04/07/14 | MP | Review files and updates accounts receivable claims for update to secured lender. | 2.00 |
| 04/07/14 | KRL | Review file re: collection of accounts receivable; conference with Matt Percontino re: same | 0.10 |
| 04/07/14 | KRL | Review file re: substantive consolidation and conference with Michael Connolly | 0.20 |
| 04/11/14 | KRL | Review secured claims re: objection to claims | 0.90 |
| 04/15/14 | KRL | Conference with Matt Percontino re: Woods Brothers settlement | 0.20 |
| 04/15/14 | MP | File review re: accounts receivable. | 0.20 |
| 04/15/14 | MP | Review Forman v. Woods Bros. and preparation of status update correspondence to Judge Steckroth. | 0.60 |
| 04/16/14 | MP | Review of file re: Forman v. Racciatti. | 0.10 |

3


Statement No.    :
May 3, 2017

**Forman Holt Eliades & Youngman LLC**    File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/16/14 | KRL | Telephone conference with counsel to secured creditor | 0.20 |
| 04/18/14 | KRL | Communication with counsel to Woods; review and sign correspondence to court | 0.30 |
| 04/18/14 | KRL | Communication with counsel to Woods; review and sign correspondence to court | 0.30 |
| 04/21/14 | MPM | E-file correspondence regarding settlement of adversary proceeding. | 0.10 |
| 04/21/14 | MP | E-mail to Kim Lynch re: Forman v. Woods Bros. | 0.10 |
| 04/21/14 | KRL | Conference with Marianne C. Taylor re: accounts receivable and preference charts | 0.10 |
| 04/21/14 | KRL | Review correspondence from Matt Percontino to Woods Brother's counsel | 0.10 |
| 04/24/14 | KRL | Communication with counsel to secured lender | 0.10 |
| 04/25/14 | KRL | Analysis of funds owed secured creditor. | 0.70 |
| 04/25/14 | KRL | Conference Charles M. Forman regarding payment to secured creditor. | 0.10 |
| 04/29/14 | KA | Draft correspondence to Lou DeLucia re: MFC Capital Funding Check | 0.10 |
| 04/29/14 | KRL | Conference with Trustee and update status | 0.10 |
| 05/01/14 | KRL | Communication with L. DeLucia re: accounting call conference | 0.10 |
| 05/02/14 | KA | Draft correspondence to Lou DeLucia re: check to MFC funding | 0.10 |
| 05/02/14 | KRL | Conference call and prepare for same | 0.80 |
| 05/02/14 | KRL | Conference with Charles M. Forman re: telephone conference with De Lucia and payment to secured creditor | 0.20 |
| 05/06/14 | MP | Review file re: settlement payments in Forman v. Racciatti. | 0.20 |
| 05/06/14 | MP | Review file re: Forman v. Woods Bros. | 0.10 |
| 05/16/14 | MP | File review re: accounts receivable. | 0.20 |
| 06/04/14 | MP | Accounts receivable update. | 0.20 |
| 06/17/14 | KRL | Review and update status for Trustee re: audit | 0.10 |
| 06/19/14 | MP | Review file re: Forman v. Racciatti. | 0.20 |
| 06/24/14 | MPM | Update A/R chart regarding litigation and non-litigation collections. | 0.30 |
| 06/25/14 | KRL | Communication with J. Kisla re: default judgments | 0.10 |
| 06/30/14 | KRL | Review forwarded mail. | 0.10 |
| 07/01/14 | MPM | Conference with Karen Gavaris regarding accounts receivable charts. | 0.10 |
| 07/09/14 | KRL | Communication with L. DeLucia re: priority claim | 0.10 |
| 07/11/14 | KRL | Communication with L. DeLucia re: accounting | 0.10 |
| 07/16/14 | MP | Review file re: Forman v. Racciatti. | 0.10 |
| 07/16/14 | KRL | Communication with L. DeLucia re: partial distribution | 0.20 |
| 07/22/14 | MP | Review file re: accounts receivable. | 0.20 |
| 07/25/14 | MP | Review file re: Forman v. Hidlago. | 0.20 |
| 07/25/14 | MP | Telephone conference with Ingrid Hidalgo re: Forman v. Hidalgo. | 0.20 |
| 07/25/14 | KRL | Review file and calculate interim payment to priority claimant. | 0.70 |
| 07/25/14 | KRL | Correspondence to L. DeLucia regarding payment to client. | 0.10 |
| 07/25/14 | KRL | Conference with trustee re payment to priority creditors. | 0.10 |
| 07/28/14 | WLW | Review of correspondence from Frank Cozzarelli regarding Hidalgo judgment; Preparation of correspondence to Frank Cozzarelli; Preparation of correspondence to Kim Lynch and Jennifer Kiesla | 0.20 |

