| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES & YOUNGMAN LLC<br>P.O. Box 959<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman |

| | |
|---|---|
| In re:<br><br>WRS HOLDINGS, LLC; et al.<sup>1</sup>,<br><br>      Debtor. | Chapter 7<br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  May 30, 2017<br>Hearing Time:  10:00 a.m. |

**CERTIFICATE OF CONSENT REGARDING STIPULATION AND CONSENT ORDER REGARDING FINAL FEE APPLICATION OF FORMAN HOLT ELIADES & YOUNGMAN LLC AND ESTATE ADMINISTRATION**

  **I HEREBY CERTIFY** that with respect to the copy of the captioned stipulation and consent Order submitted to the Court, the following conditions have been met:

1. The terms of the copy of the stipulation and consent order submitted to the Court are identical to those set forth in the original stipulation and consent order.

2. The signatures represented by the /s/ on the copy of the stipulation and consent order submitted to the Court reference the signatures of stipulation and consenting parties obtained on the original stipulation and consent order;

3. I will retain the original stipulation and consent order for a period of seven years from the date of closing of the case or adversary proceeding.

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

20561004_1

4. I will make the original stipulation and consent order available for inspection upon request of the Court or any party in interest; and

5. I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

          */s/ Charles M. Forman*
          Charles M. Forman

Dated: May 30, 2017