|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES & YOUNGMAN LLC<br>P.O. Box 959<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman | **Order Filed on May 31, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In re:<br><br>WRS HOLDINGS, LLC; <u>et al</u>.<sup>1</sup>,<br><br>                    Debtor. | Chapter 7<br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  May 30, 2017<br>Hearing Time:  10:00 a.m. |

**ORDER GRANTING FIRST INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2017**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

20451608_1

**(Page 2)**

Debtor:                WRS Holdings, LLC et al

Case No:              10- Case No. 10-28457 (SLM) (Jointly Administered)

Caption of Order:   Order Granting First Interim Compensation and Reimbursement of Expenses to Charles M. Forman, Chapter 7 Trustee

**UPON CONSIDERATION** of the application of Charles M. Forman, Chapter 7 Trustee (the "Trustee") of the captioned debtors, for entry of an order awarding first interim compensation pursuant to 11 U.S.C. §326; and due notice having been given; and for good cause having been shown; it is

**ORDERED** that the Trustee is allowed compensation on an interim basis in the total amount of $___69,600.00___; and it is further

**ORDERED** that the interim compensation awarded hereunder may be paid from estate assets immediately upon entry of this order.