| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| LeClairRyan, A Professional Corporation<br>1037 Raymond Boulevard<br>Sixteenth Floor<br>Newark, NJ 07102<br>Telephone (973) 491-3600<br>Facsimile (973) 491-3526<br>Kim R. Lynch, Esq. (KL-5866)<br>kim.lynch@leclairryan.com<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee | Order Filed on May 31, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>                Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date: May 30, 2017<br>Hearing Time: 10:00 a.m |

### ORDER DISALLOWING THE PROOFS OF CLAIMS FILED BY PROSPECT PARK BOARD OF EDUCATION IN THE DEBTORS' CASES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: May 31, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

20404178_1

Page (2)
Debtor:   WRS HOLDINGS, LLC; et al[1]
Case No.  10-28457 (SLM)
Caption:  Order Disallowing the Claims Filed by Prospect Park Board of Education in the Debtors' Cases

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, LeClairRyan, a Professional Corporation, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing the proofs of claim filed by Prospect Park Board of Education in the Debtors' cases; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that the proofs of claim filed by Prospect Park Board of Education in the Debtors' cases set forth on Schedule A attached hereto and incorporated hereby by reference are disallowed.

SCHEDULE A

| Debtor | Case No. | Claim No. | Date Filed | Amount |
|---|---|---|---|---|
| WRS, LLC | 10-28471 | 15 | 11/11/2010 | Unliquidated |
| WRS, INC | 10-28478 | 5 | 11/11/2010 | Unliquidated |
| Woods Restoration Services | 10-28465 | 4 | 11/11/2010 | Unliquidated |
| WRS Holdings, LLC | 10-24857 | 165 & 166 | 11/11/2010 | Unliquidated |