| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES & YOUNGMAN LLC<br>P.O. Box 959<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman |
| In re:<br><br>WRS HOLDINGS, LLC; et al.<sup>1</sup>,<br><br>                Debtor. |

**Order Filed on May 31, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

Chapter 7
Case No. 10-28457 (SLM)

Hearing Date:  May 30, 2017
Hearing Time:  10:00 a.m.

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN LLC,
<u>ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

**(Page 2)**

Debtor: WRS Holdings, LLC, et al

Case No: 10-28457(SLM)

Caption of Order: Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt Eliades & Youngman LLC, Attorneys for Charles M. Forman, Chapter 7 Trustee

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED as follows:

1. Forman Holt Eliades & Youngman LLC be and hereby is awarded first interim compensation in the amount of $49,022.50 and reimbursement of expenses in the amount of $548.72.

2. The Trustee be and hereby is authorized to pay to Forman Holt Eliades & Youngman LLC the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.