| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| LeClairRyan, A Professional Corporation<br>1037 Raymond Boulevard<br>Sixteenth Floor<br>Newark, NJ 07102<br>Telephone (973) 491-3600<br>Facsimile (973) 491-3526<br>Kim R. Lynch, Esq. (KL-5866)<br>kim.lynch@leclairryan.com<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee | Order Filed on May 31, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>      Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  May 30, 2017<br>Hearing Time:  10:00 a.m |

### ORDER DISALLOWING THE PROOFS OF CLAIMS FILED BY UNITED STATES FIRE INSURANCE COMPANY IN THE DEBTORS' CASES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: May 31, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

20400554_1

Debtor:     WRS HOLDINGS, LLC; et al[1]
Case No.    10-28457 (SLM)
Caption:    Order Disallowing the Proofs of Claim Filed by United States Fire Insurance Company in the Debtors' Cases

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, LeClairRyan, a Professional Corporation, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing the proofs of claim filed by United States Fire Insurance Company in the Debtors' cases; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that the proofs of claim filed by United States Fire Insurance Company in the Debtors' cases set forth on Schedule A attached hereto and incorporated hereby by reference are disallowed.

SCHEDULE A

| Case No. | Debtor | Claim No. | Dated Filed | Secured | Priority | Total |
|---|---|---|---|---|---|---|
| 10-28471 | Woods Restortion Services of S.C., LLC | 6 | 10/25/2010 | $16,696.67 | $1,883.94 | $18,580.61 |
| 10-28474 | Woods Restoration Services of Montclair, NJ, LLC | 4 | 10/25/2010 | $16,696.67 | $1,883.94 | $18,580.61 |
| 10-28461 | WRS, LLC | 12 | 10/25/2010 | $16,696.67 | $1,883.94 | $18,580.61 |
| 10-28476 | Environmental Remedition Concepts, LLC | 1 | 10/25/2010 | $16,696.67 | $1,883.94 | $18,580.61 |
| 10-28478 | WRS, INC | 3 | 10/25/2010 | $16,696.67 | $1,883.94 | $18,580.61 |
| 10-28765 | Woods Restoration Services | 2 | 10/25/2010 | $16,696.67 | $1,883.94 | $18,580.61 |
| 10-28457 | WRS Holdings, LLC | 151 | 10/25/2010 | $16,696.67 | $1,883.94 | $18,580.61 |

| Case No. | Debtor | Claim No. | Dated Filed | Secured | Priority | Total |
|---|---|---|---|---|---|---|

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-28457-SLM
WRS Holdings, LLC                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: May 31, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db             +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles  Forman    on behalf of Interested Party    A. Atkins Appraisal Company
               cforman@formanlaw.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Charles M. Forman     charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
              Daniel J Yablonsky    on behalf of Creditor    Automatic Suppression & Alarm Systems, Inc.
               ecfmail@yablaw.com
              David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
              Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,  tfitz@mortoncraig.com;mhazlett@mortoncraig.com

```
District/off: 0312-2              User: admin              Page 2 of 3              Date Rcvd: May 31, 2017
                                  Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
        John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group jfiorella@archerlaw.com
        Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
        Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit jgreenblatt@greenblattlesser.com
        Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless kbuck@mccarter.com
        Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com, kathryn.anema@leclairryan.com
        Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com, kathryn.anema@leclairryan.com
        Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com, kathryn.anema@leclairryan.com
        Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc. lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
        Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
        Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
        Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee martha.hildebrandt@usdoj.gov
        Matteo  Percontino    on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
        Matteo  Percontino    on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
        Matteo  Percontino    on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
        Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC michael.holt@leclairryan.com, anna.sullivan@leclairryan.com
        Michael E. Holt    on behalf of Trustee Charles M. Forman michael.holt@leclairryan.com, anna.sullivan@leclairryan.com
        Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti mgreenberg@mgreenberglaw.com
        Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
        Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc. rreich@simonattorneys.com, ronreichesq@gmail.com;r44370@notify.bestcase.com
        Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com

```
District/off: 0312-2              User: admin                 Page 3 of 3              Date Rcvd: May 31, 2017
                                  Form ID: pdf903             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 72