UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LeClairRyan, A Professional Corporation**
1037 Raymond Boulevard
Sixteenth Floor
Newark, NJ 07102
Telephone (973) 491-3600
Facsimile (973) 491-3526
Kim R. Lynch, Esq. (KL-5866)
kim.lynch@leclairryan.com
Attorneys for Charles M. Forman,
Chapter 7 Trustee

**Order Filed on May 31, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

WRS HOLDINGS, LLC; et al[1],

                                        Debtors.

Chapter 7

Case No. 10-28457 (SLM)
Jointly Administered

Hearing Date:   May 30, 2017
Hearing Time:  10:00 a.m

## ORDER DISALLOWING THE PROOFS OF CLAIM FILED
## BY GMAC IN THE DEBTOR'S CASES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: May 31, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
**United States Bankruptcy Judge**

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

20400402_1

Page (2)
Debtor:       WRS HOLDINGS, LLC; et al[1]
Case No.     10-28457 (SLM)
Caption:      Order Disallowing the Proofs of Claim Filed by GMAC in the Debtors' Cases

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, LeClairRyan, a Professional Corporation, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing all proofs of claim filed by GMAC in the Debtors' cases; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that the proofs of claim filed by GMAC in the Debtors' cases set forth on Schedule A attached hereto and incorporated hereby by reference are disallowed.

SCHEDULE A

| Debtor | Case No. | Claim No. | Dated Filed | Amount | VIN (last 5) |
|---|---|---|---|---|---|
| WRS, LLC | 10-28461 | 1 | 7/2/2010 | $11,353.05 | 30966 |
| WRS, LLC | 10-28461 | 2 | 7/2/2010 | $8,616.05 | 76453 |
| Woods Restorations Services of Montclair, NJ, LLC | 10-28474 | 1 | 11/12/2010 | $23,981.03 | 03238 |
| WRS Holdings, LLC | 10-28457 | 2 | 7/2/2010 | $852.95 | 33162 |
| WRS Holdings, LLC | 10-28457 | 3 | 7/2/2010 | $20,160.54 | 25174 |
| WRS Holdings, LLC | 10-28457 | 4 | 7/2/2010 | $3,713.62 | 18863 |

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 10-28457-SLM
WRS Holdings, LLC                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: May 31, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
db             +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                       Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
              Adam D. Greenberg   on behalf of Creditor   Raynor Electric, Inc. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alexander G. Benisatto   on behalf of Creditor   MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto   on behalf of Plaintiff   MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz   on behalf of Creditor   JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine   on behalf of Creditor   Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles  Forman   on behalf of Interested Party   A. Atkins Appraisal Company
               cforman@formanlaw.com
              Charles M. Forman   on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Charles M. Forman    charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Dale E. Barney   on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Defendant   Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Defendant   Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Defendant   VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney   on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
              Daniel J Yablonsky   on behalf of Creditor   Automatic Suppression & Alarm Systems, Inc.
               ecfmail@yablaw.com
              David R Lyons   on behalf of Creditor   Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth   on behalf of Defendant   Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
              Heather Lynn  Anderson   on behalf of Defendant   State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg   on behalf of Defendant   Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg   on behalf of Defendant   Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole   on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.   on behalf of Creditor   JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com

District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: May 31, 2017
                             Form ID: pdf903           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John V. Fiorella   on behalf of Creditor   New Jersey School Boards Association Insurance Group
              jfiorella@archerlaw.com
              Joseph Michael Cerra   on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
              Joshua I. Goldman   on behalf of Creditor   Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Judah D. Greenblatt   on behalf of Creditor Bernard and Simha  Margalit
              jgreenblatt@greenblattlesser.com
              Kate R. Buck   on behalf of Defendant   Cellco Partnership d/b/a Verizon Wireless
              kbuck@mccarter.com
              Kim R. Lynch   on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,
              kathryn.anema@leclairryan.com
              Kim R. Lynch   on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com,
              kathryn.anema@leclairryan.com
              Kim R. Lynch   on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
              kathryn.anema@leclairryan.com
              Leonard C. Walczyk   on behalf of Creditor   Post & Kelly Electric Company, Inc.
              lwalczyk@wjslaw.com,  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Louis T. DeLucia   on behalf of Transferee   Ambrose Pine, Inc. ldelucia@schiffhardin.com
              Louis T. DeLucia   on behalf of Creditor   MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
              Martha R. Hildebrandt   on behalf of U.S. Trustee   United States Trustee
              martha.hildebrandt@usdoj.gov
              Matteo Percontino   on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com,
              mmarks@nmmlaw.com
              Matteo Percontino   on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com,
              mmarks@nmmlaw.com
              Matteo Percontino   on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com,
              mmarks@nmmlaw.com
              Michael E. Holt   on behalf of Attorney   Forman Holt Eliades & Ravin LLC
              michael.holt@leclairryan.com,  anna.sullivan@leclairryan.com
              Michael E. Holt   on behalf of Trustee Charles M. Forman michael.holt@leclairryan.com,
              anna.sullivan@leclairryan.com
              Michael J. Greenberg   on behalf of Cross Defendant Anthony  Racciatti
              mgreenberg@mgreenberglaw.com
              Michael J. Greenberg   on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
              Morris S. Bauer   on behalf of Creditor Committee   OPS Corp. msbauer@nmmlaw.com,
              mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee   Precise Management, LLC msbauer@nmmlaw.com,
              mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee   Division 9 Design & Construction LP
              msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee   Official Committee Of Unsecured Creditor
              msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee   Professional Painting, LLC msbauer@nmmlaw.com,
              mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee   Official Comittee of Unsecured Creditors
              msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee   Truly New Cleaning Corp. msbauer@nmmlaw.com,
              mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
              msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Ron  Reich   on behalf of Creditor   Advanced Furnace & Air Duct Cleaning, Inc.
              rreich@simonattorneys.com,  ronreichesq@gmail.com;r44370@notify.bestcase.com
              Sam  Della Fera   on behalf of Debtor   Environmental Remediation Concepts, LLC
              sdellafera@trenklawfirm.com
              Sam  Della Fera   on behalf of Debtor   Woods Restoration Services of S.C., LLC
              sdellafera@trenklawfirm.com
              Sam  Della Fera   on behalf of Debtor   WRS, LLC sdellafera@trenklawfirm.com
              Sam  Della Fera   on behalf of Debtor   Woods Restoration Services of Montclair, NJ, LLC
              sdellafera@trenklawfirm.com
              Sam  Della Fera   on behalf of Debtor   WRS, Inc sdellafera@trenklawfirm.com
              Sam  Della Fera   on behalf of Debtor   Woods Restoration Services sdellafera@trenklawfirm.com
              Sam  Della Fera   on behalf of Debtor   WRS Holdings, LLC sdellafera@trenklawfirm.com
              Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services of Montclair, NJ, LLC
              sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
              Shoshana  Schiff   on behalf of Debtor   WRS Holdings, LLC sschiff@trenklawfirm.com,
              cdeangelis@trenklawfirm.com
              Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services of S.C., LLC
              sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
              Shoshana  Schiff   on behalf of Debtor   Environmental Remediation Concepts, LLC
              sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
              Shoshana  Schiff   on behalf of Debtor   WRS, LLC sschiff@trenklawfirm.com,
              cdeangelis@trenklawfirm.com
              Shoshana  Schiff   on behalf of Debtor   WRS, Inc sschiff@trenklawfirm.com,
              cdeangelis@trenklawfirm.com
              Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services sschiff@trenklawfirm.com,
              cdeangelis@trenklawfirm.com
              United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 72