UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)
SCHIFF HARDIN LLP
Louis T. DeLucia
666 Fifth Avenue
17th Floor
New York, New York 10103
T. (212) 753-5000
F. (212) 753-5044
ldelucia@schiffhardin.com

*Attorneys for Ambrose Pine, LLC*

Order Filed on May 31, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In re:

WRS HOLDINGS, LLC, *et al.*,

Debtors.[1]

Case No.: 10-28457 (SLM)

Chapter 7

Judge: Stacey L. Meisel

### STIPULATION AND CONSENT ORDER REGARDING FINAL FEE APPLICATION OF FORMAN HOLT ELIADES & YOUNGMAN LLC AND ESTATE ADMINISTRATION

The relief set forth on the following pages, numbered two (2) and (3) is hereby **ORDERED**.

**DATED: May 31, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors are the seven jointly administered debtors in the above captioned case. The name and case number for each of the Debtors are as follows: WRS Holdings, LLC, Case No. 10-28465, WRS, LLC, Case No. 10-28461, Woods Restoration Services, LLC, Case No. 10-28465, Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474; WRS, Inc., Case No. 10-28478; and Environmental Remediation Concepts, LLC, Case No. 10-28476.

2 | Page
Debtor: WRS Holdings LLC, et al.
Case No.: 10-28457 (SLM)
Caption: Stipulation Regarding Final Fee Application of Forman Holt Eliades & Youngman LLC and Estate Administration

**THIS MATTER** having come before the Court by Charles M. Forman, the Chapter 7 Trustee of the above captioned jointly administered Debtors (the "Trustee"), by and through his attorneys, LeClairRyan LLP, for entry of an order granting the final fee application of Forman Holt Eliades & Youngman LLC ("FHEY")("Final Fee Application"); the Trustee and Ambrose Pine, LLC ("Secured Party"), by and through its attorneys, Schiff Hardin, LLP (collectively, the Trustee and Secured Party shall be referred to as the "Parties") hereby enter into this Stipulation and Consent Order (the "Order") and stipulate as follows:

WHEREAS, the hearing on the Final Fee Application is scheduled to be heard on May 30, 2017;

WHEREAS, the Secured Party has shared a draft Objection ("Secured Party Objection") with the Trustee;

WHEREAS, to allow the parties time to discuss the Secured Party Objection and concerns raised therein, the Trustee agreed to extend the date by which the Secured Party was required to file its Secured Party Objection to May 24, 2017;

WHEREAS, for the reasons stated in the Secured Party Objection, the Secured Party has requested that the Trustee pay all the funds due the Secured Party on account of its secured claim ("Secured Claim") and superpriority claim ("Superpriority Claim"), each as allowed by this Court by Stipulation and Consent Order entered by this Court on December 14, 2010 ("Secured Party Claim") [D.E. 174];

WHEREAS, the Trustee has expressed a need for additional time to close the Debtors' cases, and to complete further analysis regarding general unsecured claim allowance and estate distributions, and the amount to which Secured Party is entitled to in connection with the Superpriority Claim which he anticipates completing on or about December 31, 2017; and

WHEREAS, as memorialized by the Secured Party Objection, the Secured Party believes that it is entitled to the immediate payment of its Secured Party Claim from available estate funds, and was

| | |
|---|---|
| 3 \| Page | |
| Debtor: | WRS Holdings LLC, et al. |
| Case No.: | 10-28457 (SLM) |
| Caption: | Stipulation Regarding Final Fee Application of Forman Holt Eliades & Youngman LLC and Estate Administration |

prepared to file the Secured Party Objection absent agreement on the terms memorialized by this Stipulation;

NOW THEREFORE, the Trustee and Secured Party hereby stipulate and agree that:

1. Within five (5) business days after the filing of this Stipulation on the docket of the Court, the Trustee shall pay Secured Party the sum of $19,808.11 in immediately available funds, payable to "Ambrose Pine, LLC" in partial satisfaction of its Secured Claim.

2. 3. The Secured Party shall retain and reserve all rights, remedies and objections in connection with the Secured Party Claim, including the right to object to any interim or final Trustee accounting and all fee applications filed in these cases by or on behalf of any professional, including all objections and remedies asserted by Secured Party in its Secured Party Objection.

4. This Stipulation may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute but one and the same instrument.

Dated: May 24, 2017

SCHIFF HARDIN, LLP,

By: *Louis DeLucia*
Louis T. DeLucia
666 Fifth Avenue – 17th Floor
New York, New York 10103
T. (212) 753-5000
F. (212) 753-5044

*Attorneys for Ambrose Pine, LLC*

LECLAIR RYAN LLP

By: _____
Kim R. Lynch
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
(973) 491-3384 Direct
(973) 491-3526 Fax

*Attorneys for the Trustee*

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 10-28457-SLM
WRS Holdings, LLC                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 3            Date Rcvd: May 31, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
db           +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
      Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
       Aholmes@hgllclaw.com
      Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
       abenisatto@shapiro-croland.com
      Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
       abenisatto@shapiro-croland.com
      Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
      Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
       BKcourtnotices@parkermccay.com
      Charles  Forman    on behalf of Interested Party    A. Atkins Appraisal Company
       cforman@formanlaw.com
      Charles M. Forman    on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
       lori.capasso@leclairryan.com;cforman@iq7technology.com
      Charles M. Forman    charles.forman@leclairryan.com,
       lori.capasso@leclairryan.com;cforman@iq7technology.com
      Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
      Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
      Daniel J Yablonsky    on behalf of Creditor    Automatic Suppression & Alarm Systems, Inc.
       ecfmail@yablaw.com
      David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
      Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
       ghauswirth@leechtishman.com,
       pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
      Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
       heather.anderson@law.dol.lps.state.nj.us
      Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
      Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
       jslosberg@ravingreenberg.com
      John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
      John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
       mortonlaw.bcraig@verizon.net,  tfitz@mortoncraig.com;mhazlett@mortoncraig.com

```
District/off: 0312-2              User: admin                  Page 2 of 3                  Date Rcvd: May 31, 2017
                                  Form ID: pdf903              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
      John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group jfiorella@archerlaw.com
      Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
      Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit jgreenblatt@greenblattlesser.com
      Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless kbuck@mccarter.com
      Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com, kathryn.anema@leclairryan.com
      Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com, kathryn.anema@leclairryan.com
      Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com, kathryn.anema@leclairryan.com
      Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc. lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
      Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
      Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
      Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee martha.hildebrandt@usdoj.gov
      Matteo  Percontino    on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
      Matteo  Percontino    on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
      Matteo  Percontino    on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
      Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC michael.holt@leclairryan.com, anna.sullivan@leclairryan.com
      Michael E. Holt    on behalf of Trustee Charles M. Forman michael.holt@leclairryan.com, anna.sullivan@leclairryan.com
      Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti mgreenberg@mgreenberglaw.com
      Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
      Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
      Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc. rreich@simonattorneys.com, ronreichesq@gmail.com;r44370@notify.bestcase.com
      Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com

```
District/off: 0312-2           User: admin              Page 3 of 3            Date Rcvd: May 31, 2017
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 72