| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT ELIADES & YOUNGMAN LLC<br>P.O. Box 959<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman |

**Order Filed on May 31, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In re:

WRS HOLDINGS, LLC; et al.[1],

                    Debtor.

Chapter 7
Case No. 10-28457 (SLM)

Hearing Date:  May 30, 2017
Hearing Time:  10:00 a.m.

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN LLC,
ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2017**

                                                        /s/ Stacey L. Meisel
                                                       Honorable Stacey L. Meisel
                                                       United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

**(Page 2)**

| | |
|---|---|
| Debtor: | WRS Holdings, LLC, et al |
| Case No: | 10-28457(SLM) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt Eliades & Youngman LLC, Attorneys for Charles M. Forman, Chapter 7 Trustee |

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED as follows:

1. Forman Holt Eliades & Youngman LLC be and hereby is awarded first interim compensation in the amount of $ 49,022.50 and reimbursement of expenses in the amount of $ 548.72 .

2. The Trustee be and hereby is authorized to pay to Forman Holt Eliades & Youngman LLC the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

United States Bankruptcy Court
District of New Jersey

In re:
WRS Holdings, LLC
    Debtor

Case No. 10-28457-SLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3    Date Rcvd: May 31, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db          +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
          Adam D. Greenberg   on behalf of Creditor   Raynor Electric, Inc. agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alexander G. Benisatto   on behalf of Creditor   MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Alexander G. Benisatto   on behalf of Plaintiff   MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Ari J. Schwartz   on behalf of Creditor   JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
          Brian E Caine   on behalf of Creditor   Sunrise Lakes bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Charles Forman   on behalf of Interested Party   A. Atkins Appraisal Company
           cforman@formanlaw.com
          Charles M. Forman   on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
           lori.capasso@leclairryan.com;cforman@iq7technology.com
          Charles M. Forman   charles.forman@leclairryan.com,
           lori.capasso@leclairryan.com;cforman@iq7technology.com
          Dale E. Barney   on behalf of Interested Party Bradley Sheftel dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant Antonio Gracias dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant Bradley Sheftel dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant   Valor Management Corp. dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Nelson Sun dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant   Valor Equity Partners dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant   VWR Holdings, LLC dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Jonathan Shulkin dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Robert Wasielewski dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Interested Party Antonio Gracias dbarney@gibbonslaw.com
          Dale E. Barney   on behalf of Defendant Jonathan Shulkin dbarney@gibbonslaw.com
          Daniel J Yablonsky   on behalf of Creditor   Automatic Suppression & Alarm Systems, Inc.
           ecfmail@yablaw.com
          David R Lyons   on behalf of Creditor   Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
          Gregory W. Hauswirth   on behalf of Defendant   Contract Hardware & Supply Inc.
           ghauswirth@leechtishman.com,
           pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
          Heather Lynn Anderson   on behalf of Defendant   State of New Jersey
           heather.anderson@law.dol.lps.state.nj.us
          Jaimie A. Slosberg   on behalf of Defendant   Morris Holdings, LLC jslosberg@ravingreenberg.com
          Jaimie A. Slosberg   on behalf of Defendant   Hicks Capital Management, LLC
           jslosberg@ravingreenberg.com
          John P. O'Toole   on behalf of Defendant Robert Wasielewski John.OToole@wilsonelser.com
          John R. Morton, Jr.   on behalf of Creditor   JPMorgan Chase Bank, N.A.
           mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com

```
District/off: 0312-2              User: admin                  Page 2 of 3                   Date Rcvd: May 31, 2017
                                  Form ID: pdf903              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
        John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group jfiorella@archerlaw.com
        Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
        Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit jgreenblatt@greenblattlesser.com
        Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless kbuck@mccarter.com
        Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com, kathryn.anema@leclairryan.com
        Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com, kathryn.anema@leclairryan.com
        Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com, kathryn.anema@leclairryan.com
        Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc. lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
        Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
        Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
        Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee martha.hildebrandt@usdoj.gov
        Matteo  Percontino    on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
        Matteo  Percontino     on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
        Matteo  Percontino     on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com, mmarks@nmmlaw.com
        Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC michael.holt@leclairryan.com, anna.sullivan@leclairryan.com
        Michael E. Holt    on behalf of Trustee Charles M. Forman michael.holt@leclairryan.com, anna.sullivan@leclairryan.com
        Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti mgreenberg@mgreenberglaw.com
        Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
        Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
        Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc. rreich@simonattorneys.com, ronreichesq@gmail.com;r44370@notify.bestcase.com
        Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
        Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com

```
District/off: 0312-2          User: admin              Page 3 of 3           Date Rcvd: May 31, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 72