UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 665-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

| | |
|---|---|
| In Re:<br><br>WRS HOLDINGS, LLC; <u>et al</u>. *,<br><br>                         Debtors. | Chapter:   7<br><br>Case No.:  10-28457 (SLM)<br><br>Judge:    Stacey L. Meisel |

| Recommended Local Form: | ❑ Followed | ☒  Modified |
|---|---|---|

## AMENDED CERTIFICATION OF KIM R. LYNCH IN SUPPORT OF APPLICATION FOR  RETENTION OF FORMAN HOLT AS SUBSTITUTE ATTORNEYS

I, Kim R. Lynch, being of full age, certify as follows:

1.      On June 21, 2017, an Application was filed with the Court through which

Charles M. Forman, chapter 7 trustee, sought to retain Formanlaw LLC d/b/a Forman Holt as

his attorneys.

2.      On that same date, I signed a Certification setting forth, among other things,

---

* The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (SLM); WRS, LLC, Case No. 10-28461 (SLM); Woods Restoration Services, LLC, Case No. 10-28465 (SLM); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (SLM); Environmental Remediation Concepts, LLC, Case No. 10-28476 (SLM); and WRS, Inc., Case No. 10-28478 (SLM).

00689059 - 1

the hourly rates to be charged by Forman Holt in providing services to the Trustee.

3.      As a result of a scrivener's error, the hourly rate set forth for Charles M.

Forman was inadvertently stated at $625 per hour rather than $650 per hour.

4.      This Amended Certification is submitted to reflect a rate of $650 per hour for

services rendered by Charles M. Forman, subject to annual review and revision.

5.      All other provisions of my certification are accurate and remain unchanged.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


                                                    */s/Kim R. Lynch*
                                                    Kim R. Lynch

Dated:  July 5, 2017