|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-58660)<br>klynch@formanlaw.com | Order Filed on July 7, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br><br>WRS HOLDINGS, LLC; et al. [1],<br><br>                    Debtors. | Chapter:   7<br><br>Case No.:  10-28457 (SLM)<br><br>Judge:    Stacey K. Meisel |

| Recommended Local Form:    ☐Followed    ☒Modified |
|---|

**ORDER AUTHORIZING RETENTION OF**
**<u>FORMAN HOLT AS SUBSTITUTE ATTORNEYS</u>**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 7, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (SLM); WRS, LLC, Case No. 10-28461 (SLM); Woods Restoration Services, LLC, Case No. 10-28465 (SLM); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (SLM); Environmental Remediation Concepts, LLC, Case No. 10-28476 (SLM); and WRS, Inc., Case No. 10-28478 (SLM).

00676267 - 1

Page 2
Debtor: WRS HOLDINGS, LLC; et al
Case No. 10-28457 (SLM)
Caption: Order Authorizing Retention of Forman Holt as Substitute Attorneys

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as substitute attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is: 66 Route 17 North, First Floor
Paramus, New Jersey 07652

1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

3. The effective date of the retention is June 10, 2017.