| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-58660)<br>klynch@formanlaw.com | Order Filed on July 7, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br><br>WRS HOLDINGS, LLC; et al. [1],<br><br>      Debtors. | Chapter: 7<br><br>Case No.: 10-28457 (SLM)<br><br>Judge: Stacey K. Meisel |

| Recommended Local Form: | ☐Followed | ☒Modified |
|---|---|---|

**ORDER AUTHORIZING RETENTION OF
FORMAN HOLT AS SUBSTITUTE ATTORNEYS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 7, 2017**

              /s/ Stacey L. Meisel
              Honorable Stacey L. Meisel
              United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (SLM); WRS, LLC, Case No. 10-28461 (SLM); Woods Restoration Services, LLC, Case No. 10-28465 (SLM); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (SLM); Environmental Remediation Concepts, LLC, Case No. 10-28476 (SLM); and WRS, Inc., Case No. 10-28478 (SLM).

00676267 - 1

Page 2
Debtor:     WRS HOLDINGS, LLC; et al
Case No.    10-28457 (SLM)
Caption:    Order Authorizing Retention of Forman Holt as Substitute Attorneys

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as substitute attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is:  66 Route 17 North, First Floor
   Paramus, New Jersey 07652

1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

3. The effective date of the retention is June 10, 2017.

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 10-28457-SLM
WRS Holdings, LLC                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2            Date Rcvd: Jul 07, 2017
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db            +WRS Holdings, LLC,    c/o WRS, LLC,   22 Riverview Drive,    Suite 101,    Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles Forman    on behalf of Interested Party    A. Atkins Appraisal Company
               cforman@formanlaw.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Dale E. Barney    on behalf of Interested Party Bradley   Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Antonio   Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Bradley   Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Nelson   Sun dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Jonathan   Shulkin dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Robert   Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Antonio   Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Jonathan   Shulkin dbarney@gibbonslaw.com
              David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
              Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole    on behalf of Defendant Robert   Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
               jfiorella@archerlaw.com

```
District/off: 0312-2          User: admin               Page 2 of 2             Date Rcvd: Jul 07, 2017
                              Form ID: pdf903           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
              Joshua I. Goldman    on behalf of Creditor   Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit
               jgreenblatt@greenblattlesser.com
              Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless
               kbuck@mccarter.com
              Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
               kanema@formanlaw.com
              Leonard C. Walczyk    on behalf of Creditor   Post & Kelly Electric Company, Inc.
               lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Louis T. DeLucia    on behalf of Transferee   Ambrose Pine, Inc. ldelucia@schiffhardin.com
              Louis T. DeLucia    on behalf of Creditor   MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
              Martha R. Hildebrandt    on behalf of U.S. Trustee   United States Trustee
               martha.hildebrandt@usdoj.gov
              Matteo  Percontino    on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com,
               mmarks@nmmlaw.com
              Matteo  Percontino    on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com,
               mmarks@nmmlaw.com
              Matteo  Percontino    on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com,
               mmarks@nmmlaw.com
              Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC
               michael.holt@leclairryan.com, kanema@formanlaw.com
              Michael E. Holt    on behalf of Trustee Charles M. Forman michael.holt@leclairryan.com,
               kanema@formanlaw.com
              Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti
               mgreenberg@mgreenberglaw.com
              Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
              Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP
               msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor
               msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,mpercontino@nmmlaw.com
              Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc.
               rreich@simonattorneys.com, ronreichesq@gmail.com;r44370@notify.bestcase.com
              Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 71
```