9-15-17

US BANKRUPTCY COURT
MLK JR FEDERAL BLDG
50 WALNUT ST
NEWARK, NJ 07102
ATTN: NELSON SANTOS, DEPUTY

RE: 10-28457-DHS
CASE 17-19273

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 SEP 18 P 3: 48

BY
DEPUTY CLERK

I CAN BE REACHED AT
443-523-4652

JUDGE STACEY MEISEL:

I AND MY HUSBAND (SHARON HAYDEN BOWER AND CHARLES BOWER) HAVE TO APPEAR IN THE ABOVE CASE INVOLVING WRS HOLDINGS BANKRUPTCY ON SEPTEMBER 26, 2017 AT 10AM

WE ARE REQUESTING TO APPEAR BY TELEPHONE INSTEAD OF IN PERSON DUE TO THE FOLLOWING REASONS:

A. MILEAGE OF OVER 200 MILES (ROUND TRIP)
B. MY HUSBAND HAS A SICKNESS THAT AN EXCESSIVE TRIP CAN CAUSE PROBLEMS
C. MY HUSBAND HAS A DR. APPT THAT COULD NOT BE RESCHEDULED BEFORE THE HEARING HERE WHERE WE RESIDE. AT 8AM
D. OUR FINANCES ARE LIMITED AS WE ARE GOING THROUGH OUR OWN BANKRUPTCY (CHAPTER 13).

THESE REASONINGS ARE SUBJECT TO APPEARING IN PERSON AND SO WE REQUEST THE TELEPHONE APPEARANCE IF ACCEPTABLE TO YOUR HONOR. WE UNDERSTAND THE NEED NOT TO IMPEDE THE HEARING SO WE HOPE YOU WILL AGREE TO THIS. THANK YOU.

SHARON HAYDEN BOWER
CHARLES BOWER