# FORMAN HOLT
## ATTORNEYS AT LAW

Kim R. Lynch
Member
klynch@formanlaw.com

WWW.FORMANLAW.COM

September 21, 2017

VIA ECF & E-MAIL
Honorable Stacey L. Meisel
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

RE:   WRS Holdings, LLC, et al
      Case No. 10-28457(SLM)

Hearing Date: September 26, 2017 at 10:00 a.m.

Dear Judge Meisel:

This is in response to the request of Sharon Hayden Bower and Charles Bower ("Claimants") to appear telephonically at the hearing scheduled for September 26, 2017. I filed a motion objecting to the Claimants' proof of claim. Claimants thereafter contacted me regarding my consent to their telephonic appearance. At that time, I indicated I would have no issues with them appearing by phone as long as they had filed written opposition to the motion. To date, no written opposition was filed.

While I do not oppose Claimants appearing telephonically, I request that the hearing be adjourned pending written opposition to the Motion.

Respectfully,

Kim R. Lynch
KRL:ka
Enclosures
cc:   Charles M. Forman, Trustee
      Charles Bower & Sharon Hayden Bower (via first class mail)

F0003209 - 1

FORMANLAW LLC    T 201.845.1000    66 ROUTE 17 NORTH, PARAMUS, NJ 07652    F 201.655.6650