| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

| |
|---|
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kim R. Lynch, Esq.<br>klynch@formanlaw.com<br>(KL-5866) |

| | |
|---|---|
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  September 26, 2017<br>Hearing Time:  10:00 a.m. |

| |
|---|
| Recommended Local Form:　　☒　Followed　　☐　Modified |

## AMENDED CERTIFICATION OF SERVICE

1.　　I, Kathryn Anema:

　　☐ represent the_____ in the above-captioned matter.

　　☒ am the secretary/paralegal for Kim R. Lynch, who represents the chapter 7 Trustee in

　　the above captioned matter.

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

☐ am the _____ in the above case and am representing myself.

2. On August 23, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Notice of Objection to Claim
- Notice of Trustee's Motion for Entry of an Order Disallowing Claim No. 42-1 filed by Tracy & Lori Kornfeld in the case of WRS Holdings, LLC;
- Certification of Charles M. Forman in Support;
- Memorandum of Law; and
- Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 22, 2017                                    /s/ Kathryn Anema
                                                            Kathryn Anema

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Tracy Kornfeld<br>129 Eleven Levels Road<br>Ridgefield, CT 06877-3000 | Claimant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Lori Kornfeld<br>129 Eleven Levels Road<br>Ridgefield, CT 06877-3000 | Claimant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |