UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 665-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

**Order Filed on September 26, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

WRS HOLDINGS, LLC; et al[1],

                  Debtors.

Chapter 7
Case No. 10-28457 (SLM)
Jointly Administered

Hearing Date:   September 26, 2017
Hearing Time:  10:00 a.m.

## ORDER RECLASSIFYING CLAIM NO. 68-1 FILED BY GREG BENOIT IN THE CASE OF WRS HOLDINGS, LLC

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: September 26, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0001064 - 1

Page (2)
Debtor:      WRS HOLDINGS, LLC; <u>et al</u>[1]
Case No.     10-28457 (SLM)
Caption:     Order Reclassifying Claim No. 68-1 Filed by Greg Benoit in the Case of WRS Holdings, LLC

**THIS MATTER** having been brought before this Court upon the motion (the "<u>Motion</u>") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "<u>Debtors</u>"), through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure reclassifying Claim No. 68-1 filed by Greg Benoit in the chapter 7 case of WRS Holdings, LLC (10-28457); and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 68-1 filed by Greg Benoit in the chapter 7 case of WRS Holdings, LLC be and hereby is reclassified to reflect a priority wage claim in the amount of $2,022.85 pursuant to 11 U.S.C. §507(a)(4).

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 10-28457-SLM
WRS Holdings, LLC                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Sep 26, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db             +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles Forman    on behalf of Interested Party    A. Atkins Appraisal Company
               cforman@formanlaw.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
              Dale E. Barney    on behalf of Interested Party Bradley   Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Antonio   Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Bradley   Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Nelson   Sun dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Jonathan   Shulkin dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Robert   Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Antonio   Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Jonathan   Shulkin dbarney@gibbonslaw.com
              David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
              Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole    on behalf of Defendant Robert   Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
               jfiorella@archerlaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 26, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
          Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit
          jgreenblatt@greenblattlesser.com
          Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless
          kbuck@mccarter.com
          Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com, kanema@formanlaw.com
          Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
          Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
          kanema@formanlaw.com
          Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc.
          lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
          Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
          Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee
          martha.hildebrandt@usdoj.gov
          Matteo  Percontino    on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com,
          matteo.percontino@leclairryan.com
          Matteo  Percontino    on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com,
          matteo.percontino@leclairryan.com
          Matteo  Percontino    on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com,
          matteo.percontino@leclairryan.com
          Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC mholt@formanlaw.com,
          kanema@formanlaw.com
          Michael E. Holt    on behalf of Trustee Charles M. Forman mholt@formanlaw.com,
          kanema@formanlaw.com
          Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti
          mgreenberg@mgreenberglaw.com
          Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
          Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com,
          mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com,
          mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP
          msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor
          msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com,
          mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
          msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com,
          mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
          msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,
          Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc.
          rreich@simonattorneys.com, ronreichesq@gmail.com;r44370@notify.bestcase.com
          Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC
          sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC
          sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
          sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
          sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com,
          cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC
          sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC
          sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com,
          cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com,
          cdeangelis@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com,
          cdeangelis@trenklawfirm.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                      TOTAL: 71