UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 665-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

Order Filed on September 26, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

WRS HOLDINGS, LLC; et al[1],

                Debtors.

Chapter 7
Case No. 10-28457 (SLM)
Jointly Administered

Hearing Date: September 26, 2017
Hearing Time: 10:00 a.m.

## ORDER DISALLOWING CLAIM NO. 42-1 FILED BY TRACY & LORI KORNFELD IN THE CASE OF WRS HOLDINGS, LLC

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: September 26, 2017**

                                                                */s/ Stacey L. Meisel*
                                                              Honorable Stacey L. Meisel
                                                              United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0001047 - 1

Page (2)
Debtor:      WRS HOLDINGS, LLC; et al[1]
Case No.    10-28457 (SLM)
Caption:    Order Disallowing Claim No. 41-1 Filed by Tracy & Lori Kornfeld  in the Case of WRS Holdings, LLC

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing Claim No. 42-1 filed by Tracy & Lori Kornfeld in the chapter 7 case of WRS Holdings, LLC (10-28457); and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 42-1 filed by Tracy & Lori Kornfeld in the chapter 7 case of WRS Holdings, LLC be and hereby is disallowed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 10-28457-SLM
WRS Holdings, LLC                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Sep 26, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db             +WRS Holdings, LLC,    c/o WRS, LLC,    22 Riverview Drive,    Suite 101,    Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
          Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Charles  Forman    on behalf of Interested Party    A. Atkins Appraisal Company
           cforman@formanlaw.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
          Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
          David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
          Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
           ghauswirth@leechtishman.com,
           pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
          Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
           heather.anderson@law.dol.lps.state.nj.us
          Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
          Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
           jslosberg@ravingreenberg.com
          John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
          John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
           jfiorella@archerlaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 26, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph Michael Cerra   on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
        Joshua I. Goldman   on behalf of Creditor   Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Judah D. Greenblatt   on behalf of Creditor Bernard and Simha  Margalit
         jgreenblatt@greenblattlesser.com
        Kate R. Buck   on behalf of Defendant   Cellco Partnership d/b/a Verizon Wireless
         kbuck@mccarter.com
        Kim R. Lynch   on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,  kanema@formanlaw.com
        Kim R. Lynch   on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
        Kim R. Lynch   on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
         kanema@formanlaw.com
        Leonard C. Walczyk   on behalf of Creditor   Post & Kelly Electric Company, Inc.
         lwalczyk@wjslaw.com,  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
        Louis T. DeLucia   on behalf of Transferee   Ambrose Pine, Inc. ldelucia@schiffhardin.com
        Louis T. DeLucia   on behalf of Creditor   MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
        Martha R. Hildebrandt   on behalf of U.S. Trustee   United States Trustee
         martha.hildebrandt@usdoj.gov
        Matteo  Percontino   on behalf of Trustee Charles M. Forman mpercontino@formanlaw.com,
         matteo.percontino@leclairryan.com
        Matteo  Percontino   on behalf of Plaintiff Charles M. Forman mpercontino@formanlaw.com,
         matteo.percontino@leclairryan.com
        Matteo  Percontino   on behalf of Plaintiff Charles M Forman mpercontino@formanlaw.com,
         matteo.percontino@leclairryan.com
        Michael E. Holt   on behalf of Attorney   Forman Holt Eliades & Ravin LLC mholt@formanlaw.com,
         kanema@formanlaw.com
        Michael E. Holt   on behalf of Trustee Charles M. Forman mholt@formanlaw.com,
         kanema@formanlaw.com
        Michael J. Greenberg   on behalf of Cross Defendant Anthony  Racciatti
         mgreenberg@mgreenberglaw.com
        Michael J. Greenberg   on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
        Morris S. Bauer   on behalf of Creditor Committee   OPS Corp. msbauer@nmmlaw.com,
         mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Morris S. Bauer   on behalf of Creditor Committee   Precise Management, LLC msbauer@nmmlaw.com,
         mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Morris S. Bauer   on behalf of Creditor Committee   Division 9 Design & Construction LP
         msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Morris S. Bauer   on behalf of Creditor Committee   Official Committee Of Unsecured Creditor
         msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Morris S. Bauer   on behalf of Creditor Committee   Professional Painting, LLC msbauer@nmmlaw.com,
         mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Morris S. Bauer   on behalf of Creditor Committee   Official Comittee of Unsecured Creditors
         msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Morris S. Bauer   on behalf of Creditor Committee   Truly New Cleaning Corp. msbauer@nmmlaw.com,
         mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Morris S. Bauer   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
         msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,
        Ron Reich   on behalf of Creditor   Advanced Furnace & Air Duct Cleaning, Inc.
         rreich@simonattorneys.com,  ronreichesq@gmail.com;r44370@notify.bestcase.com
        Sam  Della Fera   on behalf of Debtor   Environmental Remediation Concepts, LLC
         sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   Woods Restoration Services of S.C., LLC
         sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   WRS, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   Woods Restoration Services of Montclair, NJ, LLC
         sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   WRS, Inc sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   Woods Restoration Services sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   WRS Holdings, LLC sdellafera@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services of Montclair, NJ, LLC
         sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   WRS Holdings, LLC sschiff@trenklawfirm.com,
         cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services of S.C., LLC
         sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Environmental Remediation Concepts, LLC
         sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   WRS, LLC sschiff@trenklawfirm.com,
         cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   WRS, Inc sschiff@trenklawfirm.com,
         cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services sschiff@trenklawfirm.com,
         cdeangelis@trenklawfirm.com
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                TOTAL: 71