| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com |

| | |
|---|---|
| In re:<br><br>WRS HOLDINGS, LLC; et al.¹,<br><br>Debtor. | Chapter 7<br>Case No. 10-28457 (SLM)<br><br>Hearing Date: November 1, 2017<br>Hearing Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

1. I, Kathryn Anema:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Kim R. Lynch, who represents the Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 29, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Hearing on EisnerAmper LLP's Second Interim Application for Compensation and Reimbursement of Expenses. A copy of the Notice is annexed hereto as Exhibit A.

---

1 The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0004482 - 1

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 29, 2017          /s/ Kathryn Anema
                                    Kathryn Anema

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis T. De Lucia, Esq.<br><br>Schiff Hardin LLP<br>900 Third Avenue<br>New York, NY 10022 | Attorney for MFC Capital Funding | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Alexander G. Benisatto, Esq.<br>Shapiro and Croland<br>411 Hackensack Avenue<br>Hackensack, NJ 07601 | Attorney for MFC Capital Funding | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Ari J. Schwartz, Esq.<br>Teitelbaum & Baskin, LLP<br>3 Barker Ave<br>Third Avenue<br>White Plains, NY 10601 | Attorney for J.P. Morgan Chase Bank, N.A. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, NJ 07052 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Sam Della Fera<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, NJ 07052 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Martha Hildebrandt, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |

| Name/Address | Role | Delivery |
|---|---|---|
| Morris S. Bauer, Esq.<br>Norris Mc Laughlin & Marcus, PA<br>P.O. Box 5933<br>Bridgewater, NJ 08807-5933 | Attorney for Creditor Committee - Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| John V. Fiorella, Esq.<br>Archer & Greiner<br>One Centennial Square<br>Haddonfiled, NJ 08033 | Attorney for Creditor – New Jersey School Boards Association Insurance Group – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Adam D. Greenberg<br>Honig & Greenberg, LLC<br>1949 Berlin Road, Suite 200<br>Cherry Hill, NJ 08003 | Attorney for Creditor, Raynor Electric, Inc. – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Karina Pia Lucid, Esq.<br>Norris, McLaughlin & Marcus, PA<br>721 Route 202-206<br>Bridgewater, NJ 08807 | Attorney for Creditor Committee – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| John R. Morton, Jr.<br>Law offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorsetown, NJ 08057 | Attorney for Creditor, Ford Motor Credit Company – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Ron Reich, Esq.<br>Berry Sahradnik Kotzas & Benson, P.C.<br>212 Hooper Ave<br>P.O. Box 757<br>Toms River, NJ 08754<br>*(Attorney for Creditor, Advanced Furnace & Air Duct Cleaning)*<br>*(Notice of Appearance)* | Attorney for Creditor – Advanced Furnace 7 Air Duct Cleaning – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |

| Name/Address | Role | Method |
|---|---|---|
| Leonard C. Walczyk, Esq.<br>Wasserman, Jurista & Stolz<br>225 Millburn Ave., Suite 207<br>P.O. Box 1029<br>Millburn, NJ 07041 | Attorney for Creditor – Post & Kelly Electric Company – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Daniel J. Yablonsky, Esq.<br>Yablonsky & Associates, LLC<br>1430 Route 23 North<br>Wayne, NJ 07470 | Attorney for Creditor – Automatic Suppression & Alarm Systems, Inc., - Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Bankruptcy Administration<br>Attn: Christine R. Etheridge<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Scott E. Reiser, Esq.<br>Lum, Drasco & Positan<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Stacie Lynn Vacca, Esq.<br>Lum, Drasco & Positan<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin, LLP<br>3 Barker Ave<br>Third Avenue<br>White Plains, NY 10601 | Attorney for JP Morgan Chase Bank, N.A. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |

| | | |
|---|---|---|
| James Caporrino, Esq.<br>130 Fort Lee Road<br>Leonia, NJ 07009 | Attorney for Kensaay Associates – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| JP Morgan Chase Bank, NA<br>201 N. Central Avenue, Floor 11<br>Phoenix, AZ  85004 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Ford Motor Credit Company<br>PO box 537901<br>Livonia, MI  48153-7901 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Case No. 10-28457 SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
WRS Holdings, LLC [1]
c/o WRS, LLC
fka Woods Restoration Holdings, LLC
22 Riverview Drive
Suite 101
Wayne, NJ 07470

Employer's Tax I.D. No.:
20-3657189

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the Honorable Stacey L. Meisel on:

Dated:      November 1, 2017
Time:       10:00 AM
Location:   Courtroom 3A, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

For the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
EisnerAmper LLP, Accountants for Trustee

COMMISSION OR FEES
Fee: $18,104.00

EXPENSES
Expense: $155.34

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016-1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016-1(h)).

Dated: September 27, 2017

/s/ Kim R. Lynch
Kim R. Lynch
Forman Holt
66 Route 17 North, First Floor
Paramus, NJ 07652
201-845-1000 klynch@formanlaw.com
Attorney for Charles M. Forman, Chapter 7 Trustee

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0004480 - 1