10-2-17

US BANKRUPTCY COURT
MLK JR. FEDERAL BLDG
50 WALNUT ST.
NEWARK, NJ 07102

RE: 10-28457-DHS
CASE 17-19273

ATTN: HONORABLE JUDGE STACEY MEISEL

JUDGE MEISEL:

I/WE ARE RESPONDING TO YOU WITH REGARDS TO THE ABOVE CASE IN WRITING. WE ARE STIPULATING THAT WE HAVE SUBMITTED PAPERWORK FOR AN <u>UNSECURED CLAIM ON WJS HOLDINGS</u>

IT WAS MENTIONED THAT WE DID NOT FILE ON TIME, WE DID ALTHOUGH WE HAD NO LEGAL REPRESENTATION IN NJ. WE PAID ENOUGH MONEY TO THE ABOVE COMPANY AND THE WORK WAS NOT COMPLETED IN THE PROPER AND EFFECTIVE WAY.

WOODS STARTED THE WORK UNDER THE KITCHEN BUT DID NOT COMPLETE THE WORK. WOODS WANTED TO PROCEED TO THE TOP (KITCHEN) THEY WANTED TO FINISH THE TOP AND PUT THE MOLDY CABINETS BACK INTO THE KITCHEN WE HAD TO PAY FOR THE ELECTRICIAN AND PLUMBER TO HELP WITH THE "SOCALLED" COMPANY. THEY HAD EQUIPMENT IN THE HOUSE THAT MR. BOWER HAD TO HELP BRING IN THE HOUSE THAT DID NOT OPERATE ALONG WITH PLASTIC BORDERS THAT KEPT FALLING

DOWN. THE PLASTIC BORDERS WERE PUT IN TO KEEP THE CONTAMINATION CONTAINED BUT WITH IT KEPT FALLING, THE CONTAMINATION WAS ENTERING INTO THE REST OF THE HOUSE.

I, MRS BOWER HAVE ASTHMA, COPD AND HAVE HAD A PULMONARY EMBOLISM, MOLD CAN PUT ME IN THE HOSPITAL, I MIGHT ADD I ALMOST DIED WITH THE PULMONARY EMBOLISM.

AFTER CONFERRING WITH A MARYLAND LAWYER WHO ACTED ON OUR BEHALF, WE STOPPED PAYING THEM FOR THEIR GROSS INCOMPETENCE.

IT TOOK YEARS TO GET OUR KITCHEN TO BE PUT BACK TOGETHER ON OUR PART AS WELL AS CONTINUING TO PAY OUR MORTGAGE. IT TOOK YEARS OF NOT HAVING NORMAL HOLIDAYS AND FAMILY GATHERINGS TO WHICH OTHER FAMILIES TAKE FOR GRANTED

NOW WE ARE TOLD THAT THE MONIES LEFT ARE ONLY FOR THE LAWYERS AND NOTHING FOR THE PROPERTY OWNERS WHO GOT CHEATED?

THIS SEEMS SO UNJUST. IT FEELS LIKE WE ARE RAPED BY THE SAME PERPETRATOR ALL OVER AGAIN.

WE WILL ABIDE BY YOUR DECISION. WE WILL BE THERE FOR THE HEARING AS WE KNOW OF NO ONE WHO HAS A LANDLINE PHONE TO WAIT BY.

WE THANK YOU FOR YOUR GUIDANCE TO THIS MATTER.

Sincerely

*Sharon Bower*
SHARON BOWER


*Charles Bower*
CHARLES BOWER


MY NUMBER IS 443-523-4652