

### ATTORNEYS AT LAW

Kim R. Lynch
Member
klynch@formanlaw.com

WWW.FORMANLAW.COM

October 10, 2017

<u>VIA ECF & E-MAIL</u>
Honorable Stacey L. Meisel
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

RE: WRS Holdings, LLC, et al
Case No. 10-28457(SLM)

Hearing Date: October 18, 2017 at 10:00 a.m.

Dear Judge Meisel:

We have reviewed the letter from Mr. and Mrs. Bower regarding their response to the motion seeking to modify their claim. In their letter, the Bowers indicated their intent to travel to New Jersey and appear for the argument. Alternatively, they seem to indicate that they would be willing to have Your Honor hear the matter on the papers.

In order to avoid the costs associated with traveling to New Jersey, the Trustee also consents to having the Court decide the motion on the papers.

Respectfully,

/s/ Kim R. Lynch

Kim R. Lynch
KRL:ka
Enclosures
cc: Charles M. Forman, Trustee
    Charles Bower & Sharon Hayden Bower (via e-mail and first class mail)

F0005369 - 1

FORMANLAW LLC    T 201.845.1000    66 ROUTE 17 NORTH, PARAMUS, NJ 07652    F 201.655.6650