UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 665-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

Order Filed on October 20,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

WRS HOLDINGS, LLC; et al[1],

                Debtors.

Chapter 7

Case No. 10-28457 (SLM)
Jointly Administered

Hearing Date:   October 18, 2017
Hearing Time:  10:00 a.m

**ORDER RECLASSIFYING CLAIM NO. 186-1 FILED BY SHARON HAYDEN BOWER
AND CHARLES A. BOWER  IN THE CASE OF WRS HOLDINGS, LLC**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: October 20, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0001244 - 1

Page (2)
Debtor:     WRS HOLDINGS, LLC; <u>et al</u>[1]
Case No.    10-28457 (SLM)
Caption:    Order Reclassifying Claim No. 186-1 Filed by Sharon Hayden Bower and Charles A. Bower in the Case of WRS Holdings, LLC

    **THIS MATTER** having been brought before this Court upon the motion (the "<u>Motion</u>") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "<u>Debtors</u>"), through his attorneys, Forman Holt, a Professional Corporation, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure reclassifying Claim No. 186-1 filed by Sharon Hayden Bower and Charles A. Bower in the chapter 7 case of WRS Holdings, LLC (10-28457); and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

    **ORDERED** that Claim No. 186-1 filed by Sharon Hayden Bower and Charles A. Bower in the chapter 7 case of WRS Holdings, LLC (10-28457) be and hereby is reclassified as a tardily filed claim pursuant to 11 U.S.C. §726(a)(3).