| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | |
| In Re:<br><br>WRS HOLDINGS, LLC, et al<br><br>Debtors. | Chapter: 7<br><br>Case No.: 10-28457(SLM)<br><br>Judge: Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion to Disallow Claim N. 194-1 filed AIG Property Casualty Company (Doc. No. 433)

Date: October 24, 2017                          */s/ Kim R. Lynch*
                                                                        Kim R. Lynch

F0006459 - 1