Order Filed on October 31, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>                  Debtors. |

Chapter 7

Case No. 10-28457 (SLM)
Jointly Administered

Hearing Date: October 31, 2017
Hearing Time: 10:00 a.m

**ORDER DISALLOWING PROOFS OF CLAIM FILED BY NEW JERSEY SCHOOL BOARDS ASSOCIATION INSURANCE GROUP IN THE DEBTORS' CASES**

The relief set forth on the following page, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 31, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

Page (2)
Debtor:     WRS HOLDINGS, LLC; et al[1]
Case No.    10-28457 (SLM)
Caption:    Order Disallowing the Proofs of Claim Filed by New Jersey School Boards
            Association Insurance Group in the Debtors' Cases

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing the proofs of claim filed by New Jersey School Boards Association Insurance Group ("Claimant") in the Debtors' cases; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that the proofs of claim filed by Claimants in the Debtors' cases set forth below are hereby disallowed.

| Debtor | Case No. | Claim No. | Amount | Date Filed |
|---|---|---|---|---|
| WRS, Inc. | 10-28478 | 6-1 | Unliquidated | 11/11/10 |
| WRS Holdings, LLC | 10-28457 | 167-1 | Unliquidated | 11/11/10 |
| WRS, LLC | 10-28461 | 16-1 | Unliquidated | 11/11/10 |