| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on October 31, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>WRS HOLDINGS, LLC; <u>et al</u>[1],<br><br>                Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  October 31, 2017<br>Hearing Time:  10:00 a.m |

### ORDER DISALLOWING CLAIM NO. 136-1 FILED BY ROYAL RICHEY VILLAGE I IN THE CASE OF WRS, HOLDINGS, LLC

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: October 31, 2017**

                                        _Stacey L. Meisel_
                                    Honorable Stacey L. Meisel
                                    United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0003327 - 1

Page (2)
Debtor:   WRS HOLDINGS, LLC; et al[1]
Case No.  10-28457 (SLM)
Caption:  Order Disallowing Claim No. 136-1 filed by Royal Richey Village I in the Case of WRS Holdings, LLC

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing Claim No. 136-1 filed by Royal Richey Village I in the chapter 7 case of WRS Holdings, LLC (10-28457); and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 136-1 filed by Royal Richey Village I in the chapter 7 case of WRS Holdings, LLC be and hereby is disallowed.