| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| EISNERAMPER LLP<br>Accountants to the Trustee<br>111 Wood Avenue South<br>Iselin, NJ 08830<br>(732) 243-7000 |
| In re:<br><br>WRS HOLDINGS, LLC; et al.[1],<br><br>                    Debtor. |

**Order Filed on November 2, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Chapter 7

Case No. 10-28457 (SLM)

Hearing Date: November 1, 2017
Hearing Time: 10:00 a.m.

**ORDER GRANTING SECOND INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO EISNER AMPER LLP AS ACCOUNTANTS
FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 2, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0004481 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | WRS HOLDINGS, LLC; et al. |
| Case No: | 10-28457 (DHS) |
| Caption of Order: | Order Granting Second Interim Compensation and Reimbursement of Expenses to EisnerAmper LLP as Accountants for Charles M. Forman, Chapter 7 Trustee |

**UPON CONSIDERATION** of the application of EisnerAmper LLP, accountants to Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, et al for entry of an order awarding second interim compensation and reimbursement of expenses pursuant to 11 U.S.C. §330(a); and due notice having been given; and for good cause having been shown; it is

**ORDERED** that EisnerAmper LLP be and hereby is awarded second interim compensation in the amount of $ 18,104.00 ; and it is further

**ORDERED** that EsinerAmper LLP be and hereby is awarded reimbursement of expenses in the amount of $ 155.34 .