| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on October 31,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>                 Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date: October 31, 2017<br>Hearing Time: 10:00 a.m |

**ORDER DISALLOWING CLAIM NO. 136-1 FILED BY ROYAL RICHEY VILLAGE I
IN THE CASE OF WRS, HOLDINGS, LLC**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: October 31, 2017**

                                                             Honorable Stacey L. Meisel
                                                             United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0003327 - 1

Page (2)
Debtor:      WRS HOLDINGS, LLC; et al[1]
Case No.    10-28457 (SLM)
Caption:    Order Disallowing Claim No. 136-1 filed by Royal Richey Village I in the Case of WRS Holdings, LLC

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing Claim No. 136-1 filed by Royal Richey Village I in the chapter 7 case of WRS Holdings, LLC (10-28457); and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 136-1 filed by Royal Richey Village I in the chapter 7 case of WRS Holdings, LLC be and hereby is disallowed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 10-28457-SLM
WRS Holdings, LLC                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2              Date Rcvd: Nov 01, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db         +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor   Raynor Electric, Inc. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alexander G. Benisatto    on behalf of Creditor   MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto    on behalf of Plaintiff   MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz    on behalf of Creditor   JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine    on behalf of Creditor   Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles Forman    on behalf of Interested Party   A. Atkins Appraisal Company
               cforman@formanlaw.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
              Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant   Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant   Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant   VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
              David R Lyons    on behalf of Creditor   Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth    on behalf of Defendant   Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
              Heather Lynn Anderson    on behalf of Defendant   State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg    on behalf of Defendant   Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg    on behalf of Defendant   Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.    on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John V. Fiorella    on behalf of Creditor   New Jersey School Boards Association Insurance Group
               jfiorella@archerlaw.com
              Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Nov 01, 2017
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit
               jgreenblatt@greenblattlesser.com
              Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless
               kbuck@mccarter.com
              Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
               kanema@formanlaw.com
              Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc.
               lwalczyk@wjslaw.com,    lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
              Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
              Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee
               martha.hildebrandt@usdoj.gov
              Matteo  Percontino    on behalf of Trustee Charles M. Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Matteo  Percontino    on behalf of Plaintiff Charles M. Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Matteo  Percontino    on behalf of Plaintiff Charles M Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael E. Holt    on behalf of Trustee Charles M. Forman mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti
               mgreenberg@mgreenberglaw.com
              Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
              Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP
               msbauer@nmmlaw.com,    mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor
               msbauer@nmmlaw.com,    mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               msbauer@nmmlaw.com,    mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               msbauer@nmmlaw.com,    mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc.
               rreich@simonattorneys.com,    ronreichesq@gmail.com;r44370@notify.bestcase.com
              Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sschiff@trenklawfirm.com,    cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sschiff@trenklawfirm.com,    cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sschiff@trenklawfirm.com,    cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 71
```