| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| LeClairRyan, A Professional Corporation<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Sixteenth Floor<br>Newark, NJ 07102<br>Telephone (973) 491-3600<br>Facsimile (973) 491-3471<br>Matteo Percontino, Esq.<br>matteo.percontino@leclairryan.com | |
| In Re:<br><br>WRS HOLDINGS, LLC,<br><br>Debtor. | Case No. 10-28457 (SLM)<br><br>Chapter 7 |

## NOTICE OF WITHDRAWAL OF APPERANCE

TO:   ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that Matteo Percontino, formerly of Forman Holt Eliades & Youngman, LLC and Norris McLaughlin & Marcus, PA, hereby withdraws his appearance as counsel for Trustee, Charles M. Forman.

LeClairRyan, a Professional Corporation

By: /s/ Matteo Percontino
Matteo Percontino

Dated: November 2, 2017

1