| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on November 6,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>                  Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date: October 31, 2017<br>Hearing Time: 10:00 a.m |

**CONSENT ORDER RECLASSIFYING AND MODIFYING CLAIM NO. 194-1 FILED BY AIG PROPERTY CASUALTY COMPANY, AIG SPECIALTY INSRUANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, COMMERCE AND INDUSTRY INSRURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND CERTAIN OTHER SUBSIDIARES OF AIG PROPERTY CASUALTY, INC. IN THE CASE OF WRS HOLDINGS, LLC**

      The relief set forth on the following page, numbered two (2) through three (3) is hereby ORDERED.

DATED: November 6, 2017

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0006450 - 2

Page (2)
Debtor:     WRS HOLDINGS, LLC; et al[1]
Case No.    10-28457 (SLM)
Caption:    Consent Order Reclassifying and Modifying Claim No. 194-1 filed by AIG Property Casualty Company, AIG Specialty Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, the Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, PA and certain other subsidiaries of AIG Property Casualty, Inc. in the case of WRS Holdings, LLC

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an Order Disallowing Claim No. 194-1 filed by AIG Property Casualty Company, AIG Specialty Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, the Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, PA and certain other subsidiaries of AIG Property Casualty, Inc. ("Claimants") in the case of WRS Holdings, LLC; and Claimants having informally objected to the relief sought by the Trustee; and the parties having agreed to the relief set forth herein,; and the parties having agreed to the form and entry of this Consent Order; and for good cause shown; it is hereby

Page (3)
Debtor: WRS HOLDINGS, LLC; et al[1]
Case No. 10-28457 (SLM)
Caption: Consent Order Reclassifying and Modifying Claim No. 194-1 filed by AIG Property Casualty Company, AIG Specialty Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, the Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, PA and certain other subsidiaries of AIG Property Casualty, Inc. in the case of WRS Holdings, LLC

**ORDERED** that Claim No. 194-1 filed by Claimants in the case of WRS Holdings, LLC is hereby allowed as a general unsecured claim pursuant to 11 U.S. C. §726(a)(2) in the amount of $278,869.75.

The undersigned are authorized and consent to
the form and entry of this Order

FORMAN HOLT
Attorneys for Charles M. Forman,
Chapter 7 Trustee


By: */s/ Kim R. Lynch*
　　　Kim R. Lynch



By: */s/ Kevin J. Larner*
　　　Kevin J. Larner
　　　Associate General Counsel
　　　AIG Property Casualty, Inc.

Attorney for Claimants