| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on November 6, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>                  Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  October 31, 2017<br>Hearing Time:  10:00 a.m |

**ORDER DISALLOWING PROOFS OF CLAIM FILED BY AMERICAN HOME ASSURANCE COMPANY, CHARTIS PROPERTY CASUALTY COMPANY, CHARTIS SPECIALTY INSURANCE COMPANY, COMMERCE AND INDUSTRY INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLANIA, LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND CERTAIN OTHER ENTITIES RELATED TO CHARTIS, INC. IN THE DEBTORS' CASES**

      The relief set forth on the following page, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: November 6, 2017**

                                                                 *Stacey L. Meisel*
                                                      Honorable Stacey L. Meisel
                                                      United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0003151 - 1                             20400554_1

Page (2)
Debtor:     WRS HOLDINGS, LLC; et al[1]
Case No.    10-28457 (SLM)
Caption:    Order Disallowing the Proofs of Claim Filed by American Home Assurance Company, Chartis Property Casualty Company, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, the Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and Certain Other Entities Related to Chartis, Inc. in the Debtors' Cases

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc., (collectively, the "Debtors"), through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing the proofs of claim filed by American Home Assurance Company, Chartis Property Casualty Company, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, the Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and certain other entities related to Chartis, Inc. ("Claimants") in the Debtors' cases; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that the proofs of claim filed by Claimants in the Debtors' cases set forth below are hereby disallowed.

Page (3)
Debtor:     WRS HOLDINGS, LLC; et al[1]
Case No.    10-28457 (SLM)
Caption:    Order Disallowing the Proofs of Claim Filed by American Home Assurance Company, Chartis Property Casualty Company, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, the Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and Certain Other Entities Related to Chartis, Inc. in the Debtors' Cases

| Debtor | Case No. | Claim No. | Amount | Date Filed |
|---|---|---|---|---|
| WRS Holdings, LLC | 10-28457 | 173-1 | $106,190.00 | 11/12/10 |
| WRS, LLC | 10-28461 | 25-1 | Unliquidated | 11/12/10 |
| Woods Restoration Services, LLC | 10-28465 | 11-1 | $182,297.00 | 11/12/10 |
| WRS, Inc. | 10-28478 | 7-1 | Unliquidated | 11/12/10 |

United States Bankruptcy Court
District of New Jersey

In re:
WRS Holdings, LLC
    Debtor

Case No. 10-28457-SLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Nov 06, 2017
                              Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db             +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
    Adam D. Greenberg    on behalf of Creditor   Raynor Electric, Inc. agreenberg@hgllclaw.com,
     Aholmes@hgllclaw.com
    Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
     abenisatto@shapiro-croland.com
    Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
     abenisatto@shapiro-croland.com
    Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
    Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
     BKcourtnotices@parkermccay.com
    Charles  Forman     on behalf of Interested Party   A. Atkins Appraisal Company
     cforman@formanlaw.com
    Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
     lcapasso@formanlaw.com;cforman@iq7technology.com
    Charles M. Forman     cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
    Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
    Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
    David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
    Gregory W. Hauswirth     on behalf of Defendant    Contract Hardware & Supply Inc.
     ghauswirth@leechtishman.com,
     pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
    Heather Lynn Anderson     on behalf of Defendant    State of New Jersey
     heather.anderson@law.dol.lps.state.nj.us
    Jaimie A. Slosberg     on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
    Jaimie A. Slosberg     on behalf of Defendant    Hicks Capital Management, LLC
     jslosberg@ravingreenberg.com
    John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
    John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
     mortoncraigecf@gmail.com
    John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
     ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
    John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
     jfiorella@archerlaw.com

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Nov 06, 2017
                              Form ID: pdf903             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
              Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit
               jgreenblatt@greenblattlesser.com
              Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless
               kbuck@mccarter.com
              Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
               kanema@formanlaw.com
              Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc.
               lwalczyk@wjslaw.com,   lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
              Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
              Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee
               martha.hildebrandt@usdoj.gov
              Matteo  Percontino    on behalf of Trustee Charles M. Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Matteo  Percontino    on behalf of Plaintiff Charles M. Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Matteo  Percontino    on behalf of Plaintiff Charles M Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael E. Holt    on behalf of Trustee Charles M. Forman mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti
               mgreenberg@mgreenberglaw.com
              Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
              Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,
              Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc.
               rreich@simonattorneys.com,   ronreichesq@gmail.com
              Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 71
```