# FORMAN HOLT

## ATTORNEYS AT LAW

November 13, 2017

Kim R. Lynch
Member
klynch@formanlaw.com

WWW.FORMANLAW.COM

Honorable Stacey L. Meisel
United States Bankruptcy Judge
United States Bankruptcy Court
50 Walnut Street, Third Floor
Newark, NJ 07102

Re:     WRS Holdings, LLC, et al
        Case No. 10-28457 (SLM) (Jointly Administered)

        Hearing Date: November 21, 2017 at 10:00 a.m.

Dear Judge Meisel:

This firm represents Charles M. Forman, chapter 7 trustee of the above-referenced debtors.

On October 31, 2017, we filed a motion to sell property free and clear of liens. D.I. 454. Through the motion, the trustee sought approval to sell (i) remnant assets for $10,000 and (ii) default judgments for $1,500.

The Trustee has received a higher offer for the default judgments and currently is holding discussions with both parties in order to obtain the highest and best offer. Accordingly, we respectfully request that the Court refrain from entering a Certificate of No Objection in connection with the sale of the default judgments.

Respectfully,

Kim R. Lynch
cc:  Charles M. Forman, Trustee