| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on November 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WRS HOLDINGS, LLC; <u>et al</u>[1],<br><br>                    Debtors | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  November 21, 2017<br>Hearing Time:  10:00 a.m. |

### ORDER APPROVING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363(b) and (f)  AND GRANTING RELATED RELIEF

      The relief set forth on the following pages, numbered two (2) through five (5), is hereby ORDERED.

**DATED: November 21, 2017**

                                                                _____
                                                                **Honorable Vincent F. Papalia
                                                                United States Bankruptcy Judge**

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0008236 - 1

Page 2

| | |
|---|---|
| Debtors: | WRS Holdings, LLC <u>et al</u>. |
| Case No: | 10-28457 (SLM) |
| Caption: | Order Approving the Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) and Granting Related Relief |

**THIS MATTER**, having been opened to the Court upon the motion (the "<u>Motion</u>") and certification (the "<u>Certification</u>") of Charles M. Forman, chapter 7 trustee ("<u>Trustee</u>") for the estates (the "<u>Estates</u>") of WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Concepts, LLC and WRS, Inc. (collectively, the "<u>Debtors</u>"), through his attorneys, Forman Holt, for entry of an order authorizing the Trustee to sell (i) Remnant Assets[2] to Oak Point Partners, Inc. for the sum of Ten Thousand ($10,000) Dollars and (ii) Default Judgments to SM Financial Services Corporation for the sum of One Thousand Five Hundred ($1,500) Dollars free and clear of liens, claims, interests and encumbrances pursuant to 11 U.S.C. §§ 105(a) and 363(b) and (f); and the Court having considered the pleadings filed, objections or responses thereto, if any; and arguments of counsel; and additional offer have been received for the Default Judgments from JM Partners, LLC and Recovery Analytics, (together with SM Financial Services Corporation, the "<u>Bidders</u>" or each, a "<u>Bidder</u>"), and each Bidder having been given an opportunity to make a higher and better offer; and Recovery Analytics having made the highest and better offer in the amount of $6,750; and good and sufficient notice having been given; and for good cause shown,

IT IS HEREBY FOUND AND DETERMINED THAT:[3]

---

[2] Terms not capitalized herein shall have the same meaning as in the Certification.
[3] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.

Debtors:     WRS Holdings, LLC et al.
Case No:    10-28457 (SLM)
Caption:    Order Approving the Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) and Granting Related Relief

A.  The Debtors each filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on June 16, 2010.

B.  The Debtors' cases were converted to cases under chapter 7 of the Bankruptcy Code on July 20, 2010.

C.  The Trustee was appointed as the chapter 7 trustee for the Debtors' estates on July 22, 2010.

D.  The Trustee has articulated good and sufficient business reasons to support this Court's approval of entry of an Order (i) authorizing the Trustee to sell the Remnant Assets to Oak Point Partners, Inc. pursuant to the terms of the Asset Purchase Agreement ("Oak Point APA") annexed to the Certification at Exhibit A, and (ii) approving the sale of the Default Judgments to Recovery Analytics pursuant to the terms of the Letter Agreement ("SMFSC Agreement") attached to the Certification at Exhibit B which hereby is modified to reflect that Recovery Analytics be substituted in place and stead of SM Financial Services Corp. and that the purchase price is $6,750.00.

E.  The Trustee is selling the Remnant Assets and the Default Judgments "AS IS and WHERE IS'' without any representations or warranties of any kind or of nature.

F.  The entry of this Order is in the best interest of the Debtors and their Estates.

F0008236 - 1

| | |
|---|---|
| Debtors: | WRS Holdings, LLC et al. |
| Case No: | 10-28457 (SLM) |
| Caption: | Order Approving the Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) and Granting Related Relief |

G. The Purchase Price for the Remnant Assets and Default Judgments represents fair value and the terms of the Oak Point APA and SMFC Agreement are fair and reasonable.

H. Oak Point Partners, Inc. and Recovery Analytics are good faith purchasers pursuant to section 11 U.S.C. § 363(m).

I. Good and sufficient notice of the proposed sales was provided in accordance with the Order Limiting and Regulating Notice filed in the in the Debtors' case at Docket No. 188, Case No. 10-28457.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:**

1. The relief sought in the Motion is GRANTED.

2. Any objections to the Motion which have not been withdrawn or settled are hereby overruled.

3. The Oak Point APA and the SMFSC Agreement and all of their respective terms and conditions are approved in their entirety.

4. Pursuant to 11 U.S.C. § 363(b) and (f), the Trustee is authorized to sell the Remnant Assets to Oak Point Partners, Inc., for the sum of Ten Thousand ($10,000) Dollars free and clear of any and all liens, claims, interests, and encumbrances.

5. Pursuant to 11 U.S.C. § 363(b) and(f), the Trustee is authorized to sell the Default Judgments to Recovery Analytics for the sum of Six Thousand Seven Hundred

| | |
|---|---|
| Debtors: | WRS Holdings, LLC et al. |
| Case No: | 10-28457 (SLM) |
| Caption: | Order Approving the Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) and Granting Related Relief |

Fifty ($6,750) Dollars free and clear of any and all liens, claims, interests, and encumbrances.

6. The Trustee be and hereby is authorized to take such actions as are necessary to effectuate the terms of the Oak Point APA and the Recovery Analytics Agreement, together with all additional instruments and documents that may be reasonably necessary to implement the respective terms thereof.

7. Oak Point Partners, Inc. and Recovery Analytics are granted the protections provided to a good faith purchaser under section 363(m) of the Bankruptcy Code.

8. The transfer of the Remnant Assets to Oak Point Partners, Inc. pursuant to the Oak Point APA constitutes a legal, valid, and effective transfer of the Remnant Assets, and such transfer shall vest Oak Point Partners, Inc. with all right, title, and interest in and to the Remnant Assets.

9. The transfer of the Default Judgments to Recovery Analytics pursuant to the SMFC Agreement constitutes a legal, valid, and effective transfer of the Default Judgments, and such transfer shall vest Recovery Analytics with all right, title, and interest in and to the Default Judgments.

10. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from the implementation of this Order.

F0008236 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-28457-SLM
WRS Holdings, LLC                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 21, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db              +WRS Holdings, LLC,    c/o WRS, LLC,    22 Riverview Drive,    Suite 101,    Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles Forman    on behalf of Interested Party    A. Atkins Appraisal Company
               cforman@formanlaw.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
              David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
              Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
               jfiorella@archerlaw.com

```
District/off: 0312-2           User: admin                Page 2 of 2          Date Rcvd: Nov 21, 2017
                               Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
      Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit jgreenblatt@greenblattlesser.com
      Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless kbuck@mccarter.com
      Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com, kanema@formanlaw.com
      Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
      Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
      Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc. lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
      Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
      Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
      Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee martha.hildebrandt@usdoj.gov
      Matteo  Percontino    on behalf of Trustee Charles M. Forman matteo.percontino@leclairryan.com, anna.sullivan@leclairryan.com
      Matteo  Percontino    on behalf of Plaintiff Charles M. Forman matteo.percontino@leclairryan.com, anna.sullivan@leclairryan.com
      Matteo  Percontino    on behalf of Plaintiff Charles M Forman matteo.percontino@leclairryan.com, anna.sullivan@leclairryan.com
      Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC mholt@formanlaw.com, kanema@formanlaw.com
      Michael E. Holt    on behalf of Trustee Charles M. Forman mholt@formanlaw.com, kanema@formanlaw.com
      Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti mgreenberg@mgreenberglaw.com
      Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
      Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc. rreich@simonattorneys.com, ronreichesq@gmail.com
      Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
      Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 71