| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on November 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>              Debtors. | Chapter 7<br><br>Case No. 10-28457 (SLM)<br>Jointly Administered<br><br>Hearing Date:  November 21, 2017<br>Hearing Time: 10:00 a.m |

## ORDER APPROVING SETTLEMENT BETWEEN CHARLES M. FORMAN, CHAPTER 7 TRUSTEE AND AMBROSE PINE, INC.

The relief set forth on the following page, numbered two (2) be and hereby is **ORDERED**.

**DATED: November 21, 2017**

                                                                     **Honorable Vincent F. Papalia**
                                                                      **United States Bankruptcy Judge**

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0006638 - 1

Page 2
Debtors: WRS Holdings, LLC, et al
Case No. 10-28457 (SLM)
Caption Order Approving Settlement between Charles M. Forman, Chapter 7 Trustee and Ambrose Pine, Inc.

**THIS MATTER,** having been brought before the Court upon the motion of Charles M. Forman, the chapter 7 trustee (the "Trustee") for WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods Restoration Services of Montclair, New Jersey, LLC, Environmental Concepts, LLC and WRS, Inc. (the "Debtors"), through his attorneys, Forman Holt, for the entry an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure approving a settlement between the Trustee and Ambrose Pine, Inc. (the "Motion"); and the Court having considered the pleadings submitted and the arguments of counsel and objections, if any; and it appearing that good and sufficient notice of the proposed settlement having been provided to the Office of the United States Trustee, all creditors and other parties-in-interest; and for good cause shown; it is

**ORDERED AS FOLLOWS:**

1. The Motion is granted in its entirety.

2. The Settlement Agreement[2] attached as **Exhibit A** hereto is approved in all respects.

3. The Trustee be and is authorized to pay the sum of $80,000 to Ambrose Pine, Inc. upon entry of this Order in full and final payment of the Superpriority Claim.

4. The Trustee be and is hereby authorized to pay fifty (50%) percent from the proceeds the Remaining Assets as set forth in the Settlement Agreement without further order of this Court.

---

[2] Capitalized terms not otherwise defined shall have the same meaning as in the Motion.

# EXHIBIT A

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release ("Agreement") is made and entered into this 31st day of October, 2017, by and between Charles M. Forman in his capacity as chapter 7 Trustee (the "Trustee") for WRS Holdings, LLC, WRS, LLC, Woods Restoration Services, Woods Restoration Services of S.C., LLC, Woods Restoration Services of Montclair, NJ, LLC, Environmental Remediation Concepts, LLC, and WRS, Inc. (collectively the "Debtors"), and Ambrose Pine, Inc. ("Ambrose Pine").

## RECITALS

**WHEREAS**, on June 16, 2010, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and

**WHEREAS**, on the Petition Date, MFC Funding, Inc. ("MFC") held a valid claim in the amount of $5,870,130.04 (the "Secured Claim") secured by virtually all of the Debtors' assets with the exception of the Debtors' vehicles (the "Collateral"); and

**WHEREAS**, during the Debtors' chapter 11 case, orders were entered by the Court authorizing the Debtors' use of MFC's cash collateral; and

**WHEREAS**, in exchange for the use of its cash collateral, and other concessions made by MFC, by Stipulation and Consent Order of the Court dated December 14, 2010 (the "MFC Order"), MFC was granted, *inter alia*, a superpriority claim in the Debtors' estates pursuant to section 507(b) of the Bankruptcy Code (the "Superpriority Claim") (the Superpriority Claim and Secured Claim, collectively the "Claim"); and

F0006573 - 2                    F0006573 - 1

WHEREAS, Ambrose Pine is the assignee and successor in interest to MFC and the beneficial holder of all rights to and interests in the Claim formerly held by MFC, which assignment was further memorialized by Notice of Transfer of Claim dated March 17, 2017; and

WHEREAS, on July 20, 2017, the Debtors' cases were converted to cases under chapter 7 of the Bankruptcy Code; and

WHEREAS, on July 22, 2017, the Office of the United States Trustee appointed the Trustee as chapter 7 trustee for the Debtors' estates; and

WHEREAS, pursuant to the MFC Order, the Court (i) authorized the Trustee to liquidate the Collateral and (i) provided a carve-out from the Collateral for the Debtors' estates; and

WHEREAS, the Trustee has liquidated approximately $1.892 million in assets, including the Collateral; and

WHEREAS, the Debtors' estates currently has a balance on hand of $186,640.32 (the "Available Cash") after payment of allowed costs of administration and a portion of the Secured Claim from the proceeds of the liquidated Collateral; and

