UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 665-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

**Order Filed on November 27, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

WRS HOLDINGS, LLC; et al[1],

                      Debtors.

Chapter 7

Case No. 10-28457 (SLM)
Jointly Administered

Hearing Date:   October 31, 2017
Hearing Time:  10:00 a.m

## ORDER RECLASSIFYING CLAIM NO. 27-1 FILED BY AUTOMATIC SUPPRESSION & ALARM SYSTEMS, INC. IN THE CASE OF WRS, LLC

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: November 27, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0003321 - 1

Page (2)
Debtor:        WRS HOLDINGS, LLC; et al[1]
Case No.        10-28457 (SLM)
Caption:        Order Reclassifying Claim No. 27-1 filed Automatic Suppression & Alarm
                Systems, Inc. in the Case No. WRS, LLC


     **THIS MATTER** having been brought before this Court upon the motion (the "<u>Motion</u>")
of Charles M. Forman, chapter 7 trustee of WRS Holdings, LLC, WRS, LLC, Woods
Restoration Services, LLC, Woods Restoration Services of South Carolina, LLC, Woods
Restoration Services of Montclair, New Jersey, LLC, Environmental Remediation Concepts,
LLC, and WRS, Inc., (collectively, the "<u>Debtors</u>"), through his attorneys, Forman Holt, for the
entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of
Bankruptcy Procedure reclassifying Claim No. 27-1 filed by Automatic Suppression & Alarm
Systems, Inc. in the chapter 7 case of WRS, LLC (10-28461); and the Court having reviewed the
pleadings filed and considered the opposition, if any, and good and sufficient notice having been
given; and for good cause shown; it is hereby

     **ORDERED** that Claim No. 27-1 filed by Automatic Suppression & Alarm Systems, Inc.
in the chapter 7 case of WRS, LLC be and hereby is reclassified to reflect a general unsecured
claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 10-28457-SLM
WRS Holdings, LLC                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 27, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db            +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
        Adam D. Greenberg   on behalf of Creditor   Raynor Electric, Inc. agreenberg@hgllclaw.com,
        Aholmes@hgllclaw.com
        Alexander G. Benisatto   on behalf of Creditor   MFC CAPITAL FUNDING, INC.
        abenisatto@shapiro-croland.com
        Alexander G. Benisatto   on behalf of Plaintiff   MFC CAPITAL FUNDING, INC.
        abenisatto@shapiro-croland.com
        Ari J. Schwartz   on behalf of Creditor   JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
        Brian E Caine   on behalf of Creditor   Sunrise Lakes bcaine@parkermccay.com,
        BKcourtnotices@parkermccay.com
        Charles Forman   on behalf of Interested Party   A. Atkins Appraisal Company
        cforman@formanlaw.com
        Charles M. Forman   on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
        lcapasso@formanlaw.com;cforman@iq7technology.com
        Charles M. Forman   cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
        Dale E. Barney   on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Defendant   Valor Management Corp. dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Defendant   Valor Equity Partners dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Defendant   VWR Holdings, LLC dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
        Dale E. Barney   on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
        David R Lyons   on behalf of Creditor   Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
        Gregory W. Hauswirth   on behalf of Defendant   Contract Hardware & Supply Inc.
        ghauswirth@leechtishman.com,
        pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
        Heather Lynn  Anderson   on behalf of Defendant   State of New Jersey
        heather.anderson@law.dol.lps.state.nj.us
        Jaimie A. Slosberg   on behalf of Defendant   Morris Holdings, LLC jslosberg@ravingreenberg.com
        Jaimie A. Slosberg   on behalf of Defendant   Hicks Capital Management, LLC
        jslosberg@ravingreenberg.com
        John P. O'Toole   on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
        John R. Morton, Jr.   on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
        mortoncraigecf@gmail.com
        John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
        ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        John V. Fiorella   on behalf of Creditor   New Jersey School Boards Association Insurance Group
        jfiorella@archerlaw.com

District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Nov 27, 2017
                              Form ID: pdf903          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph Michael Cerra   on behalf of Trustee Charles M. Forman joseph.cerra@leclairryan.com
              Joshua I. Goldman   on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Judah D. Greenblatt   on behalf of Creditor Bernard and Simha  Margalit
               jgreenblatt@greenblattlesser.com
              Kate R. Buck   on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless
               kbuck@mccarter.com
              Kim R. Lynch   on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch   on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch   on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,
               kanema@formanlaw.com
              Leonard C. Walczyk   on behalf of Creditor    Post & Kelly Electric Company, Inc.
               lwalczyk@wjslaw.com,  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Louis T. DeLucia   on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com
              Louis T. DeLucia   on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com
              Martha R. Hildebrandt   on behalf of U.S. Trustee    United States Trustee
               martha.hildebrandt@usdoj.gov
              Matteo Percontino   on behalf of Trustee Charles M. Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Matteo Percontino   on behalf of Plaintiff Charles M. Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Matteo Percontino   on behalf of Plaintiff Charles M Forman matteo.percontino@leclairryan.com,
               anna.sullivan@leclairryan.com
              Michael E. Holt   on behalf of Attorney    Forman Holt Eliades & Ravin LLC mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael E. Holt   on behalf of Trustee Charles M. Forman mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael J. Greenberg   on behalf of Cross Defendant Anthony  Racciatti
               mgreenberg@mgreenberglaw.com
              Michael J. Greenberg   on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
              Morris S. Bauer   on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee    Division 9 Design & Construction LP
               msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee    Official Committee Of Unsecured Creditor
               msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer   on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               msbauer@nmmlaw.com,  mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Ron Reich   on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc.
               rreich@simonattorneys.com,  ronreichesq@gmail.com
              Sam Della Fera   on behalf of Debtor    Environmental Remediation Concepts, LLC
               sdellafera@trenklawfirm.com
              Sam Della Fera   on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sdellafera@trenklawfirm.com
              Sam Della Fera   on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
              Sam Della Fera   on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sdellafera@trenklawfirm.com
              Sam Della Fera   on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
              Sam Della Fera   on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
              Sam Della Fera   on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
              Shoshana Schiff   on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
              Shoshana Schiff   on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana Schiff   on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
              Shoshana Schiff   on behalf of Debtor    Environmental Remediation Concepts, LLC
               sschiff@trenklawfirm.com,  cdeangelis@trenklawfirm.com
              Shoshana Schiff   on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana Schiff   on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana Schiff   on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 71