| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> FORMAN HOLT <br> 66 Route 17 North, First Floor <br> Paramus, NJ 07652 <br> Telephone:  (201) 845-1000 <br> Facsimile:  (201) 665-6650 <br> Attorneys for Charles M. Forman, <br> Chapter 7 Trustee <br> Kim R. Lynch (KL-5866) <br> klynch@formanlaw.com | |
| In Re: <br><br> WRS HOLDINGS, LLC, et al <br><br><br> Debtors. | Chapter:   7 <br><br> Case No.: 10-28457(SLM) <br><br> Judge:    Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:  Motion to Reclassify Claim No. 129-1 filed by Post & Kelly Electric Company  (Doc. No. 437)

Date: December 4, 2017           */s/ Kim R. Lynch*
                                    Kim R. Lynch

F0009409 - 1