**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

CASE NO. 10-28457 (Jointly Administered)
Chapter: 7
Judge: Stacey L. Meisel

In Re:
    WRS Holdings, LLC et al

Employer's Tax I.D. No.: 20-3657250

## NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY

**Charles M. Forman,** Trustee in the above captioned case, proposes to settle an action, the nature of which is described below. If any creditor or other party in interest has an objection to the settlement, an objection and request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the trustee no later than February 27, 2018. **In the event an objection is timely filed, a hearing thereon will be held before the Honorable Stacey L. Meisel on:**

DATE:          March 6, 2018
TIME:          10:00 a.m.
COURTROOM:  3A

If no objection is filed with the Clerk and served upon the trustee on or before February 27, 2017, the settlement will be consummated as proposed on or after the fifth day following the last day to file objections.

The nature of the action and the terms of the settlement are as follows:

**Nature of the Action:** On November 21, 2017, an order was entered authorizing the Trustee to sell default judgments totaling $155,162.82 to Recovery Analytics to $6,750.00. Subsequent to entry of the order, the Trustee discovered that two of the default judgments totaling $2,869.59 were previously satisfied.

**Terms of the Settlement:** The Trustee has agreed to refund $124.83 to Recovery Analytics for the two previously satisfied default judgements. The Trustee calculated the amount to be refunded by taking the amount paid for the default judgments and dividing by the total amount of judgments ($55,165.82 % 6,750 = 0.0435 x $2,869.59). The Trustee believes that this settlement is fair and reasonable.

Request for additional information about the nature of the action or the terms of the settlement should be directed to:

NAME:          Kim R. Lynch, Esq.

ADDRESS:      Forman Holt
                     66 Route 17 North, First Floor
                     Paramus, New Jersey  07652

TELEPHONE NO.:  (201) 845-1000

SUBMITTED BY: */s/ Kim R. Lynch*    POSITION: Attorney for Trustee  PHONE: (201) 845-1000
                         Kim R. Lynch

Dated: January 31, 2018