UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, New Jersey 07652
(201) 845-1000
Attorneys for Charles M. Forman
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

In re:

WRS HOLDINGS, LLC; et al.[1],

                    Debtor.

Chapter 7
Case No. 10-28457 (SLM)

Hearing Date:  March 6, 2018
Hearing Time:  10:00 a.m.

## CERTIFICATION OF SERVICE

1.    I, Kathryn Anema:

☐ represent the_____ in the above-captioned matter.

☒ am the secretary/paralegal for Kim R. Lynch, who represents the Trustee in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On February 1, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Notice of Proposed Settlement of Controversy.

3.    A copy of the Notice of Proposed Settlement of Controversy is attached hereto as Exhibit "A."

---

[1] The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0014544 - 1

4.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.


Dated:   February 1, 2018                            */s/ Kathryn Anema*
                                                     Kathryn Anema


| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis T. De Lucia, Esq.<br>Schiff Hardin LLP<br>666 Fifth Ave, Suite 1700<br>New York, NY 10103 | Attorney for Ambrose Pine, Inc. | ☐  Hand-delivered<br>☒  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other<br>            (as authorized by court*) |
| Alexander G. Benisatto, Esq.<br>Shapiro and Croland<br>411 Hackensack Avenue<br>Hackensack, NJ 07601 | Attorney for MFC Capital Funding | ☐  Hand-delivered<br>☒  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other<br>            (as authorized by court*) |
| Ari J. Schwartz, Esq.<br>Teitelbaum & Baskin, LLP<br>3 Barker Ave<br>Third Avenue<br>White Plains, NY 10601 | Attorney for J.P. Morgan Chase Bank, N.A. | ☐  Hand-delivered<br>☒  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other<br>            (as authorized by court*) |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, NJ 07052 | Attorney for Debtor | ☐  Hand-delivered<br>☒  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other<br>            (as authorized by court*) |
| Sam Della Fera<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue<br>Suite 300 | Attorney for Debtor | ☐  Hand-delivered<br>☒  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| West Orange, NJ 07052 | | ☐ Other<br>    (as authorized by court*) |
| Martha Hildebrandt, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |

| | | |
|---|---|---|
| Morris S. Bauer, Esq.<br>Norris Mc Laughlin & Marcus, PA<br>P.O. Box 5933<br>Bridgewater, NJ 08807-5933 | Attorney for Creditor Committee - Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| John V. Fiorella, Esq.<br>Archer & Greiner<br>One Centennial Square<br>Haddonfiled, NJ 08033 | Attorney for Creditor – New Jersey School Boards Association Insurance Group – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Adam D. Greenberg<br>Honig & Greenberg, LLC<br>1949 Berlin Road, Suite 200<br>Cherry Hill, NJ 08003 | Attorney for Creditor, Raynor Electric, Inc. – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| John R. Morton, Jr.<br>Law offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorsetown, NJ 08057 | Attorney for Creditor, Ford Motor Credit Company – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |

| | | |
|---|---|---|
| Ron Reich, Esq.<br>Berry Sahradnik Kotzas & Benson, P.C.<br>212 Hooper Ave<br>P.O. Box 757<br>Toms River, NJ 08754<br>*(Attorney for Creditor, Advanced Furnace & Air Duct Cleaning)*<br>*(Notice of Appearance)* | Attorney for Creditor – Advanced Furnace 7 Air Duct Cleaning – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>      (as authorized by court*) |
| Leonard C. Walczyk, Esq.<br>Wasserman, Jurista & Stolz<br>225 Millburn Ave., Suite 207<br>P.O. Box 1029<br>Millburn, NJ 07041 | Attorney for Creditor – Post & Kelly Electric Company – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>      (as authorized by court*) |
| Automatic Suppression & Alarm Systems, Inc.<br>67 Ramapo Valley Road, #101<br>Mahwah, NJ 07430<br>Attn:  President, Partner or Managing Agent | Creditor - Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>      (as authorized by court*) |
| Bankruptcy Administration<br>Attn:  Christine R. Etheridge<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>      (as authorized by court*) |
| Scott E. Reiser, Esq.<br>Lum, Drasco & Positan<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>      (as authorized by court*) |
| Stacie Lynn Vacca, Esq.<br>Lum, Drasco & Positan<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>      (as authorized by court*) |

| Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin, LLP<br>3 Barker Ave<br>Third Avenue<br>White Plains, NY 10601 | Attorney for JP Morgan Chase Bank, N.A. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>     (as authorized by court*) |
| James Caporrino, Esq.<br>130 Fort Lee Road<br>Leonia, NJ 07009 | Attorney for Kensaay Associates – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>     (as authorized by court*) |
| JP Morgan Chase Bank, NA<br>201 N. Central Avenue, Floor 11<br>Phoenix, AZ  85004 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>     (as authorized by court*) |
| Ford Motor Credit Company<br>PO box 537901<br>Livonia, MI  48153-7901 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>     (as authorized by court*) |

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

CASE NO. 10-28457 (Jointly Administered)
Chapter: 7
Judge: Stacey L. Meisel

In Re:

WRS Holdings, LLC et al

Employer's Tax I.D. No.: 20-3657250

### NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY

**Charles M. Forman,** Trustee in the above captioned case, proposes to settle an action, the nature of which is described below. If any creditor or other party in interest has an objection to the settlement, an objection and request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the trustee no later than February 27, 2018 . **In the event an objection is timely filed, a hearing thereon will be held before the Honorable Stacey L. Meisel on:**

DATE:              March 6, 2018
TIME:              10:00 a.m.
COURTROOM:          3A

If no objection is filed with the Clerk and served upon the trustee on or before February 27, 2017, the settlement will be consummated as proposed on or after the fifth day following the last day to file objections.

The nature of the action and the terms of the settlement are as follows:

**Nature of the Action:** On November 21, 2017, an order was entered authorizing the Trustee to sell default judgments totaling $155,162.82 to Recovery Analytics to $6,750.00. Subsequent to entry of the order, the Trustee discovered that two of the default judgments totaling $2,869.59 were previously satisfied.

**Terms of the Settlement:** The Trustee has agreed to refund $124.83 to Recovery Analytics for the two previously satisfied default judgements. The Trustee calculated the amount to be refunded by taking the amount paid for the default judgments and dividing by the total amount of judgments ($55,165.82 % 6,750 = 0.0435 x $2,869.59). The Trustee believes that this settlement is fair and reasonable.

Request for additional information about the nature of the action or the terms of the settlement should be directed to:

NAME:              Kim R. Lynch, Esq.

ADDRESS:          Forman Holt
                  66 Route 17 North, First Floor
                  Paramus, New Jersey  07652

TELEPHONE NO.:    (201) 845-1000

SUBMITTED BY: _/s/ Kim R. Lynch_      POSITION: Attorney for Trustee PHONE: (201) 845-1000
                  Kim R. Lynch
Dated: January 31, 2018