UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9001-2(b)

Order Filed on October 30, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

WRS Holdings, LLC

Case No.:     10-28457 (SLM)

Adversary No.:

Judge:     Stacey L. Meisel

## ORDER OF RECUSAL

The relief set forth on the following page is **ORDERED**.

**DATED: October 30, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Order of Recusal _____ Page 2

     The Court having noted that recusal in this case is appropriate, it is hereby

     ORDERED that the clerk shall randomly assign this case and any related cases or adversary proceedings listed below to another judge.

| 10-28461 | 10-28465 | 10-28471 |
| 10-28474 | 10-28476 | 10-28478 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*rev.8/1/15*