| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9001-2(b)** | |
| In Re: <br><br> WRS Holdings, LLC | |

**Order Filed on October 30, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.:     10-28457 (SLM)

Adversary No.:     _____

Judge:     Stacey L. Meisel

# ORDER OF RECUSAL

The relief set forth on the following page is **ORDERED**.

**DATED: October 30, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Order of Recusal                                                                                                                                              Page 2

The Court having noted that recusal in this case is appropriate, it is hereby

ORDERED that the clerk shall randomly assign this case and any related cases or adversary proceedings listed below to another judge.

| _10-28461_ | _10-28465_ | _10-28471_ |
| _10-28474_ | _10-28476_ | _10-28478_ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 10-28457-JKS
WRS Holdings, LLC                                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Oct 31, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db              +WRS Holdings, LLC,   c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
           abenisatto@shapiro-croland.com
          Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
          Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Charles Forman    on behalf of Interested Party    A. Atkins Appraisal Company
           cforman@formanlaw.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
          Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
          Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
          David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
          Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
           ghauswirth@leechtishman.com,
           pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
          Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
           heather.anderson@law.dol.lps.state.nj.us
          Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
          Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
           jslosberg@ravingreenberg.com
          John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
          John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group
           jfiorella@archerlaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 31, 2018
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@klgates.com
              Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit
               jgreenblatt@greenblattlesser.com
              Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless
               kbuck@mccarter.com
              Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com,
               kanema@formanlaw.com
              Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc.
               lwalczyk@wjslaw.com,   lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. ldelucia@schiffhardin.com,
               afiedler@schiffhardin.com
              Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. ldelucia@schiffhardin.com,
               afiedler@schiffhardin.com
              Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee
               martha.hildebrandt@usdoj.gov
              Matteo  Percontino    on behalf of Trustee Charles M. Forman matteo.percontino@klgates.com,
               matteo.percontino@klgates.com
              Matteo  Percontino    on behalf of Plaintiff Charles M. Forman matteo.percontino@klgates.com,
               matteo.percontino@klgates.com
              Matteo  Percontino    on behalf of Plaintiff Charles M Forman matteo.percontino@klgates.com,
               matteo.percontino@klgates.com
              Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael E. Holt    on behalf of Trustee Charles M. Forman mholt@formanlaw.com,
               kanema@formanlaw.com
              Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti
               mgreenberg@mgreenberglaw.com
              Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
              Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               msbauer@nmmlaw.com,   mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Ron Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc.
               rreich@simonattorneys.com,   ronreichesq@gmail.com
              Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
              Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC
               sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC
               sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC
               sschiff@trenklawfirm.com,   cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 71
```