Order Filed on February 7, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Charles M. Forman, as Assignee of LeClairRyan,<br>A Professional Corporation<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Charles M. Forman<br>cforman@formanlaw.com<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee |
| In Re:<br><br>WRS HOLDINGS, LLC; et al[1],<br><br>                    Debtors. |

Chapter 7

Case No. 10-28457 (JKS)
Substantively Consolidated

Hearing Date: February 7, 2019
Hearing Time: 10:00 a.m.

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO LECLAIRRYAN, A PROFESSIONAL CORPORATION,
AS ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 7, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these substantively cons
(DHS); WRS, LLC, Case No. 10-28461 (D
Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0028664 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | WRS Holdings, LL, et al |
| Case No: | 10-28457 (JKS) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to LeClairRyan, a Professional Corporation, as Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the court upon the application of Charles M. Forman, as Assignee of LeClairRyan, a Professional Corporation ("LeClairRyan") for final compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. LeClairRyan be and hereby is awarded final compensation for services rendered in the amount of $21,963.00 and reimbursement of expenses in the amount of $141.69.

2. Payment of the compensation awarded hereunder shall be made payable to Charles M. Forman.

F0028664 - 1