Order Filed on February 7, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile :  (201) 655-6650<br>Kim R. Lynch, Esq.<br>klynch@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee |
| In Re:<br><br>WRS HOLDINGS, LLC, *et al.*[1]<br><br>　　　　　　　　　Debtor. |

Chapter 7

Case No. 10-28457 (JKS)
Substantively Consolidated

Hearing Date:  February 7, 2019
Hearing Time: 10:00 a.m.

**ORDER GRANTING FINAL COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES TO FORMAN HOLT**

　　The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 7, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these substantively consol
(DHS); WRS, LLC, Case No. 10-28461 (D
Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0028761 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | WRS Holdings, LLC, et al |
| Case No: | 10-28457(JKS) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1.   Forman Holt be and hereby is awarded final compensation for services rendered in the amount of $42,750.00 and reimbursement of expenses in the amount of $785.75.