Form 175 – ntcosubconcs

*Please change my address,*
*91 Bernini Way*
*Monmouth Junction, NJ 08852*
*Thank you,*
*Mary Casella*

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

*\*Please see attached forwarding label from P.O.*

Case No.: 10–28457–JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
WRS Holdings, LLC
fka Woods Restoration Holdings, LLC
c/o WRS, LLC
22 Riverview Drive
Suite 101
Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
20–3657189

### NOTICE OF ORDER GRANTING MOTION/APPLICATION
### TO SUBSTANTIVELY CONSOLIDATE CASE

NOTICE IS HEREBY GIVEN that an order substantively consolidating
lead case number:        10–28457 with
consolidated number(s):        10–28461, 10–28465, 10–28471, 10–28474, 10–28476 and 10–28478

has been entered on November 8, 2018.

Accordingly, all subsequent notices, motions, applications shall be styled with the lead case number and the consolidated number listed thereafter.

Dated: November 8, 2018
JAN: zlh

*Christine D'Angelis - Returned Call*

Jeanne Naughton
Clerk

*Shoshana Schiff*
*973-243-8600*

*201-845-1000*

*\* Kim Y. Lynch       Foreman + Holt     Left*
*201 845 1000    option 8       mess 10/15*
*11/19 LM @ 227*
*JAN*

009122                41307009131010

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FICIAL BUSINESS**
TED STATES BANKRUPTCY COURT
ENALTY FOR PRIVATE USE, $300
INS NOTICE of a PROCEEDING
in the
STATES BANKRUPTCY COURT

**FIRST-CLASS MAIL**

NOTIFY SENDER OF NEW ADDRESS
CASELLA
91 BERNINI WAY
MONMOUTH JCT NJ 08852-3352

08852>3352

SAT-41307 0312-2 175 10-28457
Shoshana Schiff
347 Mt. Pleasant Avenue
Suite 300
West Orange, NJ  07052

009122  9122 1 AB 0.405  07631  1 4  8679-1-9489

CASELLA, MARY & FRANK
423 NORTH WOODLAND STREET
Englewood, NJ 07631-2000

Dr Mary Casella
91 Bernini Way
Monmouth Jct, NJ 08852-3352

BV DANIELS NJ 020
13 FEB 2019 PM 10 L

District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

009122   41307009131010