UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:  WRS Holdings, LLC, *et al.* | Case No.:    10-28457(JKS) |
| | (Substantively Consolidated) |
| Debtor | |
| | Chapter 7 |
| | |
| | Judge: Honorable John K. Sherwood |

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:  United States Bankruptcy Court
> District of New Jersey
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on April 2, 2019 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Courtroom No. 3D, Newark, New Jersey 07102.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> The Trustee proposes to abandon the debtors' records which includes records belonging to related debtors, WRS Holdings, LL, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Holdings, LLC, WRS, Inc., Woods Restoration Services, Inc. Woods Restoration Services of S.C., LLC, Woods Restoration Services of Montclair NJ, LLC and Environmental Remediation Concepts, LLC.  The records consist of 357 boxes and 2 computer servers which comprise the books and records which the Trustee took into his possession at the commencement of the case.  The monthly cost for storage of the books and records is $377.00.  The Trustee has completed his administration of the estate and no longer has need for the books and records.

> Liens on property:
> None

> Amount of equity claimed as exempt:
> None

Objections must be served on, and requests for additional information directed to:

*/s/ Kim R. Lynch*
Kim R. Lynch, Esq.
Forman Holt, 66 Route17 North, Paramus, New Jersey 07652
Tel: 201.845.1000 Email:  klynch@formanlaw.com

F0044068 - 1