| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | |
| In re:<br><br>WRS HOLDINGS, LLC; <u>et al</u>.<sup>1</sup>,<br><br>                      Debtor. | Chapter 7<br>Case No. 10-28457 (JKS)<br><br>Hearing Date: April 2, 2019<br>Hearing Time: 10:00 a.m. |

## **CERTIFICATION OF SERVICE**

1. I, Kathryn Anema:

    ☐ represent the_____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Kim R. Lynch, who represents the Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On March 1, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Proposed Abandonment of Debtors' Books and Records (the "Notice").

3. A copy of the Notice is attached hereto as Exhibit "A."

---

1 The Debtors in these jointly administered chapter 7 cases are WRS Holdings, LLC, Case No. 10-28457 (DHS); WRS, LLC, Case No. 10-28461 (DHS); Woods Restoration Services, LLC, Case No. 10-28465 (DHS); Woods Restoration Services of South Carolina, LLC, Case No. 10-28471; Woods Restoration Services of Montclair, New Jersey, LLC, Case No. 10-28474 (DHS); Environmental Remediation Concepts, LLC, Case No. 10-28476 (DHS); and WRS, Inc., Case No. 10-28478 (DHS).

F0044113 - 1

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  March 4, 2019              */s/ Kathryn Anema*
                                   Kathryn Anema

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis T. De Lucia, Esq.<br>Schiff Hardin LLP<br>666 Fifth Ave, Suite 1700<br>New York, NY 10103 | Attorney for Ambrose Pine, Inc. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Alexander G. Benisatto, Esq.<br>Shapiro and Croland<br>411 Hackensack Avenue<br>Hackensack, NJ 07601 | Attorney for MFC Capital Funding | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Ari J. Schwartz, Esq.<br>Teitelbaum & Baskin, LLP<br>3 Barker Ave<br>Third Avenue<br>White Plains, NY 10601 | Attorney for J.P. Morgan Chase Bank, N.A. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, NJ 07052 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |

| | | |
|---|---|---|
| Sam Della Fera<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, NJ 07052 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Martha Hildebrandt, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Morris S. Bauer, Esq.<br>Norris Mc Laughlin & Marcus, PA<br>P.O. Box 5933<br>Bridgewater, NJ 08807-5933 | Attorney for Creditor Committee - Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| John V. Fiorella, Esq.<br>Archer & Greiner<br>One Centennial Square<br>Haddonfiled, NJ 08033 | Attorney for Creditor – New Jersey School Boards Association Insurance Group – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| Adam D. Greenberg<br>Honig & Greenberg, LLC<br>1949 Berlin Road, Suite 200<br>Cherry Hill, NJ 08003 | Attorney for Creditor, Raynor Electric, Inc. – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |
| John R. Morton, Jr.<br>Law offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorsetown, NJ 08057 | Attorney for Creditor, Ford Motor Credit Company – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>    (as authorized by court*) |

| Name/Address | Role | Delivery Method |
|---|---|---|
| Ron Reich, Esq.<br>Berry Sahradnik Kotzas & Benson, P.C.<br>212 Hooper Ave<br>P.O. Box 757<br>Toms River, NJ 08754<br>*(Attorney for Creditor, Advanced Furnace & Air Duct Cleaning)*<br>*(Notice of Appearance)* | Attorney for Creditor – Advanced Furnace 7 Air Duct Cleaning – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Leonard C. Walczyk, Esq.<br>Wasserman, Jurista & Stolz<br>225 Millburn Ave., Suite 207<br>P.O. Box 1029<br>Millburn, NJ 07041 | Attorney for Creditor – Post & Kelly Electric Company – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Automatic Suppression & Alarm Systems, Inc.<br>67 Ramapo Valley Road, #101<br>Mahwah, NJ 07430<br>Attn: President, Partner or Managing Agent | Creditor - Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Bankruptcy Administration<br>Attn: Christine R. Etheridge<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Scott E. Reiser, Esq.<br>Lum, Drasco & Positan<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |
| Stacie Lynn Vacca, Esq.<br>Lum, Drasco & Positan<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by court*) |

| | | |
|---|---|---|
| Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin, LLP<br>3 Barker Ave<br>Third Avenue<br>White Plains, NY 10601 | Attorney for JP Morgan Chase Bank, N.A. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>   (as authorized by court*) |
| James Caporrino, Esq.<br>130 Fort Lee Road<br>Leonia, NJ 07009 | Attorney for Kensaay Associates – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>   (as authorized by court*) |
| JP Morgan Chase Bank, NA<br>201 N. Central Avenue, Floor 11<br>Phoenix, AZ  85004 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>   (as authorized by court*) |
| Ford Motor Credit Company<br>PO box 537901<br>Livonia, MI  48153-7901 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>   (as authorized by court*) |

# EXHIBIT A

F0044113 - 1                        6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  WRS Holdings, LLC, *et al.*　　　　　　　Case No.:　　10-28457(JKS)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Substantively Consolidated)
　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　　　　　　　　　　　　　　　　　　　　　Judge: Honorable John K. Sherwood

**NOTICE OF PROPOSED ABANDONMENT**

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:　United States Bankruptcy Court
> 　　　　　　　　　　　District of New Jersey
> 　　　　　　　　　　　50 Walnut Street
> 　　　　　　　　　　　Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on April 2, 2019 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Courtroom No. 3D, Newark, New Jersey 07102.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> The Trustee proposes to abandon the debtors' records which includes records belonging to related debtors, WRS Holdings, LL, WRS, LLC, Woods Restoration Services, LLC, Woods Restoration Holdings, LLC, WRS, Inc., Woods Restoration Services, Inc. Woods Restoration Services of S.C., LLC, Woods Restoration Services of Montclair NJ, LLC and Environmental Remediation Concepts, LLC.  The records consist of 357 boxes and 2 computer servers which comprise the books and records which the Trustee took into his possession at the commencement of the case.  The monthly cost for storage of the books and records is $377.00.  The Trustee has completed his administration of the estate and no longer has need for the books and records.

> Liens on property:
> None

> Amount of equity claimed as exempt:
> None

Objections must be served on, and requests for additional information directed to:

*/s/ Kim R. Lynch*
Kim R. Lynch, Esq.
Forman Holt, 66 Route17 North, Paramus, New Jersey 07652
Tel: 201.845.1000 Email:  klynch@formanlaw.com