UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

NEWARK DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No.   10-28457-JKS |
| WRS HOLDINGS, LLC | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Charles M. Forman, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
50 Walnut Street
Newark, NJ 07102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on April 2, 2020 in Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street,  3rd Floor, Newark, NJ. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:    03/09/2020                    By :    /s/ Charles M. Forman

                                                                        Trustee

Charles M. Forman
365 West Passaic Street Suite 400
Rochelle Park, NJ 07662

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

NEWARK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No.   10-28457-JKS |
| WRS HOLDINGS, LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

SUMMARY OF  TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

The Final Report shows receipts of $ 1,909,849.13

and approved disbursements of $ 1,756,509.50

leaving a balance on hand of: $ 83,739.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | MFC CAPITAL FUNDING | $ 333,875.92 | $ 333,875.92 | $ 333,875.92 | $ 0.00 |
| 00026 | Ambrose Pine, Inc. c/o Joseph P. | $ 5,870,130.04 | $ 108,120.69 | $ 108,120.69 | $ 0.00 |
| 00057 | Indian River County Tax | $ 2,644.68 | $ 2,644.68 | $ 0.00 | $ 2,644.68 |
| 00058 | Indian River County Tax | $ 1,522.53 | $ 1,522.53 | $ 0.00 | $ 1,522.53 |
| Total to be paid to secured creditors | | | | $ | 4,167.21 |
| Remaining Balance | | | | $ | 79,572.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: CHARLES M. FORMAN, CHAPTER 7 TRUSTEE | $ 80,545.47 | $ 69,600.00 | $ 10,945.47 |
| Trustee, Expenses: CHARLES M. FORMAN, CHAPTER 7 | $ 276.95 | $ 0.00 | $ 0.00 |
| Attorney for Trustee, Fees: Charles M. Forman, as Assignee of | $ 15,000.00 | $ 0.00 | $ 15,000.00 |
| Attorney for Trustee, Fees: FORMAN HOLT | $ 20,000.00 | $ 0.00 | $ 20,000.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees: FORMAN HOLT ELIADES & | $ 761,385.00 | $ 761,385.00 | $ 0.00 |
| Attorney for Trustee, Fees: TRENK DIPASQUALE DELLA FERA & | $ 13,191.50 | $ 13,191.50 | $ 0.00 |
| Attorney for Trustee, Expenses: Charles M. Forman, as | $ 141.69 | $ 0.00 | $ 141.69 |
| Attorney for Trustee, Expenses: FORMAN HOLT | $ 785.75 | $ 0.00 | $ 785.75 |
| Attorney for Trustee, Expenses: FORMAN HOLT ELIADES & | $ 12,486.72 | $ 12,486.72 | $ 0.00 |
| Attorney for Trustee, Expenses: TRENK DIPASQUALE DELLA | $ 748.52 | $ 748.52 | $ 0.00 |
| Accountant for Trustee, Fees: EISNER AMPER LLP | $ 158,894.50 | $ 158,894.50 | $ 0.00 |
| Accountant for Trustee, Expenses: EISNER AMPER LLP | $ 546.06 | $ 546.06 | $ 0.00 |
| Appraiser for Trustee, Fees: A ATKINS APPRAISAL CO | $ 10,179.25 | $ 10,179.25 | $ 0.00 |
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Other: Shirley Venture #1, L.P. (ADMINISTRATIVE)  c/o Leon | $ 4,496.99 | $ 0.00 | $ 4,496.99 |

Total to be paid for chapter 7 administrative expenses          $          55,919.90

