IN THE UNITED STATES BANKRUPTCY COURT
FOR District of New Jersey

Order Filed on April 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    WRS HOLDINGS, LLC

CHAPTER 7
CASE NO. 10-28457 - JKS

Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED,**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $__80,545.47.___ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $__276.95___ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

BY THE COURT:

_____
Honorable John K. Sherwood
UNITED STATES BANKRUPTCY JUDGE

**DATED: April 3, 2020**

*/s/ John K. Sherwood*
Honorable John K. Sherwood
United States Bankruptcy Court