**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR District of New Jersey**

In Re:

    WRS HOLDINGS, LLC

CHAPTER 7
CASE NO. 10-28457 - JKS

**Order Filed on April 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED,**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $ __80,545.47__ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $__276.95__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

BY THE COURT:

_____
Honorable John K. Sherwood
UNITED STATES BANKRUPTCY JUDGE

**DATED: April 3, 2020**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 10-28457-JKS
WRS Holdings, LLC                                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Apr 03, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
db             +WRS Holdings, LLC,    c/o WRS, LLC,   22 Riverview Drive,   Suite 101,   Wayne, NJ 07470-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Raynor Electric, Inc. agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              Alexander G. Benisatto    on behalf of Creditor    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Alexander G. Benisatto    on behalf of Plaintiff    MFC CAPITAL FUNDING, INC.
               abenisatto@shapiro-croland.com
              Ari J. Schwartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. jteitelbaum@tblawllp.com
              Brian E Caine    on behalf of Creditor    Sunrise Lakes bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles Forman    on behalf of Interested Party    A. Atkins Appraisal Company
               cforman@formanlaw.com, tmarienthal@formanlaw.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Dale E. Barney    on behalf of Interested Party Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Bradley  Sheftel dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Management Corp. dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Nelson  Sun dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    Valor Equity Partners dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant    VWR Holdings, LLC dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Chester R. Dunican dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Jonathan  Shulkin dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Robert  Wasielewski dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Interested Party Antonio  Gracias dbarney@gibbonslaw.com
              Dale E. Barney    on behalf of Defendant Jonathan  Shulkin dbarney@gibbonslaw.com
              David R Lyons    on behalf of Creditor    Ally Financial Inc f/k/a GMAC Inc davidl@ldvlaw.com
              Gregory W. Hauswirth    on behalf of Defendant    Contract Hardware & Supply Inc.
               ghauswirth@leechtishman.com,
               pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtish
               man.com
              Heather Lynn Anderson    on behalf of Defendant    State of New Jersey
               heather.anderson@law.dol.lps.state.nj.us
              Jaimie A. Slosberg    on behalf of Defendant    Morris Holdings, LLC jslosberg@ravingreenberg.com
              Jaimie A. Slosberg    on behalf of Defendant    Hicks Capital Management, LLC
               jslosberg@ravingreenberg.com
              John P. O'Toole    on behalf of Defendant Robert  Wasielewski John.OToole@wilsonelser.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Apr 03, 2020
                              Form ID: pdf903             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John V. Fiorella    on behalf of Creditor    New Jersey School Boards Association Insurance Group jfiorella@archerlaw.com
          Joseph Michael Cerra    on behalf of Trustee Charles M. Forman joseph.cerra@klgates.com
          Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Judah D. Greenblatt    on behalf of Creditor Bernard and Simha  Margalit jgreenblatt@greenblattlesser.com
          Kate R. Buck    on behalf of Defendant    Cellco Partnership d/b/a Verizon Wireless kbuck@mccarter.com
          Kim R. Lynch    on behalf of Plaintiff Charles M Forman klynch@formanlaw.com, kanema@formanlaw.com
          Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
          Kim R. Lynch    on behalf of Plaintiff Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
          Leonard C. Walczyk    on behalf of Creditor    Post & Kelly Electric Company, Inc. lwalczyk@wjslaw.com, lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Louis T. DeLucia    on behalf of Transferee    Ambrose Pine, Inc. louis.delucia@icemiller.com, michele.rodriguez@icemiller.com
          Louis T. DeLucia    on behalf of Creditor    MFC CAPITAL FUNDING, INC. louis.delucia@icemiller.com, michele.rodriguez@icemiller.com
          Martha R. Hildebrandt    on behalf of U.S. Trustee    United States Trustee martha.hildebrandt@usdoj.gov
          Matteo  Percontino    on behalf of Trustee Charles M. Forman matt.percontino@cohnreznick.com, matteo.percontino@klgates.com
          Matteo  Percontino    on behalf of Plaintiff Charles M. Forman matt.percontino@cohnreznick.com, matteo.percontino@klgates.com
          Matteo  Percontino    on behalf of Plaintiff Charles M Forman matt.percontino@cohnreznick.com, matteo.percontino@klgates.com
          Michael E. Holt    on behalf of Attorney    Forman Holt Eliades & Ravin LLC mholt@formanlaw.com, kanema@formanlaw.com
          Michael E. Holt    on behalf of Trustee Charles M. Forman mholt@formanlaw.com, kanema@formanlaw.com
          Michael J. Greenberg    on behalf of Cross Defendant Anthony  Racciatti mgreenberg@mgreenberglaw.com
          Michael J. Greenberg    on behalf of Cross-Claimant Anthony  Racciatti mgreenberg@mgreenberglaw.com
          Morris S. Bauer    on behalf of Creditor Committee    OPS Corp. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Precise Management, LLC msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Division 9 Design & Construction LP msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditor msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Professional Painting, LLC msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Truly New Cleaning Corp. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Morris S. Bauer    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
          Ron  Reich    on behalf of Creditor    Advanced Furnace & Air Duct Cleaning, Inc. rreich@simonattorneys.com, ronreichesq@gmail.com
          Sam  Della Fera    on behalf of Debtor    Environmental Remediation Concepts, LLC sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of S.C., LLC sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS, LLC sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS, Inc sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    Woods Restoration Services sdellafera@trenklawfirm.com
          Sam  Della Fera    on behalf of Debtor    WRS Holdings, LLC sdellafera@trenklawfirm.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of Montclair, NJ, LLC sschiff@msbnj.com
          Shoshana  Schiff    on behalf of Debtor    WRS Holdings, LLC sschiff@msbnj.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services of S.C., LLC sschiff@msbnj.com
          Shoshana  Schiff    on behalf of Debtor    Environmental Remediation Concepts, LLC sschiff@msbnj.com
          Shoshana  Schiff    on behalf of Debtor    WRS, LLC sschiff@msbnj.com
          Shoshana  Schiff    on behalf of Debtor    WRS, Inc sschiff@msbnj.com
          Shoshana  Schiff    on behalf of Debtor    Woods Restoration Services sschiff@msbnj.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                               TOTAL: 71