Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 10–28457–JKS
          Chapter: 7
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 WRS Holdings, LLC
 fka Woods Restoration Holdings, LLC
 c/o WRS, LLC
 22 Riverview Drive
 Suite 101
 Wayne, NJ 07470

Social Security No.:

Employer's Tax I.D. No.:
 20–3657189

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 24, 2020</u>      <u>John K. Sherwood</u>
            Judge, United States Bankruptcy Court