4

Statement No.    :
May 3, 2017
**Forman Holt Eliades & Youngman LLC**                                            File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/31/14 | KRL | communication with Jay Lindenberg re fees. | 0.10 |
| 08/06/14 | MPM | Conference with Charles Forman regarding Hidalgo payment amount. Review of file and conference with Matteo Percontino regarding same. | 0.20 |
| 08/06/14 | WLW | Exchange emails with Charles M. Forman regarding Hidalgo payoff | 0.30 |
| 08/07/14 | MP | File review re: judgment in Forman v. Hidalgo. | 0.20 |
| 08/07/14 | MP | E-mail Frank Cozza, Esq. re: Forman v. Hidalgo. | 0.10 |
| 08/08/14 | KRL | Review invoice for storage | 0.10 |
| 08/08/14 | MP | Review and update accounts receivable matters. | 0.20 |
| 08/13/14 | KRL | telephone conference with Lou DeLucia and Allison Fielder | 0.10 |
| 08/15/14 | MP | Review file and search affiliated debtor entities. | 0.30 |
| 08/20/14 | KRL | Communication with Allen Wilen re: WRS fees | 0.10 |
| 08/20/14 | KRL | Communication with L. DeLucia re: accounting | 0.20 |
| 08/21/14 | KRL | Review accountant fee application | 0.50 |
| 08/28/14 | KRL | Review forwarded mail. | 0.10 |
| 09/09/14 | MP | Review file and preparation of warrant to satisfy judgment re: Forman v. Hidalgo. | 0.50 |
| 09/10/14 | KA | Draft 505(b) letters for 2013 federal and state tax returns and draft letters for K-1s | 0.50 |
| 09/10/14 | KRL | Correspondence to partners re: K1 and review same | 0.10 |
| 09/10/14 | KRL | Review tax returns and 505(b) correspondence | 0.40 |
| 09/16/14 | MP | Review file re: non-vehicle assets liquidated by the estate. | 0.50 |
| 09/16/14 | MEH | Telephone conference with Randy Fridkis regarding response to motion to compel accounting | 0.40 |
| 09/16/14 | MEH | Conference with Kim Lynch regarding opposition to motion to compel payment and accounting | 0.30 |
| 09/16/14 | MEH | Review of file regarding sale of assets, report of sale and related issues in connection with accounting | 0.80 |
| 09/16/14 | MEH | Preparation of correspondence to Randy Fridkis regarding report of sale | 0.20 |
| 09/16/14 | KRL | Review motion directing trustee to disburse funds | 0.20 |
| 09/16/14 | KRL | Commence review of file, calculation of funds subject to superpriority claim, review prior cash collateral orders | 3.20 |
| 09/17/14 | KRL | Communication with Michael Holt re: report of sale | 0.10 |
| 09/18/14 | KRL | Review accountant's fee application and memo re: same | 1.00 |
| 09/18/14 | KRL | Continued accounting re: MFC super priority claim; conference with Marianne C. Taylor and review file | 4.20 |
| 09/19/14 | MP | File review and status updates re: adversary proceedings. | 0.20 |
| 09/19/14 | DEB | Research regarding carve-out of superpriority claim | 1.80 |
| 09/19/14 | KRL | Continued memo to trustee re: accounting | 2.60 |
| 09/19/14 | KRL | Memo to Deirdre Burke re: research on allocation issues | 0.10 |
| 09/22/14 | DEB | Correspondence to Kim Lynch regarding legal research on carve-out of superpriority claim | 0.10 |
| 09/22/14 | DEB | Legal research regarding allocating fees incurred in liquidating assets to which superpriority claims attach | 5.50 |