WHEREAS, the Trustee anticipates receiving additional funds from the liquidation of the Debtors' remaining assets (the "Remaining Assets"); and

WHEREAS, Ambrose Pine asserts a Secured Claim and Superpriority Claim in the Remaining Assets; and

WHEREAS, Ambrose Pine has requested payment of the Superpriority Claim prior to the approval of the Trustee's Final Report and Account; and

WHEREAS, the Trustee has disputed Ambrose Pine's entitlement to payment of its Superpriority Claim from the Available Funds, as requested by Ambrose Pine; and

2

**WHEREAS**, the Trustee and Ambrose Pine (the "Parties") have entered into negotiations and have agreed to settle the issues described herein in accordance with this Agreement, which resolution should further expedite closure of this case, and is in the best interest of the remaining stakeholders in the Debtors' estates.

**NOW, THEREFORE**, in consideration of the premises aforesaid and the mutual covenants herein contained, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

1. **Recitals Incorporated.** The recitals and prefatory phrases and paragraphs set forth above are hereby incorporated in full, and made a part of, this Agreement.

2. **The Settlement.**

    a. Ambrose Pine shall be paid on its allowed Superpriority Claim the amount of Eight Thousand ($80,000) Dollars (the "Allowed Superpriority Claim Payment").

    b. In full and final satisfaction of its Superpriority Claim, the Trustee shall (i) make the Allowed Superpriority Claim Payment to Ambrose Pine within five (5) days of Court's approval of this Agreement, and (ii) Ambrose Pine shall be further entitled to and be paid fifty (50%) percent of the gross recovery from the liquidation or collection of the Remaining Assets (the "Ambrose Final Distribution").

    c. The Trustee is authorized to and shall pay the Ambrose Final Distribution upon the latter of (i) if required, a final order of this court authorizing the sale of the Remaining Assets or approval of a settlement related to the Remaining Assets or (ii) receipt of funds related to the liquidation or collection of such Remaining Assets. The Trustee agrees to act expeditiously to sell, liquidate and collect the proceeds of all Remaining Assets, in accordance with 11 U.S.C. § 704(a)(1).

3

3. **Bankruptcy Court Approval.** The Trustee will promptly file pleadings with the Bankruptcy Court seeking approval of this Agreement.

4. **Jurisdiction.** This Agreement shall be construed and governed by the laws of the State of New Jersey, and the United States Bankruptcy Court for the District of New Jersey shall have exclusive jurisdiction over this Agreement and the Parties.

5. **Mutual Release.** In consideration for this Agreement, the Parties hereby release and discharge each other and their respective subsidiaries, parent companies, affiliated companies, and members, principals, agents, accountants, attorneys, employers, representatives, successors, predecessors, assigns, officers and directors from any and all claims and causes of action that they may have against each other except for any cause of action arising from breach of this Agreement.

6. **Representations and Warranties.** It is acknowledged that each party has read this Agreement and has consulted with counsel of their choosing before executing same; each party has relied upon his/her own judgment and/or that of his counsel in executing this Agreement and has not relied on or been induced by any representation, statement or act by any other party which is not referred to in this instrument; each party enters into the Agreement voluntarily, with full knowledge of its significance; and the Agreement is in all respects complete and final

7. **Costs and Attorneys' Fees.** Each Party to this Agreement agrees to bear its own costs and expenses, including attorneys' fees, arising out of the matters described in this Agreement and in this bankruptcy case.

8. **Amendment of Agreement.** This Agreement shall not be amended except by a writing signed by all of the Parties.

9. **Binding Effect**. This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

10. **Entire Agreement**. This Agreement constitutes the entire agreement of the Parties as to the subject matter hereof. The undersigned acknowledge that there are no communications or oral understandings contrary, different, or that in any way restrict, this Agreement, and that all prior agreements or understandings within the scope of the subject matter of this Agreement are, upon the execution and delivery of this Agreement, superseded, null and void.

11. **Execution in Counterparts**. This Agreement may be executed by one or more of the Parties to this Agreement on any number of separate counterparts and all such counterparts taken together shall be deemed to constitute one and the same instrument. This Agreement may be executed via facsimile and/or electronic signature.

**WHEREFORE**, the parties execute this Agreement as of the 31st day of October, 2017.

---

Charles M. Forman
Chapter 7 Trustee

AMBROSE PINE, INC.