Remaining Balance          $          23,652.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees: NORRIS MCLAUGHLIN & MARCUS, | $ 24,586.00 | $ 0.00 | $ 5,797.77 |
| Attorney for Debtor, Fees: TRENK, DIPASQUALE, WEBSTER, | $ 46,399.50 | $ 0.00 | $ 10,941.72 |
| Attorney for Debtor, Expenses: NORRIS MCLAUGHLIN & | $ 605.79 | $ 0.00 | $ 142.85 |
| Attorney for Debtor, Expenses: TRENK, DIPASQUALE, | $ 7,040.35 | $ 0.00 | $ 1,660.22 |
| Accountant for Trustee/DIP, Fees: AMPER, POLITZINER & | $ 20,927.50 | $ 0.00 | $ 4,935.03 |
| Accountant for Trustee/DIP, Expenses: AMPER, POLITZINER & | $ 301.00 | $ 0.00 | $ 70.98 |
| Other: State of Connecticut, Department of Labor | $ 105.87 | $ 0.00 | $ 24.97 |
| Other: STATE OF CONNECTICUT | $ 334.94 | $ 0.00 | $ 78.98 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

Total to be paid for prior chapter administrative expenses $  23,652.52

Remaining Balance $  0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $623,851.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002A | Department of Treasury - Internal | $ 374,363.76 | $ 0.00 | $ 0.00 |
| 00003 | Texas Workforce Commission | $ 323.80 | $ 0.00 | $ 0.00 |
| 00006A | Martin Scovill | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 00006 | State of Connecticut, Department of | $ 0.00 | $ 0.00 | $ 0.00 |
| 00007A | Shawn A. Smith | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 00008A | Danny C. Strong | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 00008A | Florida Department of Revenue | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020A | MARTIN SCOVILL | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000021A | SHAWN A. SMITH | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000022A | DANNY C. STRONG | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 00099 | BRADY, JULIA | $ 2,446.50 | $ 0.00 | $ 0.00 |
| 00142 | SIMONELLI, PHILLIP | $ 1,400.00 | $ 0.00 | $ 0.00 |
| 00164A | Town of Newington Office of the | $ 17,454.47 | $ 0.00 | $ 0.00 |
| 00168A | Martin Scovill | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 00169A | Shawn A. Smith | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 00170A | Danny C. Strong | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 00177 | State of New Jersey Division of | $ 25,688.17 | $ 0.00 | $ 0.00 |
| 00184 | C&D Construction, LLC Attn Thomas R. | $ 50,930.00 | $ 0.00 | $ 0.00 |
| 00185 | Pepa Renovations, LLC Attn Thomas R. | $ 31,447.00 | $ 0.00 | $ 0.00 |
| 00188 | S.C. DEPARTMENT OF REVENUE | $ 2,895.97 | $ 0.00 | $ 0.00 |
| 00190 | S.C. DEPARTMENT OF REVENUE | $ 4,649.98 | $ 0.00 | $ 0.00 |
| 00191 | Bankruptcy Section MS A340 Franchise | $ 6,727.13 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $  0.00