Statement No.    :
May 3, 2017

**Forman Holt Eliades & Youngman LLC**

File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/22/14 | DEB | Conferences with Kim Lynch to discuss opposition to MFC motion for payment of superpriority claim and case law found in legal research | 0.30 |
| 09/22/14 | DEB | Preparation of opposition to MFC motion to direct payment of its superpriority claim | 1.20 |
| 09/22/14 | KRL | Conference with Deirdre Burke re: motion to compel | 0.30 |
| 09/22/14 | KRL | Conference with Trustee re: same | 0.20 |
| 09/23/14 | DEB | Prepare opposition to MFC motion to direct payment of its superpriority claim | 7.50 |
| 09/23/14 | DEB | Prepare exhibits to opposition to MFC motion to direct payment of superpriority claim | 2.50 |
| 09/23/14 | DEB | Prepare brief and exhibits and file opposition to MFC motion directing payment of its superpriority claim | 0.70 |
| 09/23/14 | KJL | Review of MFC Capital chart for payment schedule for Kim Lynch | 0.10 |
| 09/23/14 | KRL | Review and revise brief | 3.20 |
| 09/23/14 | KRL | Draft exhibits | 0.60 |
| 09/23/14 | KRL | Review case law and final brief | 0.50 |
| 09/24/14 | KRL | Conference with Trustee re: opposition | 0.10 |
| 09/24/14 | KRL | Conference with Michael E. Holt re: motion to compel | 0.20 |
| 09/24/14 | KRL | Review memo from Trustee re: accountant fees | 0.10 |
| 09/25/14 | KA | Draft Order and Notice for Eisner Amper First Interim Fee Application | 0.20 |
| 09/25/14 | KA | Communication with court re: noticing of Eisner Amper fee application | 0.10 |
| 09/25/14 | KA | Preparation of certification of service re: notice of Eisner Amper fee application | 0.10 |
| 09/25/14 | KA | E-file Eisner Amper fee application | 0.10 |
| 09/25/14 | KRL | Review order awarding first interim compensation | 0.10 |
| 09/26/14 | DEB | Preparation of status memo to Kim Lynch regarding objection and upcoming hearing on motion to distribute superpriority claim | 0.20 |
| 09/26/14 | KRL | Conference with Kathryn Anema re: filing fee application | 0.10 |
| 09/29/14 | KRL | Conference with trustee regarding motion to compel. | 0.10 |
| 09/29/14 | KRL | Telephone conference with counsel to MFC re motion to compel. | 0.30 |
| 09/29/14 | DEB | Conference with Kim Lynch regarding MFC counsel's response to our opposition to their motion | 0.10 |
| 09/29/14 | KRL | Telephone conference with counsel to MFC regarding hearing and settlement. | 0.20 |
| 09/29/14 | KRL | Communication with Trustee's assistant regarding balance on hand. | 0.10 |
| 09/30/14 | KRL | Exchange emails with counsel to MFC re settlement. | 0.10 |
| 10/08/14 | KRL | Review mail | 0.10 |
| 10/17/14 | MP | Review of file re: Forman v. Racciatti settlement payments. | 0.20 |
| 10/21/14 | KA | Revisions to MFC Consent Order; related e-mail to Alyson Fiedler, Esq. | 0.20 |
| 10/21/14 | KRL | Review and revise consent order with MFC | 0.30 |
| 10/21/14 | KRL | Review complaint re: foreclosure | 0.20 |
| 10/22/14 | KRL | Review forwarded mail | 0.10 |
| 10/23/14 | MP | Review files and update status of open receivable cases. | 0.20 |
| 10/23/14 | KRL | Communication with A. Fielder re: consent order | 0.10 |
| 10/31/14 | KRL | Review and execute consent order. | 0.10 |