By: _____
Name: Joseph P. Gorrigan
Title: President

CH2\20219796.1

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-28457-SLM
WRS Holdings, LLC                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2              Date Rcvd: Nov 21, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db            +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                   Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles  Forman    on behalf of Interested Party    A. Atkins Appraisal Company
               cforman@formanlaw.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
              Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
              David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
              Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
               jfiorella@archerlaw.com

```
District/off: 0312-2          User: admin                  Page 2 of 2                  Date Rcvd: Nov 21, 2017
                              Form ID: pdf903              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Joseph Michael Cerra   on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
        Joshua I. Goldman   on behalf of Creditor   Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Judah D. Greenblatt   on behalf of Creditor Bernard and Simha  Margalit
        jgreenblatt@greenblattlesser.com
        Kate R. Buck   on behalf of Defendant   Cellco Partnership d/b/a Verizon Wireless
        kbuck@mccarter.com
        Kim R. Lynch   on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,  kanema@formanlaw.com
        Kim R. Lynch   on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
        Kim R. Lynch   on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
        kanema@formanlaw.com
        Leonard C. Walczyk   on behalf of Creditor   Post & Kelly Electric Company, Inc.
        lwalczyk@wjslaw.com,  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
        Louis T. DeLucia   on behalf of Transferee   Ambrose Pine, Inc. ldelucia@schiffhardin.com
        Louis T. DeLucia   on behalf of Creditor   MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
        Martha R. Hildebrandt   on behalf of U.S. Trustee   United States Trustee
        martha.hildebrandt@usdoj.gov
        Matteo  Percontino   on behalf of Trustee Charles M. Forman matteo.percontino@leclairryan.com,
        anna.sullivan@leclairryan.com
        Matteo  Percontino   on behalf of Plaintiff Charles M. Forman matteo.percontino@leclairryan.com,
        anna.sullivan@leclairryan.com
        Matteo  Percontino   on behalf of Plaintiff Charles M Forman matteo.percontino@leclairryan.com,
        anna.sullivan@leclairryan.com
        Michael E. Holt   on behalf of Attorney   Forman Holt Eliades & Ravin LLC mholt@formanlaw.com,
        kanema@formanlaw.com
        Michael E. Holt   on behalf of Trustee Charles M. Forman mholt@formanlaw.com,
        kanema@formanlaw.com
        Michael J. Greenberg   on behalf of Cross Defendant Anthony  Racciatti
        mgreenberg@mgreenberglaw.com
        Michael J. Greenberg   on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
        Morris S. Bauer   on behalf of Creditor Committee   OPS Corp. msbauer@nmmlaw.com,
        mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Morris S. Bauer   on behalf of Creditor Committee   Precise Management, LLC msbauer@nmmlaw.com,
        mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Morris S. Bauer   on behalf of Creditor Committee   Division 9 Design & Construction LP
        msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Morris S. Bauer   on behalf of Creditor Committee   Official Committee Of Unsecured Creditor
        msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Morris S. Bauer   on behalf of Creditor Committee   Professional Painting, LLC msbauer@nmmlaw.com,
        mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Morris S. Bauer   on behalf of Creditor Committee   Official Comittee of Unsecured Creditors
        msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Morris S. Bauer   on behalf of Creditor Committee   Truly New Cleaning Corp. msbauer@nmmlaw.com,
        mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Morris S. Bauer   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
        msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
        Ron Reich   on behalf of Creditor   Advanced Furnace & Air Duct Cleaning, Inc.
        rreich@simonattorneys.com,  ronreichesq@gmail.com
        Sam  Della Fera   on behalf of Debtor   Environmental Remediation Concepts, LLC
        sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   Woods Restoration Services of S.C., LLC
        sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   WRS, LLC sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   Woods Restoration Services of Montclair, NJ, LLC
        sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   WRS, Inc sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   Woods Restoration Services sdellafera@trenklawfirm.com
        Sam  Della Fera   on behalf of Debtor   WRS Holdings, LLC sdellafera@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services of Montclair, NJ, LLC
        sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   WRS Holdings, LLC sschiff@trenklawfirm.com,
        cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services of S.C., LLC
        sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Environmental Remediation Concepts, LLC
        sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   WRS, LLC sschiff@trenklawfirm.com,
        cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   WRS, Inc sschiff@trenklawfirm.com,
        cdeangelis@trenklawfirm.com
        Shoshana  Schiff   on behalf of Debtor   Woods Restoration Services sschiff@trenklawfirm.com,
        cdeangelis@trenklawfirm.com
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                           TOTAL: 71