Remaining Balance $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,929,143.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Casualty Contractors, Inc. c/o Hubert | $ 65,277.07 | $ 0.00 | $ 0.00 |
| 00001 | Connecticut Natural Gas Corporation | $ 896.36 | $ 0.00 | $ 0.00 |
| 00001 | GECITS IKON Financial Services | $ 29,172.78 | $ 0.00 | $ 0.00 |
| 00001 | Kimon Electric,Inc. | $ 19,383.65 | $ 0.00 | $ 0.00 |
| 00002 | Casualty Contractors, Inc. c/o Hubert | $ 227,328.45 | $ 0.00 | $ 0.00 |
| 00002 | GECITS IKON Financial Services | $ 2,391.92 | $ 0.00 | $ 0.00 |
| 00002 | Ambrose Pine, Inc. c/o Joseph P. | $ 0.00 | $ 0.00 | $ 0.00 |
| 00003 | Casualty Contractors, Inc. c/o Hubert | $ 227,328.45 | $ 0.00 | $ 0.00 |
| 00003 | WILLIAMS SCOTSMAN, INC | $ 91,652.91 | $ 0.00 | $ 0.00 |
| 00003 | Yahoo! Inc. c/o Bialson, Bergen, and | $ 2,225.19 | $ 0.00 | $ 0.00 |
| 00004 | Casualty Contractors, Inc. c/o Hubert | $ 65,227.07 | $ 0.00 | $ 0.00 |
| 000004 | MITEL NETWORKS | $ 1,088.97 | $ 0.00 | $ 0.00 |
| 00004 | Shirley Venture #1 Limited Partnership | $ 48,599.36 | $ 0.00 | $ 0.00 |
| 000005 | TESSER AND COHEN | $ 86,695.09 | $ 0.00 | $ 0.00 |
| 00005 | Ambrose Pine, Inc. c/o Joseph P. | $ 0.00 | $ 0.00 | $ 0.00 |
| 00005 | Casualty Contractors, Inc. c/o Hubert | $ 6,437.51 | $ 0.00 | $ 0.00 |
| 00005 | GE Consumer & Industrial f/k/a GE | $ 4,554.20 | $ 0.00 | $ 0.00 |
| 00006 | Martin Scovill | $ 201,275.00 | $ 0.00 | $ 0.00 |
| 000006 | TESSER AND COHEN | $ 86,695.09 | $ 0.00 | $ 0.00 |
| 00007 | Shawn A. Smith | $ 46,275.00 | $ 0.00 | $ 0.00 |
| 00007 | Ambrose Pine, Inc. c/o Joseph P. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | FEDEX CUSTOMER INFORMATION | $ 1,217.93 | $ 0.00 | $ 0.00 |
| 00008 | Ambrose Pine, Inc. c/o Joseph P. | $ 0.00 | $ 0.00 | $ 0.00 |
| 00008 | Danny C. Strong | $ 198,275.00 | $ 0.00 | $ 0.00 |
| 00009 | ING US Students c/o Housing | $ 72,696.00 | $ 0.00 | $ 0.00 |
| 00010 | Ambrose Pine, Inc. c/o Joseph P. | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | ROBINSON & COLE LLP | $ 21,865.93 | $ 0.00 | $ 0.00 |
| 000014 | OUR LADY OF VICTORIES SCHOOL | $ 26,398.50 | $ 0.00 | $ 0.00 |
| 000018 | AL'S BEST ELECTRIC CO., INC. | $ 600,000.00 | $ 0.00 | $ 0.00 |
| 00019 | Protectors Security Svcs Inc. | $ 7,725.40 | $ 0.00 | $ 0.00 |
| 00020 | Kuiken Brothers Company, Inc. | $ 8,505.77 | $ 0.00 | $ 0.00 |
| 00020 | Martin Scovill | $ 201,275.00 | $ 0.00 | $ 0.00 |
| 00021 | Lan Associates Inc | $ 17,407.50 | $ 0.00 | $ 0.00 |
| 00021 | Shawn A. Smith | $ 46,275.00 | $ 0.00 | $ 0.00 |
| 00022 | Danny C. Strong | $ 198,275.00 | $ 0.00 | $ 0.00 |
| 00022 | Guardian Fence Company, Inc. c/o | $ 11,396.35 | $ 0.00 | $ 0.00 |