**Forman Holt Eliades & Youngman LLC**

Statement No.    :
May 3, 2017
File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/03/14 | KRL | Review forwarded mail | 0.10 |
| 11/05/14 | KRL | Review consent order; memo to MCT re: payment | 0.10 |
| 11/05/14 | KRL | Review fee order re: accountants | 0.10 |
| 11/06/14 | KA | Draft correspondence to Lou DeLucia re: MFC payment | 0.10 |
| 11/07/14 | KRL | Review request re: storage of records | 0.10 |
| 11/12/14 | KA | Draft correspondence to John Acquaviva at Schiff Hardin re: original signature for MFC Consent Order | 0.10 |
| 11/12/14 | KA | Draft correspondence to Eisner Amper re: payment for first interim compensation | 0.10 |
| 11/12/14 | MP | Review file re: accounts receivable. | 0.20 |
| 11/14/14 | KRL | Review forwarded mail | 0.10 |
| 11/24/14 | KRL | Review correspondence from State of Florida re EZ Pass and memo to Matt Percontino re same. | 0.20 |
| 11/26/14 | MP | Research vehicle titled in debtor's name. | 0.50 |
| 12/03/14 | MP | File review re: status of a vehicle previously part of estate. | 0.90 |
| 12/03/14 | MP | E-mail exchange with Randy Fridkis re: vehicle sold at auction. | 0.10 |
| 12/03/14 | MEH | Review of issues regarding disposition of vehicles | 1.50 |
| 12/04/14 | KRL | Review notice of foreclosure | 0.10 |
| 12/08/14 | MPM | Telephone conference with Jeff Breener regarding outstanding invoices. | 0.10 |
| 12/19/14 | MP | Preparation of correspondence to Florida Department of Transportation re: vehicle. | 0.40 |
| 12/29/14 | KRL | Conference with Trustee re; substantive consolidation | 0.20 |
| 12/30/14 | KRL | Update status | 0.10 |
| 01/06/15 | KRL | Review communication from J. Brennan | 0.10 |
| 01/08/15 | KRL | Review C. Marino invoice | 0.10 |
| 01/15/15 | KRL | Review invoice re: e-storage of records and memo to Trustee re: same | 0.20 |
| 01/16/15 | MP | Review of file re: settlement in Forman v. Racciatti. | 0.10 |
| 01/20/15 | MP | Review file re: settlement in Forman v. Racciatti. | 0.10 |
| 01/20/15 | MP | Review of file re: accounts receivable. | 0.20 |
| 01/22/15 | KRL | Review and respond to inquiry from Trustee re: abandonment of certain digital records | 0.10 |
| 02/04/15 | MP | Review accounts receivable claims. | 0.30 |
| 02/10/15 | KRL | Conference with Charles M. Forman re: abandonment of e-records | 0.10 |
| 02/17/15 | KRL | Review C. Marino invoice | 0.10 |
| 03/04/15 | KRL | Review invoice re: storage | 0.10 |
| 03/04/15 | KRL | Review forwarded mail | 0.10 |
| 03/04/15 | KRL | Communication to creditor re: stay violation | 0.20 |
| 03/11/15 | KA | Prepare notice of abandonment re: electronic records stored with Maragell | 0.10 |
| 03/11/15 | KRL | Draft abandonment of records. | 0.20 |
| 03/25/15 | KA | Preparation of Notice of Abandonment re: electronic records | 0.10 |
| 03/26/15 | KRL | Finalize draft of consent order with US Bank, related communication to attorney re possible surplus funds. | 0.50 |
| 03/30/15 | KRL | Telephone conference with counsel to U.S. Bank re: consent order to vacate stay | 0.10 |