| 000023 | TRULY NEW CLEANING CORP. | $ 144,800.50 | $ 0.00 | $ 0.00 |
| 00023 | Mystic Air Quality Consultant | $ 925.00 | $ 0.00 | $ 0.00 |
| 00024 | Breaking News Network, Inc. | $ 80.84 | $ 0.00 | $ 0.00 |
| 000024 | SUNRISE LAKES CONDOMINIUM APTS | $ 1,300,000.00 | $ 0.00 | $ 0.00 |
| 00028 | National Spring Water | $ 172.60 | $ 0.00 | $ 0.00 |
| 000028 | SUNRISE LAKES CONDOMINIUM APTS | $ 1,300,000.00 | $ 0.00 | $ 0.00 |
| 00029 | Prestige Party Rentals, Inc. | $ 37,769.00 | $ 0.00 | $ 0.00 |
| 00030 | Moore,Deborah | $ 4,301.40 | $ 0.00 | $ 0.00 |
| 00031 | Advanced Indoor Air Quality | $ 14,900.00 | $ 0.00 | $ 0.00 |
| 00032 | Duct Clean Corp. | $ 4,818.00 | $ 0.00 | $ 0.00 |
| 00033 | Direct Cabinet Sales | $ 5,730.92 | $ 0.00 | $ 0.00 |
| 00034 | Somers Sanitation, Inc. | $ 6,770.96 | $ 0.00 | $ 0.00 |
| 00035 | BELL, MABLE | $ 800.00 | $ 0.00 | $ 0.00 |
| 00036 | U.S. Green Building Council, Inc. | $ 2,500.00 | $ 0.00 | $ 0.00 |
| 00037 | Liberty Mutual Insurance Company | $ 58,688.40 | $ 0.00 | $ 0.00 |
| 00038 | Cooperative Communication | $ 2,041.09 | $ 0.00 | $ 0.00 |
| 00039 | H and H Printing, Inc. | $ 10,468.00 | $ 0.00 | $ 0.00 |
| 00040 | GENERAL ELECTRIC CAPITAL CORP | $ 3,046.50 | $ 0.00 | $ 0.00 |
| 00041 | Xerographic Document Solutions | $ 190.37 | $ 0.00 | $ 0.00 |
| 00042 | KORNFELD, TRACY & LORI | $ 25,000.00 | $ 0.00 | $ 0.00 |
| 00043 | Northeast Electrical Contractors | $ 2,800.00 | $ 0.00 | $ 0.00 |
| 00044 | ASM Electric, Inc. | $ 912.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 00045 | Bostwick Architects, LLC | $ 4,550.00 | $ 0.00 | $ 0.00 |
| 00046 | Cunningham Supply, Inc. | $ 399.09 | $ 0.00 | $ 0.00 |
| 00047 | DIAZ, HECTOR | $ 5,600.00 | $ 0.00 | $ 0.00 |
| 00048 | Capitol Glass Company, Inc. 75 | $ 3,482.83 | $ 0.00 | $ 0.00 |
| 00049 | Kahan Kerensky and Capposella | $ 9,272.62 | $ 0.00 | $ 0.00 |
| 00050 | GL McHugh Painting | $ 4,200.00 | $ 0.00 | $ 0.00 |
| 00051 | Henry's Plumbing and Hearing | $ 25,192.27 | $ 0.00 | $ 0.00 |
| 00052 | Clean Harbors Environmental Services, | $ 1,173.76 | $ 0.00 | $ 0.00 |
| 00053 | BJF Sanitation, Inc. | $ 27,172.51 | $ 0.00 | $ 0.00 |
| 00054 | Advanced Furnace & Air Duct | $ 93,957.81 | $ 0.00 | $ 0.00 |
| 00055 | State Farm Florida Insurance Co. c/o | $ 279,337.92 | $ 0.00 | $ 0.00 |
| 00056 | Advanced Packing Services | $ 68,946.15 | $ 0.00 | $ 0.00 |
| 00059 | Tesser and Cohen Lee M. Tesser, Esq. | $ 86,695.09 | $ 0.00 | $ 0.00 |
| 00060 | Pitney Bowes Inc | $ 5,047.49 | $ 0.00 | $ 0.00 |
| 00061 | Immedicenter | $ 274.00 | $ 0.00 | $ 0.00 |
| 00062 | Western Carpet | $ 5,993.62 | $ 0.00 | $ 0.00 |