Statement No. :
May 3, 2017
**Forman Holt Eliades & Youngman LLC**  File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/30/15 | KRL | Revise consent order with U.S. Bank | 0.20 |
| 03/30/15 | KRL | Memorandum to Matt Percontino re: collection of accounts receivable and default judgments and related file review | 0.20 |
| 03/30/15 | KRL | Memo to Trustee re: status of case | 0.20 |
| 03/30/15 | KRL | Research possible substantive consolidation | 0.40 |
| 03/30/15 | KRL | Conference with Marianne Taylor re: close out | 0.10 |
| 03/31/15 | KRL | Communication with M. Valley re: revisions to stay relief order | 0.10 |
| 04/01/15 | KRL | Review revised consent order and communication with M.B. Valley re: same | 0.20 |
| 04/06/15 | KRL | Draft application in support of motion to vacate stay | 0.60 |
| 04/07/15 | MP | Review status of all accounts receivable and adversary proceedings, update case statuses, update potential judgment collection and preparation of memorandum as to same. | 3.20 |
| 04/07/15 | MP | Research judgment debtors re: judgment collections. | 0.60 |
| 04/09/15 | KA | E-file Notice of abandonment re: electronic data records | 0.10 |
| 04/09/15 | KA | Prepare certification of service re: abandonment of electronic records; e-file same | 0.20 |
| 04/10/15 | MP | Review e-mail from Kim Lynch and file re: judgment collections. | 0.30 |
| 04/10/15 | KRL | Analysis of outstanding default judgments | 0.20 |
| 04/10/15 | KRL | Memo to Matt Percontino re: collection of default judgments | 0.20 |
| 04/10/15 | MEH | Review of notice of abandonment | 0.10 |
| 04/14/15 | KA | Preparation of Certification of Consent re: US Bank Consent Order | 0.10 |
| 04/14/15 | KA | E-file Application for entry of consent order with U.S. Bank and certification of consent; related e-mail to Judge Papalia's chambers | 0.20 |
| 04/14/15 | MPM | Telephone conference regarding notice of abandonment. | 0.10 |
| 04/15/15 | MP | Preparation of correspondence to County of Passaic re: settlement payment in Forman v. County of Passaic. | 0.50 |
| 04/15/15 | MP | Entity research and preparation of pleadings to register judgment in Pennsylvania re: Forman v. Superior Concrete Foundations. | 1.30 |
| 04/15/15 | MP | Entity research re: collection of judgment against The T Group Inc. | 0.60 |
| 04/15/15 | MP | Preparation of information subpoena re: Forman v. The T Group. | 0.70 |
| 04/15/15 | KRL | Field numerous calls re: abandonment of records | 0.40 |
| 04/15/15 | KRL | Draft recorded response to inquiries | 0.20 |
| 04/17/15 | KA | Communication with Mary Beth Valley, Esq. re: U.S. Bank consent order | 0.10 |
| 04/20/15 | MP | File review re: Collection of judgments. | 0.20 |
| 04/21/15 | KA | Communication re: inquiry re: abandonment of records | 0.10 |
| 04/21/15 | MP | Preparation of pleadings to register judgment in another district re: Superior Concrete Foundations. | 0.30 |
| 04/21/15 | MEH | Telephone conference with creditor regarding notice of abandonment | 0.10 |
| 04/21/15 | MEH | Telephone conference with creditor regarding notice of abandonment | 0.10 |
| 04/27/15 | KRL | Review and respond to communication from Shoshana Schiff re: WRS telephone calls | 0.10 |
| 04/28/15 | KRL | Review file and provide status update to Trustee | 0.20 |