| 00063 | Office Depot | $ 3,604.47 | $ 0.00 | $ 0.00 |
| 00064 | Best Removal, Inc. | $ 8,885.00 | $ 0.00 | $ 0.00 |
| 00065 | Immedicenter | $ 409.00 | $ 0.00 | $ 0.00 |
| 00066 | Division 9 Design + Construction, LP | $ 37,358.10 | $ 0.00 | $ 0.00 |
| 00067 | Tesser and Cohen Lee M. Tesser, Esq. | $ 86,695.09 | $ 0.00 | $ 0.00 |
| 00068 | Benoit Greg | $ 2,022.85 | $ 0.00 | $ 0.00 |
| 00069 | Immedicenter | $ 236.00 | $ 0.00 | $ 0.00 |
| 00070 | Direct Cabinet Sales | $ 5,730.92 | $ 0.00 | $ 0.00 |
| 00071 | Mystic Air Quality Consultant | $ 925.00 | $ 0.00 | $ 0.00 |
| 00072 | BSC/Access/Indepen Answering BSC | $ 763.60 | $ 0.00 | $ 0.00 |
| 00073 | Berry Network, Inc. Attn: Accounts | $ 44,613.30 | $ 0.00 | $ 0.00 |
| 00074 | SERVIS, SUSAN | $ 0.00 | $ 0.00 | $ 0.00 |
| 00075 | LOUREIRO, KEARNY | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 00076 | Sherri L. VanDyke c/o John B. Robins, | $ 13,395.00 | $ 0.00 | $ 0.00 |
| 00077 | Clark Creswell | $ 104.01 | $ 0.00 | $ 0.00 |
| 00078 | Moore,Deborah | $ 3,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00079 | Sage Construction and Real Estate | $ 2,885.07 | $ 0.00 | $ 0.00 |
| 00080 | GRIFFIN, LULA | $ 185,000.00 | $ 0.00 | $ 0.00 |
| 00081 | Lan Associates Inc | $ 17,407.50 | $ 0.00 | $ 0.00 |
| 00082 | All Waste, Inc. | $ 2,971.36 | $ 0.00 | $ 0.00 |
| 00083 | Simione Macca and Larrow | $ 62,275.00 | $ 0.00 | $ 0.00 |
| 00084 | Coverall North America, Inc | $ 2,626.85 | $ 0.00 | $ 0.00 |
| 00085 | Accordant Company, LLC | $ 7,305.30 | $ 0.00 | $ 0.00 |
| 00086 | Mack,Dr.Robert | $ 0.00 | $ 0.00 | $ 0.00 |
| 00087 | California Contractors Supplier | $ 477.60 | $ 0.00 | $ 0.00 |
| 00088 | National Spring Water | $ 172.60 | $ 0.00 | $ 0.00 |
| 00089 | MENDES, NATALIE | $ 0.00 | $ 0.00 | $ 0.00 |
| 00090 | Naples | $ 0.00 | $ 0.00 | $ 0.00 |
| 00091 | BELL, MABLE | $ 800.00 | $ 0.00 | $ 0.00 |
| 00092 | John DiQuattro | $ 107.00 | $ 0.00 | $ 0.00 |
| 00093 | Pitney Bowes Inc | $ 19,711.35 | $ 0.00 | $ 0.00 |
| 00094 | IKON OFFICE SOLUTIONS Accounts | $ 500.48 | $ 0.00 | $ 0.00 |
| 00096 | Schindler Elevator Corp. | $ 1,849.00 | $ 0.00 | $ 0.00 |
| 00097 | MURRAY, JOHN | $ 53,719.71 | $ 0.00 | $ 0.00 |
| 00098 | DeJong Iron Works, Inc. 223-231 | $ 1,475.00 | $ 0.00 | $ 0.00 |
| 00100 | Rogers Sash and Door Company | $ 1,788.94 | $ 0.00 | $ 0.00 |
| 00101 | Fire News | $ 303.45 | $ 0.00 | $ 0.00 |
| 00102 | H and H Printing, Inc. | $ 10,468.00 | $ 0.00 | $ 0.00 |
| 00104 | Oakley,Toni | $ 0.00 | $ 0.00 | $ 0.00 |
| 00105 | Lum, Drasco & Positan LLC | $ 3,210.73 | $ 0.00 | $ 0.00 |
| 00106 | Shawns Piano | $ 901.00 | $ 0.00 | $ 0.00 |
| 00107 | Odorox Air Technologies | $ 28,450.00 | $ 0.00 | $ 0.00 |