Statement No.   :
May 3, 2017
**Forman Holt Eliades & Youngman LLC**    File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/30/15 | KRL | Review forwarded mail | 0.20 |
| 05/04/15 | MP | Preparation of registration of judgment in another district re: Forman v. Superior Concrete. | 0.20 |
| 05/14/15 | MP | Preparation of motion to enforce litigant's rights re: Forman v. The T Group. | 0.90 |
| 05/18/15 | MP | Preparation of motion to enforce litigants rights re: Forman v. T Group. | 0.20 |
| 05/19/15 | KRL | Review notice of Clerk's fees due | 0.10 |
| 05/20/15 | MEH | Telephone conference with Deirdre Pacheco regarding notice of abandonment and potential claims | 0.20 |
| 05/20/15 | MEH | Review of file and docket regarding potential asbestos claims and inquiries regarding notice of abandonment | 0.50 |
| 05/20/15 | MEH | Conference with Kim Lynch regarding notice of abandonment and inquiry by plaintiff's asbestos counsel | 0.20 |
| 05/21/15 | MP | Review and update status of judgment collections. | 0.20 |
| 05/26/15 | KRL | Correspondence to Magarell re: abandonment of records | 0.10 |
| 05/27/15 | KRL | Review request for payment of storage. | 0.10 |
| 05/27/15 | MEH | Telephone conference with creditor regarding notice of abandonment | 0.20 |
| 06/17/15 | KRL | Review and approve payment for storage of books and records | 0.10 |
| 06/19/15 | MP | Preparation of settlement agreement re: Forman v. Passaic County. | 0.60 |
| 06/19/15 | MP | Review correspondence from County of Passaic re: Forman v. Passaic County. | 0.20 |
| 06/19/15 | KRL | Communication with Matt Percontino re: collection of judgment v. Passaic County | 0.20 |
| 06/19/15 | MEH | Telephone conference with Passaic County Council regarding compromise of account receivable claim | 0.50 |
| 06/19/15 | MEH | Review of file regarding settlement with Passaic County | 0.30 |
| 06/19/15 | MEH | Exchange of emails with Matt Percontino regarding Passaic County settlement | 0.20 |
| 07/10/15 | MP | Review correspondence from County of Passaic re: Forman v. County of Passaic. | 0.10 |
| 07/13/15 | MP | Review correspondence from County of Passaic re: Forman v. County of Passaic. | 0.10 |
| 07/15/15 | MP | Review file, update status of case, and preparation of memorandum to Kim Lynch as to status. | 0.10 |
| 07/15/15 | KRL | Review documents necessary for signature by chapter 7 trustee to obtain funds from County of Passaic | 0.20 |
| 07/15/15 | KRL | Related conference with trustee re: same and status of case | 0.20 |
| 07/15/15 | KRL | Conference with Charles M. Forman re: outstanding issues | 0.20 |
| 07/15/15 | KRL | Communication with Matt Percontino re: collection of County of Passaic judgment | 0.10 |
| 07/29/15 | KRL | Conference with Marianne C. Taylor re: receipt of City of Passaic funds | 0.10 |
| 07/29/15 | KRL | Communication with Matt Percontino re: Warrant to Satisfy judgment re: County of Passaic | 0.10 |
| 07/29/15 | KRL | Review monthly invoice re: records storage | 0.10 |
| 08/03/15 | MP | File review re: accounts receivable claims. | 0.20 |
| 08/06/15 | MP | Preparation of motion to enforce litigant's rights re: Forman v. The T Group Inc. | 0.20 |
| 08/12/15 | KRL | Communication with Marianne C. Taylor re: T Group | 0.10 |
| 08/13/15 | MP | Telephone conference with Jodi Teperson re: Forman v. The T Group. | 0.20 |

Statement No. :
May 3, 2017
**Forman Holt Eliades & Youngman LLC**    File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/03/15 | MP | Review file re: judgment collections. | 0.20 |
| 09/10/15 | KRL | Review tax returns and prepare 505(b) letters | 0.50 |
| 09/14/15 | KA | Draft 505(b) letters for state and federal tax returns; draft correspondence re: K-1s | 0.30 |
| 09/14/15 | KRL | Review tax returns, prepare 505 letters | 0.40 |
| 09/22/15 | KRL | Communication with counsel to judgment creditor re: payoff; calculate same and respond | 0.40 |
| 10/05/15 | KRL | Review file re: update to Trustee | 0.20 |
| 10/07/15 | KRL | Communication with accountants re: statements for taxes | 0.10 |
| 10/08/15 | KRL | Communication with Trustee;s assistant re: information | 0.10 |
| 10/08/15 | KRL | Review correspondence from Marianne Taylor to accountants re: information for taxes | 0.10 |
| 11/02/15 | KRL | Review forwarded mail | 0.10 |
| 11/05/15 | KRL | Telephone conference with Brittany Jaleous re: Woods Restoration Services of Florida and related file review | 0.30 |
| 11/06/15 | MP | Preparation of memorandum to Charles Forman re: exit memorandum status of case to transition file. | 0.20 |
| 11/11/15 | KRL | Review response of IRS to prompt determination | 0.10 |
| 11/19/15 | KRL | Conference with M. Percontino regarding status. | 0.20 |
| 11/19/15 | MP | Conference with Kim Lynch re: status of case. | 0.10 |
| 12/02/15 | KRL | Conference with M. Taylor re substantive consolidation. | 0.10 |
| 12/14/15 | KRL | Communication from Trustee re: accounts receivable judgments and respond | 0.10 |
| 12/15/15 | KRL | Review file re: motion for substantive consolidation | 0.50 |
| 12/22/15 | KRL | Begin preparation pleadings for substantive consolidation. | 1.10 |
| 12/23/15 | KRL | Continued research re: substantive consolidation | 0.60 |
| 01/04/16 | KRL | Review payoff statement re judgment against Garigali and correspondence to title company re same. | 0.40 |
| 01/07/16 | KRL | Communication with title company re: payoff | 0.10 |
| 01/12/16 | KRL | Review communication from accountant for tax information | 0.10 |
| 01/12/16 | KRL | Memo to Marianne Taylor re: same | 0.10 |
| 01/13/16 | KRL | Communication with Louis DeLucia re: status | 0.10 |
| 01/15/16 | KRL | Review file re: Trustee inquiry | 0.10 |
| 01/25/16 | KRL | Review file re: The T Group default judgment | 0.10 |
| 01/25/16 | KRL | Memo to Marianne C. Taylor re: tax information | 0.10 |
| 01/29/16 | KRL | Conference with Marianne Taylor re: case | 0.30 |
| 02/04/16 | KRL | Review file re: outstanding issues | 0.10 |
| 02/09/16 | KRL | Review communication regarding electronic records. | 0.10 |
| 02/09/16 | KRL | Conference with M. Holt re electronic records. | 0.10 |
| 02/10/16 | KRL | Communication with Jeff Brenner re: electronic invoices; review file and respond | 0.40 |
| 02/12/16 | KA | Communication with accountant re: Form 1 and 2 for tax returns | 0.10 |
| 02/12/16 | KRL | Review communication re: Maragell; review file re: abandonment and payment | 0.40 |
| 02/16/16 | KRL | Draft request for payment of admin claim | 0.10 |
| 03/15/16 | KRL | Review communication from Trustee re Margarell and respond. | 0.10 |