| 00108 | Morris Nichols Arsht & Tunnell Attn: | $ 892.50 | $ 0.00 | $ 0.00 |
| 00109 | Aramsco | $ 2,379.26 | $ 0.00 | $ 0.00 |
| 00110 | William, Corey | $ 500.00 | $ 0.00 | $ 0.00 |
| 00111 | Vertical V - Northeast, Inc | $ 476.00 | $ 0.00 | $ 0.00 |
| 00112 | WW Grainger Inc Attn: Special | $ 1,238.55 | $ 0.00 | $ 0.00 |
| 00113 | The Connecticut Light & Power Comp. | $ 251.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 00114 | Whitewood Electrical Contr | $ 10,085.00 | $ 0.00 | $ 0.00 |
| 00115 | John DiQuattro | $ 196.32 | $ 0.00 | $ 0.00 |
| 00116 | KRONICK, HOWARD & JUDY | $ 8,214.57 | $ 0.00 | $ 0.00 |
| 00117 | Mid Atlantic Carpet, Inc. | $ 2,010.00 | $ 0.00 | $ 0.00 |
| 00118 | Professional Painting LLC | $ 49,169.14 | $ 0.00 | $ 0.00 |
| 00119 | Tri Tech Energy, Inc. #3 Mars Court | $ 16,723.00 | $ 0.00 | $ 0.00 |
| 00120 | Bellsouth Telecommunications, Inc. | $ 299.39 | $ 0.00 | $ 0.00 |
| 00121 | SHULMAN, AMY | $ 0.00 | $ 0.00 | $ 0.00 |
| 00122 | Mitel Leasing, Inc. | $ 62,143.77 | $ 0.00 | $ 0.00 |
| 00123 | Town of Newington Office of the | $ 11,558.53 | $ 0.00 | $ 0.00 |
| 00124 | Comdate Network, Inc. | $ 19,619.36 | $ 0.00 | $ 0.00 |
| 00125 | Goldstein, Vespi & Vasquez | $ 6,086.08 | $ 0.00 | $ 0.00 |
| 00126 | PAPARIAN, DONALD | $ 0.00 | $ 0.00 | $ 0.00 |
| 00127 | Modeen's Electric, LLC | $ 715.00 | $ 0.00 | $ 0.00 |
| 00128 | Calabro, Anthony | $ 380,203.30 | $ 0.00 | $ 0.00 |
| 00130 | Bernard and Simha Margalit | $ 674,974.69 | $ 0.00 | $ 0.00 |
| 00131 | Elite Home Sculpture | $ 1,077.75 | $ 0.00 | $ 0.00 |
| 00132 | Raynor Electric, Inc. | $ 2,506.50 | $ 0.00 | $ 0.00 |
| 00133 | EYGES, DEBBIE | $ 12,000.00 | $ 0.00 | $ 0.00 |
| 00134 | ADAMOWICH, PAUL | $ 0.00 | $ 0.00 | $ 0.00 |
| 00135 | Dubnoffs | $ 616.88 | $ 0.00 | $ 0.00 |
| 00136 | ROYAL RICHEY VILLAGE I | $ 4,591.08 | $ 0.00 | $ 0.00 |
| 00137 | BRC Construction Group, LLC | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 00138 | C&D Construction, LLC | $ 72,848.12 | $ 0.00 | $ 0.00 |
| 00139 | Pepa Renovations, LLC | $ 31,447.00 | $ 0.00 | $ 0.00 |
| 00140 | Fire & Security | $ 2,157.12 | $ 0.00 | $ 0.00 |
| 00141 | True & Associates 325 North Avenue | $ 5,496.00 | $ 0.00 | $ 0.00 |
| 00143 | The T Group, Inc. | $ 32,650.00 | $ 0.00 | $ 0.00 |
| 00144 | SHREDIT | $ 589.36 | $ 0.00 | $ 0.00 |
| 00145 | SHIRLEY, BETTY | $ 0.00 | $ 0.00 | $ 0.00 |
| 00146 | PALMER, GERALDINE | $ 3,150.00 | $ 0.00 | $ 0.00 |
| 00147 | Paradise Home Improvements | $ 23,508.87 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00148 | Verizon | $ 979.24 | $ 0.00 | $ 0.00 |
| 00149 | VERIZON WIRELESS | $ 15,251.64 | $ 0.00 | $ 0.00 |