Statement No.    :
May 3, 2017
**Forman Holt Eliades & Youngman LLC**  File # 3-01484

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/18/16 | KRL | Review file re: inquiry into Weiss judgment | 0.20 |
| 04/03/16 | KRL | Review correspondence from accountant re tax notifications. | 0.10 |
| 04/05/16 | KA | Draft correspondence to Internal Revenue Service and State of NJ re: filing Form 1096 for 2015 | 0.20 |
| 04/07/16 | KRL | Review file and status to Trustee | 0.10 |

| | | | |
|---|---|---|---|
| | | **Total Hours** | **130.60** |
| | | **Total Fees** | **49,022.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 01/08/14 | Photocopying/Printing - In-house | 4.80 |
| 01/13/14 | Photocopying/Printing - In-house | 5.00 |
| 01/13/14 | Postage | 9.66 |
| 01/15/14 | Photocopying/Printing - In-house | 19.20 |
| 01/17/14 | Photocopying/Printing - In-house | 61.60 |
| 01/17/14 | Photocopying/Printing - In-house | 1.80 |
| 01/17/14 | Postage | 1.12 |
| 01/31/14 | Pacer Document Search | 6.40 |
| 02/12/14 | Photocopying/Printing - In-house | 19.20 |
| 02/25/14 | Photocopying/Printing - In-house | 1.20 |
| 02/25/14 | Postage | 0.48 |
| 03/03/14 | Photocopying/Printing - In-house | 1.40 |
| 03/03/14 | Postage | 5.13 |
| 03/25/14 | Postage | 5.13 |
| 04/10/14 | Photocopying/Printing - In-house | 1.40 |
| 04/10/14 | Photocopying/Printing - In-house | 2.00 |
| 04/16/14 | Photocopying/Printing - In-house | 0.60 |
| 04/16/14 | Photocopying/Printing - In-house | 0.20 |
| 04/21/14 | Photocopying/Printing - In-house | 0.80 |
| 04/30/14 | Pacer Document Search | 16.90 |
| 05/05/14 | Federal Express; LOUIS T. DELUCIA, ESQ; FEDEX | 8.72 |
| 06/11/14 | Photocopying/Printing - In-house | 1.80 |
| 06/11/14 | Postage | 0.69 |
| 06/30/14 | Pacer Document Search | 4.00 |
| 08/31/14 | Lexis Legal Research | 4.91 |
| 09/09/14 | Photocopying/Printing - In-house | 1.00 |
| 09/09/14 | Postage | 0.48 |
| 09/12/14 | Photocopying/Printing - In-house | 4.00 |