| 00150 | IGB Construction | $ 575,863.42 | $ 0.00 | $ 0.00 |
| 00152 | XL Insurance DLA Piper LLP Attn James | $ 10,265.42 | $ 0.00 | $ 0.00 |
| 00153 | TCB Ventures, Inc. | $ 82,966.21 | $ 0.00 | $ 0.00 |
| 00154 | OUR LADY OF VICTORIES SCHOOL | $ 26,398.50 | $ 0.00 | $ 0.00 |
| 00155 | A-1 Acoustics, Inc. | $ 9,065.00 | $ 0.00 | $ 0.00 |
| 00156 | DANIELE, MICHELLE | $ 975.00 | $ 0.00 | $ 0.00 |
| 00157 | North Jersey Crane Service, Inc. | $ 7,304.40 | $ 0.00 | $ 0.00 |
| 00158 | Kenneth A. Blaschke | $ 8,182.08 | $ 0.00 | $ 0.00 |
| 00159 | RFP Solutions, Inc. | $ 17,727.36 | $ 0.00 | $ 0.00 |
| 00160 | Sandy Hill Building Supply Company | $ 4,038.56 | $ 0.00 | $ 0.00 |
| 00161 | JACOBS, WANDA | $ 94,791.13 | $ 0.00 | $ 0.00 |
| 00162 | Sunbelt Rentals | $ 10,543.72 | $ 0.00 | $ 0.00 |
| 00163 | LACORTE, SAL & MARIA | $ 18,484.08 | $ 0.00 | $ 0.00 |
| 00168 | Martin Scovill | $ 201,275.00 | $ 0.00 | $ 0.00 |
| 00169 | Shawn A. Smith | $ 46,275.00 | $ 0.00 | $ 0.00 |
| 00170 | Danny C. Strong | $ 198,275.00 | $ 0.00 | $ 0.00 |
| 00171 | GALL, CLIFFORD | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 00172 | Teresa K. Maloney, Trustee | $ 20,052.92 | $ 0.00 | $ 0.00 |
| 00175 | Sunrise lakes Condominium | $ 13,000,000.00 | $ 0.00 | $ 0.00 |
| 00176 | Sunrise lakes Condominium | $ 13,000,000.00 | $ 0.00 | $ 0.00 |
| 00180 | Abba Demolition | $ 7,285.30 | $ 0.00 | $ 0.00 |
| 00181 | Connecticut natural Gas Corp. | $ 896.38 | $ 0.00 | $ 0.00 |
| 00186 | HAYDEN, SHARON & BOWER CHUCK | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 00194 | AIG Property Casualty Company, et al | $ 278,896.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $59,917.48 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00178 | Superior Concrete Foundations | $ 17,852.50 | $ 0.00 | $ 0.00 |
| 00179 | A&W Home Improvement | $ 37,510.78 | $ 0.00 | $ 0.00 |
| 00193 | GE Consumer & industrial f/k/a GE | $ 4,554.20 | $ 0.00 | $ 0.00 |
| Total to be paid to tardy general unsecured creditors | | | $ | 0.00 |
| Remaining Balance | | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $5,244.90 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 0006A | State of Connecticut, Department of | $ 0.00 | $ 0.00 | $ 0.00 |
| 00188A | S.C. DEPARTMENT OF REVENUE | $ 2,048.31 | $ 0.00 | $ 0.00 |
| 00190A | S.C. DEPARTMENT OF REVENUE | $ 3,196.59 | $ 0.00 | $ 0.00 |
| Total to be paid to subordinated creditors | | | $ | 0.00 |
| Remaining Balance | | | $ | 0.00 |

Prepared By:    /s/ Charles M. Forman
Trustee

Charles M. Forman
365 West Passaic Street Suite 400
Rochelle Park, NJ 07662

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.