**Forman Holt Eliades & Youngman LLC**

| CHARLES M. FORMAN, TRUSTEE | May 3, 2017 |
|---|---|
| Re: WRS HOLDINGS CO., et al. | Invoice 69580 |
| I.D. 3-01484 - KRL | Page 12 |

| Date | Description | Amount |
|---|---|---|
| 09/12/14 | Photocopying/Printing - In-house | 2.60 |
| 09/12/14 | Postage | 1.86 |
| 09/12/14 | Postage | 5.55 |
| 09/12/14 | Postage | 5.55 |
| 09/12/14 | Postage | 7.10 |
| 09/12/14 | Postage | 6.47 |
| 09/16/14 | Photocopying/Printing - In-house | 13.40 |
| 09/18/14 | Photocopying/Printing - In-house | 8.00 |
| 09/22/14 | Photocopying/Printing - In-house | 1.40 |
| 09/24/14 | Photocopying/Printing - In-house | 3.20 |
| 09/26/14 | Photocopying/Printing - In-house | 8.00 |
| 09/26/14 | Photocopying/Printing - In-house | 3.20 |
| 09/26/14 | Photocopying/Printing - In-house | 4.20 |
| 09/26/14 | Postage | 10.08 |
| 09/30/14 | Lexis Legal Research | 84.84 |
| 09/30/14 | Pacer Document Search | 37.80 |
| 11/12/14 | Photocopying/Printing - In-house | 0.60 |
| 11/12/14 | Postage | 0.48 |
| 11/11/14 | Federal Express; LOUIS T. DELUCIA, ESQ; FEDEX | 9.51 |
| 11/30/14 | Lexis Legal Research | 2.85 |
| 11/30/14 | Lexis Legal Research | 8.10 |
| 11/17/14 | Federal Express; ALLEN D. WILEN/EISNER AMPER, LLP; FEDEX | 8.56 |
| 12/19/14 | Photocopying/Printing - In-house | 2.20 |
| 12/19/14 | Postage | 0.48 |
| 12/31/14 | Pacer Document Search | 6.30 |
| 01/29/15 | Photocopying/Printing - In-house | 0.20 |
| 03/10/15 | Postage | 0.48 |
| 03/19/15 | Photocopying/Printing - In-house | 0.20 |
| 03/23/15 | Photocopying/Printing - In-house | 6.00 |
| 03/30/15 | Photocopying/Printing - In-house | 1.20 |
| 03/31/15 | Pacer Document Search | 6.10 |
| 04/09/15 | Photocopying/Printing - In-house | 10.40 |
| 04/09/15 | Postage | 2.88 |
| 04/13/15 | Photocopying/Printing - In-house | 2.00 |
| 04/16/15 | Photocopying/Printing - In-house | 4.60 |
| 04/16/15 | Postage | 8.30 |
| 04/30/15 | Lexis Legal Research | 21.81 |
| 04/30/15 | Pacer Document Search | 15.40 |

**Forman Holt Eliades & Youngman LLC**

| CHARLES M. FORMAN, TRUSTEE | | May 3, 2017 |
|---|---|---|
| Re: WRS HOLDINGS CO., et al. | | Invoice 69580 |
| I.D. 3-01484 - KRL | | Page 13 |

| Date | Description | Amount |
|---|---|---|
| 05/03/15 | Postage | 0.69 |
| 05/04/15 | Photocopying/Printing - In-house | 3.80 |
| 05/26/15 | Photocopying/Printing - In-house | 0.60 |
| 05/26/15 | Postage | 0.48 |
| 05/31/15 | Lexis Legal Research | 15.71 |
| 05/31/15 | Pacer Document Search | 0.40 |
| 06/30/15 | Lexis Legal Research | 2.85 |
| 06/30/15 | Lexis Legal Research | 4.97 |
| 10/30/15 | Pacer Document Search | 6.10 |
| 11/30/15 | Pacer Document Search | 1.00 |
| 02/28/16 | Pacer Document Search | 0.60 |

| | Total Disbursements | 548.72 |
|---|---|---|
| | Total Fees and Disbursements | 49,571.22 |
| | **TOTAL THIS STATEMENT** | **49,571.22** |